**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLUMBIA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**04/20**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Enovational Corp.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-2644317** |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1427 Rhode Island Avenue, NW**<br>**PH 2**<br>**Washington, DC 20005**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **District of Columb**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.enovational.com** |

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

Debtor    **Enovational Corp.**                                                    Case number (*if known*) _____
     Name

**7.**    **Describe debtor's business**    A. *Check one:*

     ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

     ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

     ☐ Railroad (as defined in 11 U.S.C. § 101(44))

     ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

     ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

     ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

     ■ None of the above

     B. *Check all that apply*

     ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

     ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

     ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

     C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
        See http://www.uscourts.gov/four-digit-national-association-naics-codes.
        **7371**

**8.**    **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

     ☐ Chapter 7

     ☐ Chapter 9

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

     ■ Chapter 11. *Check **all** that apply*:

        ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

     ☐ Chapter 12

**9.**    **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

     ■ No.
     ☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |

Debtor  **Enovational Corp.**                                                                   Case number (*if known*) _____
_____
Name

| | |
|---|---|

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____          Relationship _____

District _____  When _____          Case number, if known _____

---

**11.  Why is the case filed in *this district*?**   *Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

███  **Statistical and administrative information**

**13.  Debtor's estimation of available funds**   .   *Check one:*

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Enovational Corp.**                                                    Case number (*if known*) _____
            Name

 

| | |
|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Enovational Corp.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **March 26, 2022**
                MM / DD / YYYY

**X** **/s/ Vlad Enache**                                    **Vlad Enache**
Signature of authorized representative of debtor              Printed name

Title   **Chief Executive Officer**

---

**18. Signature of attorney**

**X** **/s/ Maurice VerStandig**                    Date **March 26, 2022**
Signature of attorney for debtor                         MM / DD / YYYY

**Maurice VerStandig MD18071**
Printed name

**The Belmont Firm**
Firm name

**1050 Connecticut Ave., NW**
**Suite 500**
**Washington, DC 20036**
Number, Street, City, State & ZIP Code

Contact phone   **(202)991-1101**      Email address   **mac@dcbankruptcy.com**

**MD18071 DC**
Bar number and State

## <u>RESOLUTION OF ENOVATIONAL CORP.</u>

The undersigned, holding a majority of the stock interest in Enovational Corp. ("Enovational") and being the chief executive officer of Enovational, does hereby resolve as follows:

WHEREAS, Enovational is experiencing certain cash flow difficulties correlative to the existence of underperforming contracts; and

WHEREAS, Enovational is further experience certain difficulties collecting upon its accounts receivable; and

WHEREAS, Enovational is without the capital requisite to continue its ordinary operations without undertaking a strategic reorganization of its affairs; and

WHEREAS, it is the belief of a majority of the stockholder interest of Enovational that Enovational may be able to continue in its business if relieved of certain contractual obligations and permitted to devote resources to collecting upon certain debts owed by its customers;

IT IS NOW, THEREFORE, RESOLVED as follows:

1.      Vlad Enache ("Mr. Enache") is authorized to take any and all actions necessary to file a petition for relief, on behalf of Enovational, pursuant to Section 301 of Title 11 of the United States Code;

2.      Mr. Enache is authorized to engage counsel to act as general reorganization counsel to Enovational, and any efforts already so taken are hereby ratified and affirmed to the extent necessary; and

3.      The officers and directors of Enovational, individually and collectively, are authorized and directed to work with the general reorganization counsel of Enovational to reorganize Enovational through whatever means may be most efficient, including reapportionment of equity, sale and/or liquidation.

Dated this 22nd day of March, 2022

ENOVATIONAL CORP.

By:    _____
       Vlad Enache
       Its: Authorized Agent

**Fill in this information to identify the case:**

Debtor name    **Enovational Corp.**

United States Bankruptcy Court for the:   DISTRICT OF COLUMBIA

Case number (if known)   _____

☐ Check if this is an
     amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 26, 2022**     *X* **/s/ Vlad Enache**
                                               Signature of individual signing on behalf of debtor

                                               **Vlad Enache**
                                               Printed name

                                               **Chief Executive Officer**
                                               Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Enovational Corp.** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLUMBIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Advanced Network Consulting 1200 G Street, N.W. Suite 806 Washington, DC 20005 | | Loan | | | | $300,000.00 |
| Alliantgroup LP 3009 Post Oak Blvd Suite 2000 Houston, TX 77056 | | | | | | $25,125.00 |
| Anthony Watkins c/o Nalex Technology Solutions 9406 Piaffe Circle Upper Marlboro, MD 20772 | | | | | | $30,000.00 |
| Artwoom Selisce 13, 10000 Zagreb, Hrvatska | | Contractor | | | | $7,000.00 |
| Chase Bank Attn: Bankruptcy P.O Box 15298 Wilmington, DE 19850-5298 | | Credit cards | | | | $124,823.00 |
| Citibank Citicorp Srvs/Centralized Bk Dept Po Box 790034 St. Louis, MO 63179 | | Revolving line of credit | | | | $100,381.65 |
| District Advisory, LLC 1200 18th Street, NW Suite 700 Washington, DC 20036 | | Accounting services | | | | $8,810.00 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Enovational Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **FTI Consulting LLC 16701 Melford Boulevard Suite 200 Bowie, MD 20715** | | **Former lease agreement** | | | | **$113,000.00** |
| **Go 360 Cloud H No - 10-6-46/1/1, Brundavan Colony,Lin K V Ranga Reddy,Ranga Reddy Hyderabad Telangana 500079 India** | | **Contractor** | | | | **$90,800.00** |
| **Go 360 Cloud Private Limited H No - 10-6-46/1/1, Brundavan Colony,Lin K V Ranga Reddy,Ranga Reddy Hyderabad Telangana 500079 India** | | **Contractor** | | | | **$1,039,625.00** |
| **Nalex Technology Solutions 9406 Piaffe Circle Upper Marlboro, MD 20772** | | **Loan** | | | | **$20,000.00** |
| **Namely, Inc. 195 Broadway 15th Floor New York, NY 10007** | | **Payroll services** | | | | **$72,657.00** |
| **Navitas Business Consulting, Inc. 13454 Sunrise Valley Drive Suite 240 Herndon, VA 20171** | | **Contractor** | | | | **$65,880.00** |
| **Polka Dot Sky Software 8442 Bells Ridge Terrace Rockville, MD 20854** | | **Contractor** | | | | **$196,360.00** |
| **Potomac Integration & Consulting, LLC 10833 Bird Song Pass Columbia, MD 21044** | | **Contractor** | | | | **$52,800.00** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Enovational Corp.** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Productboard Inc.** **612 Howard Street** **4th Floor** **San Francisco, CA** **94105** | | **Software** | | | | **$8,000.00** |
| **Saovaluck Lim** **2124 Sahalea Ter** **Silver Spring, MD** **20905** | | **Loan** | | | | **$340,000.00** |
| **Vanta** **369 Hayes St.** **San Francisco, CA** **94102** | | | | | | **$9,625.00** |
| **Vire Consulting** **1612 K Street, NW** **Suite 802** **Washington, DC** **20006** | | **Loan** | | | | **$250,000.00** |
| **Yulishana** **316 Bromley Cross** **Drive** **San Jose, CA 95119** | | **401(k) audit** | | | | **$10,000.00** |

