```
Label Matrix for local noticing         Enovational Corp                         Washington, D.C.
0090-1                                  1427 Rhode Island Avenue, NW             E. Barrett Prettyman U. S. Courthouse
Case 22-00055-ELG                       PH 2                                     333 Constitution Ave, NW #1225
United States Bankruptcy Court for the Distri  Washington, DC 20005-5532         Washington, DC 20001-2802
Washington, D.C.
Sat Mar 26 22:16:57 EDT 2022

Advanced Network Consulting             Advanced Network Consulting              Alliantgroup LP
1200 G Street, N.W.                     c/o Incorp Services, Inc.                3009 Post Oak Blvd
Suite 806                               1100 H Street, N.W.                      Suite 2000
Washington, DC 20005-3814               Suite 840                                Houston, TX 77056-6599
                                        Washington, DC 20005-5969

Alliantgroup, LP                        Anthony Watkins                          Anthony Watkis
c/o John T. Simpson                     c/o Nalex Technology Solutions           9406 Piaffe Circle
3009 Post Oak Boulevard                 9406 Piaffe Circle                       Upper Marlboro, MD 20772-4679
Suite 2000                              Upper Marlboro, MD 20772-4679
Houston, TX 77056-6599

C T Corporation System                  CST Group                                Calder n Seguin PLC
c/o Anusha Putty                        10740 Parkridge Blvd.                    2751 Prosperity Avenue
1015 15th Street, NW                    Fifth Floor                              Suite 500
Suite 1000                              Reston, VA 20191-4424                    Fairfax, VA 22031-4397
Washington, DC 20005-2621

Carahsoft Technology Corp.              (p)JPMORGAN CHASE BANK  N A              Chum Chancharadeth
11493 Sunset Hills Road                 BANKRUPTCY MAIL INTAKE TEAM              2702 Silverdale Drive
Suite 100                               700 KANSAS LANE FLOOR 01                 Silver Spring, MD 20906-5321
Reston, VA 20190-5230                   MONROE LA 71203-4774

Citibank                                Citibank CBO Services                    Clinton & Peed
Citicorp Srvs/Centralized Bk Dept       PO Box 769018                            1775 Eye Street NW
Po Box 790034                           San Antonio, TX 78245-9018               Suite 1150
St. Louis, MO 63179-0034                                                         Washington, DC 20006-2435

Comptroller of Maryland                 District Advisory, LLC                   District Advisory, LLC
Revenue Administration Division         1200 18th Street, NW                     c/o Smolen & Plevy P.C.
PO Box 549                              Suite 700                                1629 K Street, NW
Annapolis, MD 21404-0549                Washington, DC 20036-2531                Suite 300
                                                                                 Washington, DC 20006-1631

District of Columbia                    FTI Consulting LLC                       FTI Consulting LLC
Office of Tax and Revenue               16701 Melford Boulevard                  c/o The Corporation Trust, Incorporated
1101 4th Street, SW, Suite 270 West     Suite 200                                2405 York Road
Washington, DC 20024-4457               Bowie, MD 20715-4418                     Suite 201
                                                                                 Lutherville Timonium, MD 21093-2252

Go 360 Cloud                            Go 360 Cloud Private Limited             Internal Revenue Service
H No - 10-6-46/1/1, Brundavan Colony,Lin  H No - 10-6-46/1/1, Brundavan Colony,Lin  PO Box 7346
K V Ranga Reddy,Ranga Reddy             K V Ranga Reddy,Ranga Reddy              Philadelphia, PA 19101-7346
Hyderabad Telangana 500079              Hyderabad Telangana 500079
India                                   India

International Motorcars, Inc.           Leonor Alfonso                           Nalex Technology Solutions
d/b/a Passport BMW                      16014 Indus Drive                        9406 Piaffe Circle
5050 Auth Way                           Woodbridge, VA 22191-4336                Upper Marlboro, MD 20772-4679
Suitland, MD 20746-4205
```

```
Namely, Inc.                          Navites Business Consulting, Inc.      Polka Dot Sky Software
195 Broadway                          13454 Sunrise Valley Drive             8442 Bells Ridge Terrace
15th Floor                            Suite 240                              Rockville, MD 20854-2792
New York, NY 10007-3136               Herndon, VA 20171-3278


Polka Dot Sky Software, Inc.          Potomac Integration & Consulting, LLC  Potomac Integration and Consulting, LLC
c/o Ashish Tonse                      10833 Bird Song Pass                   c/o The Corporation Trust Incorporated
8442 Bells Ridge Terrace              Columbia, MD 21044-3694                2405 York Road
Rockville, MD 20854-2792                                                     Suite 201
                                                                             Lutherville Timonium, MD 21093-2252


Productboard Inc.                     Saovaluck Lim                          State of Delaware
612 Howard Street                     2124 Sahalea Ter                       Attn: Lisa Bond
4th Floor                             Silver Spring, MD 20905-3900           Main Administration Building, Third Floo
San Francisco, CA 94105-3944                                                 1901 N. Du Pont Highway, Main Bldg.
                                                                             New Castle, DE 19720-1100


State of Maryland                     State of Maryland                      State of Maryland
Department of Health                  Department of Information Technology   Medical Cannabis Commission
201 W. Preston Street                 100 Community Place                    849 International Drive
Attn: Feyella Toney, Contract Manager Crownsville, MD 21032-2037             4th Floor
Baltimore, MD 21201-2301                                                     Linthicum Heights, MD 21090-2229


Svitlana Kushnir                      TMG 1400 L Street, L.L.C.              TMG 1400 L Street, L.L.C.
61 Pierce Street, NE                  3 Bethesda Metro Center                c/o Corporation Service Company
Apartment 1343                        Suite 1400                             1090 Vermont Avenue, NW
Washington, DC 20002-3064             Bethesda, MD 20814-6306                Washington, DC 20005-4905


The Meridian Group                    The Office of Burce C. Bereano         Thida A. Hassan
3 Bethesda Metro Center               191 Duke of Gloucester Street          6703 Hallwood Avenue
Suite 1400                            Annapolis, MD 21401-2519               Falls Church, VA 22046-2337
Attn: Wil Machen
Bethesda, MD 20814-6306


Vanta                                 Vire Consulting                        Virginia Unemployment Commission
369 Hayes St.                         1612 K Street, NW                      P.O Box 26441
San Francisco, CA 94102-4420          Suite 802                              Richmond, VA 23261-6441
                                      Washington, DC 20006-2820


Vlad Enache                           Wells Fargo Bank, N.A.                 Wells Fargo Bank, N.A.
1427 Rhode Island Avenue, NW          401 N. Research Pkwy, 1st Floor        794 Davis Street, 2nd Floor
PH 2                                  MAC D4004-017                          MAC A0283-023
Washington, DC 20005-5532             Winston Salem, NC 27101-4157           San Leandro, CA 94577-6922


West Virginia Higher Education Policy Co   Yulishana                         Maurice Belmont VerStandig
1018 Kanawha Boulevard, E             316 Bromley Cross Drive                The VerStandig Law Firm, LLC
Charleston, WV 25301-2800             San Jose, CA 95119-1817                1452 W. Horizon Ridge Pkwy, #665
                                                                             Henderson, NV 89012-4422
```

         The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
         by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Bank
Attn: Bankruptcy
P.O Box 15298
Wilmington, DE 19850-5298

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Artwoom
Selisce 13, 10000 Zagreb, Hrvatska

End of Label Matrix
Mailable recipients    56
Bypassed recipients     1
Total                  57