The order below is hereby signed.

Signed: March 30 2022



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                          )        Case No. 22-55-ELG
                                                )        (Chapter 11)
ENOVATIONAL CORP.                               )
                                                )
         Debtor.                                )

**ORDER REJECTING OFFICE LEASE AGREEMENT BY AND
BETWEEN TMG 1400 L STREET, L.L.C. AND ENOVATIONAL CORP.**

Upon consideration of the Motion to Reject Officer Lease Agreement By and Between TMG 1500 L Street, L.L.C. and Enovational Corp. (the "Motion," as found at DE #3) filed by Enovational Corp. (the "Debtor"), any opposition thereto, arguments and evidence adduced at a hearing on March 29, 2022, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the Office Lease Agreement By and Between TMG 1400 L Street, L.L.C. and Enovational Corp. be, and hereby is, REJECTED, with such rejection being effective as of March 26, 2022.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*