**Fill in this information to identify the case:**

Debtor name    **Enovational Corp.**

United States Bankruptcy Court for the:    DISTRICT OF COLUMBIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*................................................................................................    $     **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*..............................................................................................    $     **15,169,413.59**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*................................................................................................    $     **15,169,413.59**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $     **2,988,093.78**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $     **1,656.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$     **3,201,645.65**

4.  **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b    $     **6,191,395.43**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Enovational Corp.**

United States Bankruptcy Court for the:  DISTRICT OF COLUMBIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Citibank** | | 3545 | $621,187.82 |
| 3.2. | **Wells Fargo Bank, N.A.** | | 4376 | $3,138,820.86 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$3,760,008.68

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**     **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.     **Accounts receivable**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Enovational Corp.** | Case number *(If known)* |
|---|---|---|
| | Name | |

| 11a. 90 days old or less: | 2,132,360.00 | - | 0.00 | =.... | $2,132,360.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 18,400,320.00 | - | 9,200,160.00 | =.... | $9,200,160.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $11,332,520.00 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**     **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**     **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Computer equipment, televisions, and office furniture (depreciated) | $521,364.00 | | $76,884.91 |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | |
|---|---|---|

| 43. | **Total of Part 7.** | $76,884.91 |
|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | |

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**

| Debtor | **Enovational Corp.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Leased BMW used by debtor's chief executive officer; valued at $0 because vehicle is leased, not owned.** | **$0.00** | | **$0.00** |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)**

| 51. | **Total of Part 8.** | **$0.00** |
|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Enovational Corp.**_____    Case number *(if known)* _____
          Name

| | | | | |
|---|---|---|---|---|
| 55.1. | **1400 L. Street, NW, Washington, DC - lease is set forth on Schedule G and a motion to reject the lease is being filed of even date with these schedules.** | Leasehold | $0.00 | $0.00 |

56.  **Total of Part 9.**                                                             $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59.  Does the debtor have any interests in intangibles or intellectual property?

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property Intangible value of debtor's developed software and the know-how associated therewith, as well as value (potentially de minimis) of goodwill of debtor's name** | $0.00 | | Unknown |

65.  **Goodwill**

66.  **Total of Part 10.**                                                             $0.00

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

☒ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Enovational Corp.**_____        Case number *(If known)* _____
             Name

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Enovational Corp.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,760,008.68 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $11,332,520.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $76,884.91 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $15,169,413.59 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $15,169,413.59 |

**Fill in this information to identify the case:**

Debtor name     **Enovational Corp.**

United States Bankruptcy Court for the:     DISTRICT OF COLUMBIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1  Wells Fargo Bank, N.A.**<br>Creditor's Name<br><br>**794 Davis Street, 2nd Floor**<br>**MAC A0283-023**<br>**San Leandro, CA**<br>**94577-6922**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Wells Fargo Bank, N.A. - Acct# 4376** | **$2,988,093.78** | **$3,138,820.86** |
| | Describe the lien | | |
| Creditor's email address, if known | Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred**<br>**May 5, 2021** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number**<br>**563U** | | | |
| **Do multiple creditors have an<br>interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| $2,988,093.78 |
|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did<br>you enter the related creditor? | Last 4 digits of<br>account number for<br>this entity |
|---|---|---|
| **Wells Fargo Bank, N.A.**<br>**401 N. Research Pkwy, 1st Floor**<br>**MAC D4004-017**<br>**Winston Salem, NC 27101-4157** | Line  **2.1** | **563U** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Enovational Corp.**

United States Bankruptcy Court for the:  DISTRICT OF COLUMBIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,656.00 | **Unknown** |

**Virginia Unemployment
Commission
P.O Box 26441
Richmond, VA 23261-6441**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Virginia unemployment**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300,000.00 |

**Advanced Network Consulting
1200 G Street, N.W.
Suite 806
Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Loan** _

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,125.00 |

**Alliantgroup LP
3009 Post Oak Blvd
Suite 2000
Houston, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    56343                    Best Case Bankruptcy

| Debtor | **Enovational Corp.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|
| | **Anthony Watkins** <br> **c/o Nalex Technology Solutions** <br> **9406 Piaffe Circle** <br> **Upper Marlboro, MD 20772** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,000.00** |
|---|---|---|---|
| | **Artwoom** <br> **Selisce 13, 10000 Zagreb, Hrvatska** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Contractor_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$841.00** |
|---|---|---|---|
| | **C T Corporation System** <br> **c/o Anusha Putty** <br> **1015 15th Street, NW** <br> **Suite 1000** <br> **Washington, DC 20005** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Registered Agent Services_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Calderón Seguin PLC** <br> **2751 Prosperity Avenue** <br> **Suite 500** <br> **Fairfax, VA 22031** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$124,823.00** |
|---|---|---|---|
| | **Chase Bank** <br> **Attn: Bankruptcy** <br> **P.O Box 15298** <br> **Wilmington, DE 19850-5298** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Credit cards_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Chum Chancharadeth** <br> **2702 Silverdale Drive** <br> **Silver Spring, MD 20906** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Insider loans (estimated at $0 but scheduled out of caution)_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,381.65** |
|---|---|---|---|
| | **Citibank** <br> **Citicorp Srvs/Centralized Bk Dept** <br> **Po Box 790034** <br> **St. Louis, MO 63179** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Revolving line of credit_ | |
| | **Last 4 digits of account number** _9520_ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Enovational Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.10**

**Nonpriority creditor's name and mailing address**

**Clinton & Peed**
**1775 Eye Street NW**
**Suite 1150**
**Washington, DC 20006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Legal services__

Is the claim subject to offset? ■ No ☐ Yes

$3,000.00

---

**3.11**

**Nonpriority creditor's name and mailing address**

**Comptroller of Maryland**
**Revenue Administration Division**
**PO Box 549**
**Annapolis, MD 21411-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Taxes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.12**

**Nonpriority creditor's name and mailing address**

**CST Group**
**10740 Parkridge Blvd.**
**Fifth Floor**
**Reston, VA 20191**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Tax advisory__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.13**

**Nonpriority creditor's name and mailing address**

**District Advisory, LLC**
**1200 18th Street, NW**
**Suite 700**
**Washington, DC 20036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Accounting services__

Is the claim subject to offset? ■ No ☐ Yes

$8,810.00

---

**3.14**

**Nonpriority creditor's name and mailing address**

**District of Columbia**
**Office of Tax and Revenue**
**1101 4th Street, SW, Suite 270 West**
**Washington, DC 20024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.15**

**Nonpriority creditor's name and mailing address**

**FTI Consulting LLC**
**16701 Melford Boulevard**
**Suite 200**
**Bowie, MD 20715**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Former lease agreement__

Is the claim subject to offset? ■ No ☐ Yes

$113,000.00

---

**3.16**

**Nonpriority creditor's name and mailing address**

**Go 360 Cloud**
**H No - 10-6-46/1/1, Brundavan Colony,Lin**
**K V Ranga Reddy,Ranga Reddy**
**Hyderabad Telangana 500079**
**India**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Contractor__

Is the claim subject to offset? ■ No ☐ Yes

$90,800.00

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Enovational Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,039,625.00** |
|---|---|---|---|

**Go 360 Cloud Private Limited**
**H No - 10-6-46/1/1, Brundavan Colony,Lin**
**K V Ranga Reddy,Ranga Reddy**
**Hyderabad Telangana 500079**
**India**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Contractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Nalex Technology Solutions**
**9406 Piaffe Circle**
**Upper Marlboro, MD 20772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$72,657.00** |
|---|---|---|---|

**Namely, Inc.**
**195 Broadway**
**15th Floor**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Payroll services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$65,880.00** |
|---|---|---|---|

**Navitas Business Consulting, Inc.**
**13454 Sunrise Valley Drive**
**Suite 240**
**Herndon, VA 20171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Contractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$196,360.00** |
|---|---|---|---|

**Polka Dot Sky Software**
**8442 Bells Ridge Terrace**
**Rockville, MD 20854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Contractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$52,800.00** |
|---|---|---|---|

**Potomac Integration & Consulting, LLC**
**10833 Bird Song Pass**
**Columbia, MD 21044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Contractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Enovational Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,000.00** |
|---|---|---|---|

**Productboard Inc.**
**612 Howard Street**
**4th Floor**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  <u>Software</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$340,000.00** |
|---|---|---|---|

**Saovaluck Lim**
**2124 Sahalea Ter**
**Silver Spring, MD 20905**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  <u>Loan</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$240,000.00** |
|---|---|---|---|

**Svitlana Kushnir**
**61 Pierce Street, NE**
**Apartment 1343**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  <u>Loan</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,236.00** |
|---|---|---|---|

**The Office of Burce C. Bereano**
**191 Duke of Gloucester Street**
**Annapolis, MD 21401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  <u>Lobbying</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,400.00** |
|---|---|---|---|

**Thida A. Hassan**
**6703 Hallwood Avenue**
**Falls Church, VA 22046**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  <u>Contractor</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**TMG 1400 L Street, L.L.C.**
**3 Bethesda Metro Center**
**Suite 1400**
**Bethesda, MD 20814**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  <u>Lease</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,625.00** |
|---|---|---|---|

**Vanta**
**369 Hayes St.**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | Enovational Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250,000.00 |
|---|---|---|---|

**Vire Consulting**
**1612 K Street, NW**
**Suite 802**
**Washington, DC 20006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86,282.00 |
|---|---|---|---|

**Vlad Enache**
**1427 Rhode Island Avenue, NW**
**PH 2**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Shareholder loans to company**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Yulishana**
**316 Bromley Cross Drive**
**San Jose, CA 95119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **401(k) audit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Advanced Network Consulting**<br>**c/o Incorp Services, Inc.**<br>**1100 H Street, N.W.**<br>**Suite 840**<br>**Washington, DC 20005** | Line **3.1**<br>☐ Not listed. Explain ___ | _ |
| 4.2 | **Alliantgroup, LP**<br>**c/o John T. Simpson**<br>**3009 Post Oak Boulevard**<br>**Suite 2000**<br>**Houston, TX 77056** | Line **3.2**<br>☐ Not listed. Explain ___ | _ |
| 4.3 | **Anthony Watkis**<br>**9406 Piaffe Circle**<br>**Upper Marlboro, MD 20772** | Line **3.19**<br>☐ Not listed. Explain ___ | _ |
| 4.4 | **Citibank CBO Services**<br>**PO Box 769018**<br>**San Antonio, TX 78245** | Line **3.9**<br>☐ Not listed. Explain ___ | **9520** |
| 4.5 | **District Advisory, LLC**<br>**c/o Smolen & Plevy P.C.**<br>**1629 K Street, NW**<br>**Suite 300**<br>**Washington, DC 20006** | Line **3.13**<br>☐ Not listed. Explain ___ | _ |

| Debtor | **Enovational Corp.** | | Case number (if known) | |
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.6 | **FTI Consulting LLC**<br>**c/o The Corporation Trust, Incorporated**<br>**2405 York Road**<br>**Suite 201**<br>**Lutherville Timonium, MD 21093-2264** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Polka Dot Sky Software, Inc.**<br>**c/o Ashish Tonse**<br>**8442 Bells Ridge Terrace**<br>**Rockville, MD 20854** | Line **3.22**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Potomac Integration and Consulting, LLC**<br>**c/o The Corporation Trust Incorporated**<br>**2405 York Road**<br>**Suite 201**<br>**Lutherville Timonium, MD 21093-2264** | Line **3.23**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **The Meridian Group**<br>**3 Bethesda Metro Center**<br>**Suite 1400**<br>**Attn: Wil Machen**<br>**Bethesda, MD 20814** | Line **3.29**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **TMG 1400 L Street, L.L.C.**<br>**c/o Corporation Service Company**<br>**1090 Vermont Avenue, NW**<br>**Washington, DC 20005** | Line **3.29**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 1,656.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ | 3,201,645.65 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,203,301.65 |

**Fill in this information to identify the case:**

Debtor name     **Enovational Corp.**

United States Bankruptcy Court for the:     DISTRICT OF COLUMBIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Provision of five identified enhancements for the Virginia Small Business Financing Authority's Salesforce COVID-19 Relief Grant Portal project that supports the disbursement of grant aid to small businesses located within Virginia.** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Carahsoft Technology Corp.** <br> **11493 Sunset Hills Road** <br> **Suite 100** <br> **Reston, VA 20190** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Leased 2022 BMW driven by debtor's chief executive officer** <br><br> State the term remaining — **Slightly over two years** <br><br> List the contract number of any government contract | **International Motorcars, Inc.** <br> **d/b/a Passport BMW** <br> **5050 Auth Way** <br> **Suitland, MD 20746** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Separation agreement** <br><br> State the term remaining — **2 months** <br><br> List the contract number of any government contract | **Leonor Alfonso** <br> **16014 Indus Drive** <br> **Woodbridge, VA 22191** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Creation and operation of contact tracing software** | **State of Delaware** <br> **Attn: Lisa Bond** <br> **Main Administration Building, Third Floo** <br> **1901 N. Du Pont Highway, Main Bldg.** <br> **New Castle, DE 19720** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor 1 | **Enovational Corp.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract _____

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Provision of consulting and technical services for the State of Maryland in one or more of the following seventeen functional areas:** | |
|---|---|---|---|
| | | **\* FA 01: Enterprise Service Provider** | |
| | | **\* FA 02: Web and Internet Services** | |
| | | **\* FA 03: Electronic Document Management** | |
| | | **\* FA 04: Geographical Information Systems** | |
| | | **\* FA 05: Software Engineering** | |
| | | **\* FA 06: Systems/Facilities Management and Maintenance** | |
| | | **\* FA 07: Information System Security** | |
| | | **\* FA 08: Application Service Provider** | |
| | | **\* FA 09: IT and Telecommunications Financial and Auditing Consulting Services** | |
| | | **\* FA 10: IT Management Consulting Services** | |
| | | **\* FA 11: Business Process Consulting Services** | |
| | | **\* FA 12: Tower Site Preparation** | |
| | | **\* FA 13: Tower Installation** | |
| | | **\* FA 14: Tower Equipment Installation and Services** | |
| | | **\* FA 15: Electronic Benefits Transfer** | |
| | | **\* FA 16: Media and Training Center Support** | |
| | | **\* FA 17: Documentation/Technical Writing** | **State of Maryland** |
| | | | **Department of Information Technology** |
| | | | **100 Community Place** |
| | State the term remaining | **Six years** | **Crownsville, MD 21032-2022** |

Debtor 1  **Enovational Corp.**                                                         Case number (*if known*) _____
          First Name              Middle Name              Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | **060B2490023** | |
|---|---|---|---|

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Development and support of a contact tracing application** | |
|---|---|---|---|
| | State the term remaining | **8 months** | **State of Maryland** |
| | List the contract number of any government contract | | **Department of Information Technology** |
| | | | **100 Community Place** |
| | | | **Crownsville, MD 21032-2022** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Work Order 11 for the Maryland Department of Natural Resources Modernization and OneStop Integration Project: Creation of a web-based platform that supports a variety of internal and external system integrations that better gather and process essential formation.** | |
|---|---|---|---|
| | State the term remaining | **17 months** | **State of Maryland** |
| | List the contract number of any government contract | **F50B0600028** | **Department of Information Technology** |
| | | | **100 Community Place** |
| | | | **Crownsville, MD 21032-2022** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Work Order 15: Provision of a service level agreement, test & corrective maintenance, deployments to production updates to service security, library upgrades, updates to training documentation, and the enhancement of portal capabilities.** | |
|---|---|---|---|
| | State the term remaining | **3 months** | **State of Maryland** |
| | List the contract number of any government contract | **F50B060028** | **Department of Information Technology** |
| | | | **100 Community Place** |
| | | | **Crownsville, MD 21032-2022** |

Debtor 1  **Enovational Corp.**
First Name         Middle Name         Last Name                                    Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest | **Work Order 6: Creation of a Portfolio Management module within the PRISM web portal that will allow the DoIT EPMO team to enter respective MITDP data and upload documentation, transfer data between this module and the ITPR module, create various reports based on the data/fields in the module and present multiple portfolio dashboard views to the DoIT Executive Stakeholders.** | |
| State the term remaining | | **State of Maryland Department of Information Technology 100 Community Place Crownsville, MD 21032-2022** |
| List the contract number of any government contract | **F50B0600035** | |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | **Work Order 7: implementation of a system to manage the intake, tracking, and processing of applications and licenses for 25 boards.** | |
| State the term remaining | | **State of Maryland Department of Information Technology 100 Community Place Crownsville, MD 21032-2022** |
| List the contract number of any government contract | **F50B0600028** | |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | **Work Order 25: maintenance and support for a salesforce case management system** | |
| State the term remaining | **3 months** | **State of Maryland Department of Information Technology 100 Community Place Crownsville, MD 21032-2022** |
| List the contract number of any government contract | **F50B060028** | |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest | **Implementation of a Customer Relationship Management (CRM) tool for the more efficient management of Medicaid recovery cases and associated payments** | **State of Maryland Department of Health 201 W. Preston Street Attn: Feyella Toney, Contract Manager Baltimore, MD 21201-2399** |

| Debtor 1 | **Enovational Corp.** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract    F50B9400035 | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Development of permitting and licensing applications** | |
|---|---|---|---|
| | State the term remaining | | **State of Maryland**<br>**Medical Cannabis Commission**<br>**849 International Drive**<br>**4th Floor**<br>**Linthicum Heights, MD 21090** |
| | List the contract number of any government contract | **F50B0600028** | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Provision of a service level agreement, test & corrective maintenance, deployments to production, updates to server security, and library upgrades as necessary to optimize the Maryland OneStop portal's current technology.** | |
|---|---|---|---|
| | State the term remaining | **3 months** | **State of Maryland**<br>**Department of Information Technology**<br>**100 Community Place**<br>**Crownsville, MD 21032-2022** |
| | List the contract number of any government contract | **F50B9400035** | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Work Order 12: Transformation of legacy mainframe applications and manual processes into a Cloud Platform, via Maryland OneStop, for the development of user-centric applications for internal and external customers.** | |
|---|---|---|---|
| | State the term remaining | | **State of Maryland**<br>**Department of Information Technology**<br>**100 Community Place**<br>**Crownsville, MD 21032-2022** |
| | List the contract number of any government contract | **F50B0600028** | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor 1    **Enovational Corp.**

First Name    Middle Name    Last Name    Case number (*if known*)

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Work Order 18: transformation of legacy mainframe applications and manual processes into a Cloud Platform, via Maryland OneStop, for the development of user-centric applications for internal and external customers.** | |
|---|---|---|---|
| | State the term remaining | **11 months** | **State of Maryland Department of Information Technology 100 Community Place Crownsville, MD 21032-2022** |
| | List the contract number of any government contract | **F50B940035** | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Work Order 4: development and implementation of Maryland Department of Agriculture's licensing and permitting applications using the Maryland OneStop and Salesforce Platform. The specific programs included in this implementation are: Turf and Seed Program, State Chemist Program, Nutrient Management Program, Agricultural Fair Board, and seven (7) Agricultural Marketing & Development Programs, Agricultural Fair Board, and Plant Protection & Weed Management.** | |
|---|---|---|---|
| | State the term remaining | | **State of Maryland Department of Information Technology 100 Community Place Crownsville, MD 21032-2022** |
| | List the contract number of any government contract | **F50B0600028** | |

Debtor 1   **Enovational Corp.**                                                    Case number *(if known)*
         First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Work Order 16-R: Provision of a service level agreement (SLA), test & corrective maintenance, deployments to production updates to server security, library upgrades, updates to training documentation, and the enhancement of portal capabilities to optimize the Financial Disclosure Portal and Lobbyist Registration System** | |
|---|---|---|---|
| | State the term remaining | **3 months** | **State of Maryland Department of Information Technology 100 Community Place Crownsville, MD 21032-2022** |
| | List the contract number of any government contract | **F50B0600028** | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease Agreement By and Between TMG 1400 L Street, L.L.C. and Enovational Corp. 1400 L Street, N.W., Washington, DC 20005** | |
|---|---|---|---|
| | State the term remaining | **10 years** | **TMG 1400 L Street, L.L.C. 3 Bethesda Metro Center Suite 1400 Bethesda, MD 20814** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **In coordination with Carahsoft Technology Corp., to provide a Customer Relations Management System to manage all forms of communication to constituent groups for the Division of Financial Aid as contained in RFP 20090, including Addendum #1.** | |
|---|---|---|---|
| | State the term remaining | **3 years** | **West Virginia Higher Education Policy Co 1018 Kanawha Boulevard, E Charleston, WV 25301** |
| | List the contract number of any government contract | **20090A** | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Enovational Corp.**_____

United States Bankruptcy Court for the: __DISTRICT OF COLUMBIA_____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Enovational Corp.**

United States Bankruptcy Court for the:  DISTRICT OF COLUMBIA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/19**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,812,306.25** |
   | **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$22,313,762.43** |
   | **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$11,768,263.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | | | | |

| Debtor | **Enovational Corp.** | Case number *(if known)* |
|--------|------------------------|---------------------------|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Hoang Trinh**<br>**c/o Advanced Network Consulting**<br>**1200 G Street, N.W.**<br>**Suite 806**<br>**Washington, DC 20005** | **February 16, 2022** | **$250,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Nalex Technology Solutions**<br>**9406 Piaffe Circle**<br>**Upper Marlboro, MD 20772** | **December 31, 2021** | **$52,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Potomac Integration & Consulting, LLC**<br>**10833 Bird Song Pass**<br>**Columbia, MD 21044** | **December 31, 2021** | **$17,600.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **Navitas Business Consulting, Inc.**<br>**13454 Sunrise Valley Drive**<br>**Suite 240**<br>**Herndon, VA 20171** | **December 31, 2021** | **$20,520.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **Calderón Seguin PLC**<br>**2751 Prosperity Avenue**<br>**Suite 500**<br>**Fairfax, VA 22031** | **January 25, 2022 and February 18, 2022** | **$10,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. | **The Office of Burce C. Bereano**<br>**191 Duke of Gloucester Street**<br>**Annapolis, MD 21401** | **January 5, 2022** | **$10,236.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7. | **Vlad Enache**<br>**1427 Rhode Island Avenue, NW**<br>**PH 2**<br>**Washington, DC 20005** | **December 31, 2021** | **$8,506.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ Healthcare payment (owns more than 2% of debtor) |

Debtor   **Enovational Corp.**                                          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8. **Svitlana Kushnir**<br>**61 Pierce Street, NE**<br>**Apartment 1343**<br>**Washington, DC 20002** | **December 31, 2021** | **$5,322.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Healthcare payment**<br>**(treated as greater than 2%**<br>**owner on account of marriage**<br>**of Vlad Enache)** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Svitlana Kushnir**<br>**61 Pierce Street, NE**<br>**Apt. 1343**<br>**Washington, DC 20002**<br>**Spouse of CEO** | **May 10, 2021** | **$230,000.00** | **Repayment of loan in same amount, made on May 3, 2021. Repayment is without interest. Ms. Kushnir made a subsequent loan (which has not been repaid) on October 5, 2021, in the amount of $240,000.00.** |
| 4.2. **Chum Chancharadeth**<br>**2702 Silverdale Drive**<br>**Silver Spring, MD 20906**<br>**Chief Business Development Officer** | **November 19, 2021** | **$120,000.00** | **Repayment of a loan of $120,000.00 made on October 6, 2021 (repaid without interest)** |
| 4.3. **Chum Chancharadeth**<br>**2702 Silverdale Drive**<br>**Silver Spring, MD 20906**<br>**Chief Business Development Officer** | **April 3, 2021; April 20, 2021; April 22, 2021; April 28, 2021; May 12, 2021; May 21, 2021; September 19, 2021; and March 15, 2022** | **$24,678.00** | **Credit card mischarges made by Mr. Chancharadeth** |
| 4.4. **Vlad Enache**<br>**1427 Rhode Island Avenue, NW**<br>**PH 2**<br>**Washington, DC 20005**<br>**Chief Executive Officer** | **June 16, 2021** | **$80,000.00** | **Shareholder loan repayment** |
| 4.5. **Svitlana Kushnir**<br>**61 Pierce Street, NE**<br>**Apartment 1343**<br>**Washington, DC 20002**<br>**Wife of CEO** | **July 16, 2021** | **$3,407.00** | **Paid time off payout** |

Debtor    **Enovational Corp.** _____    Case number *(if known)* _____

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.6.  **Chum Chancharadeth**<br>**2702 Silverdale Drive**<br>**Silver Spring, MD 20906**<br>**Chief Business Development Officer** | **June 9, 2021** | **$90,000.00** | **Correlative to a deposit made by Mr. Chancharadeth, in the amount of $95,000.00, in 2019** |
| 4.7.  **Vlad Enache**<br>**1427 Rhode Island Avenue, NW**<br>**PH 2**<br>**Washington, DC 20005**<br>**Chief Executive Officer** | **September 30, 2021 and December 31, 2021** | **$17,012.00** | **Healthcare payment (owns more than 2% of debtor)** |
| 4.8.  **Svitlana Kushnir**<br>**61 Pierce Street, NE**<br>**Apartment 1343**<br>**Washington, DC 20002**<br>**Spouse of CEO** | **September 30, 2021 and December 31, 2021** | **$10,644.00** | **Healthcare payment (treated as greater than 2% owner on account of marriage of Vlad Enache)** |

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.  **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor   **Enovational Corp.** _____    Case number *(if known)* _____

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. | | March 21, 2022 ($39,485.00 remains in trust as of petition date; $10,515.00 has been paid toward a March 26, 2022 pre-filing invoice for services rendered and expenses incurred). | |
| **The Belmont Firm 1050 Connecticut Avenue, NW Suite 500 Washington, DC 20036** | | | $50,000.00 |

**Email or website address**
**http://www.dcbankruptcy.com**

**Who made the payment, if not debtor?**

---

Debtor    **Enovational Corp.**                                                Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Kollman & Saucier, P.A. 1823 York Road The Business Law Building Lutherville Timonium, MD 21093** | | **March 24, 2022** | **$425.00** |
| | **Email or website address https://www.kollmanlaw.com/** | | | |
| | **Who made the payment, if not debtor? The Belmont Firm - Paid by firm for consultation with reorganization counsel on niche area of law; payment reimbursed by debtor as part of pre-filing invoice payment from funds held in trust** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy From-To |
|---|---|---|---|
| 14.1. | **1101 K Street, NW Unit 1010 Washington, DC 20005** | | **March 2019 - November 2021** |
| 14.2. | **1875 Connecticut Avenue, NW 10th Floor Washington, DC 20009** | | **December 2017 - March 2019** |

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    **Enovational Corp.**                                              Case number *(if known)*

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**The debtor creates platforms that are used by state actors to collect personally identifiable information. Certain key persons have access to data collected through these platforms.**

Does the debtor have a privacy policy about that information?

■ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ■ No Go to Part 10.
   ☐ Yes. Fill in below:

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Enovational Corp.**                             Case number *(if known)*

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Extra Space Storage**<br>**3000 10th Street N**<br>**Unit Number 6223**<br>**Arlington, VA 22201** | **Unit is controlled by the debtor, though it is believed management at the storage facility may also have access; contents are of minimal value** | **Laptops(4), monitors(2), Misc Office supplies** | ☐ No<br>■ Yes |
| **Silver Lion Trade Services (Freigh Force - Moving Company)**<br>**45180 Global Plaza**<br>**#125**<br>**Sterling, VA 20166** | **Debtor has access, as does moving company holding materials and, likely, management at the storage locale** | **Office items** | ☐ No<br>■ Yes |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Enovational Corp.** | Case number *(if known)* | |

---

Part 13: **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Hillary West, CPA**<br>**CST Group, CPAs, PC**<br>**10740 Parkridge Blvd, Fifth Floor**<br>**Reston, VA 20191** | |
| 26a.2.    **Chloe Bos**<br>**c/o Enovational Corp.**<br>**1427 Rhode Island Avenue, NW**<br>**PH 2**<br>**Washington, DC 20005** | **December 2021 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

---

Debtor   **Enovational Corp.**                                          Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Vlad Enache** | **1427 Rhode Island Avenue, NW PH 2 Washington, DC 20005** | **Chief Executive Officer; Sole shareholder** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Chum Chancharadeth** | **2702 Silverdale Drive Silver Spring, MD 20906** | **Chief Business Development Officer** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jack Fritz** | **2220 Fairfax Dr Apt. 707 Arlington, VA 22201** | **Chief Technology Officer** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dana Solano** | **2220 Fairfax Dr. Apt. 707 Arlington, VA 22201** | **Chief Operating Officer** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Peter Belli** | **439 12th Street NE Washington, DC 20002** | **Vice President of Client Solutions** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Chloe Bos** | **2945 Sycamore St Alexandria, VA 22305** | **Director of Finance** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Christine Caluag** | **1246 Carrollsburg Pl SW Washington, DC 20024** | **Director of Administration and Human Resources** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ashley DelVillan** | **309 Mourning Dove Lane Elk Creek, VA 24326** | **Director of Product** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Bryon Elwell** | **6024 Morgan Ct Alexandria, VA 22312** | **Director of Product** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Tram Hoang** | **2314 Malraux Dr Vienna, VA 22182** | **Director of Product** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Oluwasinmi Oyetunde** | **125 16th St NE Washington, DC 20002** | **Director of Quality Assurance and Support** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **William van der Veen** | **3206 E Baltimore Street Baltimore, MD 21224** | **Director of Business Development** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in**

Debtor  **Enovational Corp.** _____  Case number *(if known)* _____

control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Vlad Enache<br>1427 Rhode Island Avenue, NW<br>PH 2<br>Washington, DC 20005 | $646,655.35 | May 10, 2021; May 12, 2021; June 15, 2021; June 16, 2021; June 17, 2021; July 22, 2021; August 12, 2021; September 13, 2021; September 14, 2021; September 15, 2021; December 13, 2021; December 21, 2021; and January 20, 2022 | Tax distributions |
| | Relationship to debtor<br>Chief Executive Officer | | | |
| 30.2. | Chum Chancharadeth<br>2702 Silverdale Drive<br>Silver Spring, MD 20906 | $261,250.00 | | Salary |
| | Relationship to debtor<br>Chief Business Development Officer | | | |
| 30.3. | Vlad Enache<br>1427 Rhode Island Avenue, NW<br>PH 2<br>Washington, DC 20005 | $261,250.00 | | Salary |
| | Relationship to debtor<br>Chief Executive Officer | | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Enovational Corp.** | | Case number *(if known)* | |
|---|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4. | **Jack Fritz**<br>**2220 Fairfax Dr**<br>**Apt. 707**<br>**Arlington, VA 22201**<br><br>**Relationship to debtor**<br>**Chief Technology Officer** | **$222,917.00** | | **Salary** |
| 30.5. | **Dana Solano**<br>**2220 Fairfax Dr**<br>**Apt. 707**<br>**Arlington, VA 22201**<br><br>**Relationship to debtor**<br>**Chief Operating Officer** | **$193,125.00** | | **Salary** |
| 30.6. | **Peter Belli**<br>**c/o Enovational Corp.**<br>**1427 Rhode Island Avenue,**<br>**NW**<br>**PH 2**<br>**Washington, DC 20005**<br><br>**Relationship to debtor**<br>**Vice President of Client**<br>**Solutions** | **$163,083.00** | | **Salary** |
| 30.7. | **Chloe Bos**<br>**2945 Sycamore St**<br>**Alexandria, VA 22305**<br><br>**Relationship to debtor**<br>**Director of Finance** | **$43,125.00** | | **Salary** |
| 30.8. | **Christine Caluag**<br>**1246 Carrollsburg Pl SW**<br>**Washington, DC 20024**<br><br>**Relationship to debtor**<br>**Director of Administration**<br>**and Human Resources** | **$97,917.00** | | **Salary** |
| 30.9. | **Ashley DelVillan**<br>**309 Mourning Dove Lane**<br>**Elk Creek, VA 24326**<br><br>**Relationship to debtor**<br>**Director of Product** | **$136,458.00** | | **Salary** |
| 30.10. | **Bryon Elwell**<br>**6024 Morgan Ct**<br>**Alexandria, VA 22312**<br><br>**Relationship to debtor**<br>**Director of Product** | **$134,167.00** | | **Salary** |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Enovational Corp.** | | Case number *(if known)* | |
|---|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 1. | **Tram Hoang** **2314 Malraux Dr** **Vienna, VA 22182** | **$96,083.00** | | **Salary** |
| | Relationship to debtor **Director of Product** | | | |
| 30.1 2. | **Oluwasinmi Oyetunde** **125 16th St NE** **Washington, DC 20002** | **$137,417.00** | | **Salary** |
| | Relationship to debtor **Director of Quality Assurance and Support** | | | |
| 30.1 3. | **William van der Veen** **3206 E Baltimore Street** **Baltimore, MD 21224** | **$27,083.00** | | **Salary** |
| | Relationship to debtor **Director of Business Development** | | | |
| 30.1 4. | **Leonor Alfonso** **16014 Indus Drive** **Woodbridge, VA 22191** | **$14,549.00** | | **Payout of paid time off** |
| | Relationship to debtor **Former Director** | | | |
| 30.1 5. | **Leonor Alfonso** **16014 Indus Drive** **Woodbridge, VA 22191** | **$21,375.00** | | **Payments pursuant to severance agreement** |
| | Relationship to debtor **Former Director** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor   **Enovational Corp.**                                        Case number *(if known)*

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 26, 2022**

**/s/ Vlad Enache**                                    **Vlad Enache**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## District of Columbia

In re    **Enovational Corp.**                                                     Case No.
                                    Debtor(s)              Chapter        **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Vlad Enache**<br>**1427 Rhode Island Avenue, NW**<br>**PH 2**<br>**Washington, DC 20005** | **Stockholder** | **100%** | **Equity** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date    **March 26, 2022**                              Signature    **/s/ Vlad Enache**
                                                                     **Vlad Enache**


*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# LOCAL OFFICIAL FORM NO. 10

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In re                                                              )
**Enovational Corp.**                                              )          Case No.
                                                                   )
_____                          )          Chapter __11__
                                      Debtor(s).                   )
                                                                   )

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    ☐  **Flat Fee**

    For legal services, I have agreed to accept ...................................................   $   _____

    Prior to the filing of this statement I have received ..................................   $   _____

    Balance Due ................................................................................................   $   _____

    ☑  **Hourly Fee**

    For legal services, I have agreed to accept and received a retainer of ......   $          **50,000.00**

    The undersigned shall bill against the retainer at an hourly rate of ..........   $            **400.00**
    [Or attach firm hourly rate schedule.] as such rate may change over time based on
    periodic increases.
    Debtor has agreed to pay all approved fees and expenses exceeding the amount of the retainer, subject to those fees and expenses being
    approved by the court (when court approval is required) for work performed in a chapter 11 case or chapter 13 case. Payments of fees and
    expenses exceeding the retainer, other than payment of amounts approved for payment by court order, will be disclosed by a supplemental
    Rule 2016(b) statement.

    ☐  _Pro Bono_ **Representation**

    I have agreed to provide services without compensation

    ********************************************************************************

    The debtor  ☑  has    ☐  has not agreed to reimburse expenses.

2.  The source of the compensation paid to me was:

    ☐  Debtor    ☑  Other (specify):   **$50,000.00 retainer paid by Debtor. $10,515.00 deducted prior to petition being**
                                        **filed, for pre-filing invoice. $39,485.00 remains in trust as of filing of petition.**

3.  The source of compensation to be paid to me is:

    ☑  Debtor    ☐  Other (specify):

3.  With respect to the compensation described herein:

    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.  [Other provisions as needed]
   **Preparation of schedules, other petition-related documents, and a plan of reorganization; Representation of the debtor at all hearings; Negotiations with creditors and a subchapter V trustee; Provision of general reorganizational advice.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation in any matters outside the United States Bankruptcy Court for the District of Columbia.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March 26, 2022** | **/s/ Maurice VerStandig** |
| _Date_ | **Maurice VerStandig MD18071** |
| | _Signature of Attorney_ |
| | **The Belmont Firm** |
| | **1050 Connecticut Ave., NW** |
| | **Suite 500** |
| | **Washington, DC 20036** |
| | **(202)991-1101** |
| | **mac@dcbankruptcy.com** |
| | _Name of law firm_ |

**United States Bankruptcy Court**
**District of Columbia**

In re    **Enovational Corp.** _____    Case No. _____
                                              Debtor(s)    Chapter    **11**    _____

## LIST OF CREDITORS AND MAILING MATRIX

1.      The attached list, serving both as the list required by Rule

1007(a)(1) of the Federal Rules of Bankruptcy Procedure and as the

mailing matrix required by the court's local Bankruptcy Rules, consists

of   **7**   pages and a total of   **54**   entities listed.

2.      The attached list contains a true and correct name and address of:

•             each of my creditors (those entities required to be scheduled on

               Schedules D, E, and F, the Schedules of Creditors Holding

               Claims, in this case),

•             each of the parties required to be listed on Schedule G -

               Executory Contracts and Unexpired Leases, that is, the parties

               other than myself, to any unexpired lease of real or personal

               property to which I am a party;

1 of 2

- each entity required to be listed on Schedule H - Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

Date:  **March 26, 2022**                          **/s/ Vlad Enache**

**Vlad Enache**/**Chief Executive Officer**
Signer/Title

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Advanced Network Consulting
1200 G Street, N.W.
Suite 806
Washington, DC 20005


Advanced Network Consulting
c/o Incorp Services, Inc.
1100 H Street, N.W.
Suite 840
Washington, DC 20005


Alliantgroup LP
3009 Post Oak Blvd
Suite 2000
Houston, TX 77056


Alliantgroup, LP
c/o John T. Simpson
3009 Post Oak Boulevard
Suite 2000
Houston, TX 77056


Anthony Watkins
c/o Nalex Technology Solutions
9406 Piaffe Circle
Upper Marlboro, MD 20772


Anthony Watkis
9406 Piaffe Circle
Upper Marlboro, MD 20772


Artwoom
Selisce 13, 10000 Zagreb, Hrvatska


C T Corporation System
c/o Anusha Putty
1015 15th Street, NW
Suite 1000
Washington, DC 20005

Calderón Seguin PLC
2751 Prosperity Avenue
Suite 500
Fairfax, VA 22031


Carahsoft Technology Corp.
11493 Sunset Hills Road
Suite 100
Reston, VA 20190


Chase Bank
Attn: Bankruptcy
P.O Box 15298
Wilmington, DE 19850-5298


Chum Chancharadeth
2702 Silverdale Drive
Silver Spring, MD 20906


Citibank
Citicorp Srvs/Centralized Bk Dept
Po Box 790034
St. Louis, MO 63179


Citibank CBO Services
PO Box 769018
San Antonio, TX 78245


Clinton & Peed
1775 Eye Street NW
Suite 1150
Washington, DC 20006


Comptroller of Maryland
Revenue Administration Division
PO Box 549
Annapolis, MD 21411-0001

```
CST Group
10740 Parkridge Blvd.
Fifth Floor
Reston, VA 20191


District Advisory, LLC
1200 18th Street, NW
Suite 700
Washington, DC 20036


District Advisory, LLC
c/o Smolen & Plevy P.C.
1629 K Street, NW
Suite 300
Washington, DC 20006


District of Columbia
Office of Tax and Revenue
1101 4th Street, SW, Suite 270 West
Washington, DC 20024


FTI Consulting LLC
16701 Melford Boulevard
Suite 200
Bowie, MD 20715


FTI Consulting LLC
c/o The Corporation Trust, Incorporated
2405 York Road
Suite 201
Lutherville Timonium, MD 21093-2264


Go 360 Cloud
H No - 10-6-46/1/1, Brundavan Colony,Lin
K V Ranga Reddy,Ranga Reddy
Hyderabad Telangana 500079
India
```

Go 360 Cloud Private Limited
H No - 10-6-46/1/1, Brundavan Colony,Lin
K V Ranga Reddy,Ranga Reddy
Hyderabad Telangana 500079
India


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


International Motorcars, Inc.
d/b/a Passport BMW
5050 Auth Way
Suitland, MD 20746


Leonor Alfonso
16014 Indus Drive
Woodbridge, VA 22191


Nalex Technology Solutions
9406 Piaffe Circle
Upper Marlboro, MD 20772


Namely, Inc.
195 Broadway
15th Floor
New York, NY 10007


Navitas Business Consulting, Inc.
13454 Sunrise Valley Drive
Suite 240
Herndon, VA 20171


Polka Dot Sky Software
8442 Bells Ridge Terrace
Rockville, MD 20854

Polka Dot Sky Software, Inc.
c/o Ashish Tonse
8442 Bells Ridge Terrace
Rockville, MD 20854


Potomac Integration & Consulting, LLC
10833 Bird Song Pass
Columbia, MD 21044


Potomac Integration and Consulting, LLC
c/o The Corporation Trust Incorporated
2405 York Road
Suite 201
Lutherville Timonium, MD 21093-2264


Productboard Inc.
612 Howard Street
4th Floor
San Francisco, CA 94105


Saovaluck Lim
2124 Sahalea Ter
Silver Spring, MD 20905


State of Delaware
Attn: Lisa Bond
Main Administration Building, Third Floo
1901 N. Du Pont Highway, Main Bldg.
New Castle, DE 19720


State of Maryland
Department of Information Technology
100 Community Place
Crownsville, MD 21032-2022


State of Maryland
Department of Health
201 W. Preston Street
Attn: Feyella Toney, Contract Manager
Baltimore, MD 21201-2399

State of Maryland
Medical Cannabis Commission
849 International Drive
4th Floor
Linthicum Heights, MD 21090


Svitlana Kushnir
61 Pierce Street, NE
Apartment 1343
Washington, DC 20002


The Meridian Group
3 Bethesda Metro Center
Suite 1400
Attn: Wil Machen
Bethesda, MD 20814


The Office of Burce C. Bereano
191 Duke of Gloucester Street
Annapolis, MD 21401


Thida A. Hassan
6703 Hallwood Avenue
Falls Church, VA 22046


TMG 1400 L Street, L.L.C.
3 Bethesda Metro Center
Suite 1400
Bethesda, MD 20814


TMG 1400 L Street, L.L.C.
c/o Corporation Service Company
1090 Vermont Avenue, NW
Washington, DC 20005


Vanta
369 Hayes St.
San Francisco, CA 94102

Vire Consulting
1612 K Street, NW
Suite 802
Washington, DC 20006


Virginia Unemployment Commission
P.O Box 26441
Richmond, VA 23261-6441


Vlad Enache
1427 Rhode Island Avenue, NW
PH 2
Washington, DC 20005


Wells Fargo Bank, N.A.
794 Davis Street, 2nd Floor
MAC A0283-023
San Leandro, CA 94577-6922


Wells Fargo Bank, N.A.
401 N. Research Pkwy, 1st Floor
MAC D4004-017
Winston Salem, NC 27101-4157


West Virginia Higher Education Policy Co
1018 Kanawha Boulevard, E
Charleston, WV 25301


Yulishana
316 Bromley Cross Drive
San Jose, CA 95119

# United States Bankruptcy Court
### District of Columbia

In re   **Enovational Corp.**  _____   Case No. _____

_____   Chapter   **11** _____
Debtor(s)

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Enovational Corp.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 26, 2022** _____      **/s/ Maurice VerStandig** _____
Date                                               **Maurice VerStandig MD18071**

Signature of Attorney or Litigant
Counsel for   **Enovational Corp.**
**The Belmont Firm**
**1050 Connecticut Ave., NW**
**Suite 500**
**Washington, DC 20036**
**(202)991-1101**
**mac@dcbankruptcy.com**