# **EXHIBIT A**



**Wells Fargo Bank, N.A.**
**U.S. Trade Services**
**Standby Letters of Credit**
401 N. Research Pkwy, 1st Floor
MAC D4004-017,
Winston-Salem, NC 27101-4157
Phone: 1(800) 776-3862 Option 2
E-Mail: sblc-new@wellsfargo.com

# Irrevocable Standby Letter of Credit
# Draw Settlement Advice

**Payment Value Date:** Apr 6, 2022

**Settlement Value Date:** Apr 6, 2022

SCEACHPRINT@wellsfargo.com
vlad@enovational.com
ENOVATIONAL CORP.
1101 K STREET, SUITE 1010
WASHINGTON, DISTRICT OF COLUMBIA   20005-7004

**Wells Fargo Bank, N.A. Standby Letter of Credit Number:** Redacted 563U

**In Favor Of:** TMG 1400 L STREET, LLC

**Advice Number:** ACTREF9947187

We have processed a payment on your behalf, and funds are now due under the above referenced Standby Letter of Credit as detailed below:

| | |
|---|---|
| DRAW AMOUNT | 2,988,093.78 |
| DRAW FEES | 1,530.00 |
| **Total Payment Amount** | **$2,989,623.78** |

*This form requires no signature.*

Please direct any written correspondence or inquiries regarding this Letter of Credit, always quoting our reference number, to **Wells Fargo Bank, National Association,** Attn: U.S. Standby Trade Services

*at either*  794 Davis Street, 2nd Floor       *or*   401 N. Research Pkwy, 1st Floor
MAC A0283-023,                                         MAC D4004-017,
San Leandro, CA 94577-6922                             WINSTON-SALEM, NC 27101-4157

Phone inquiries regarding this credit should be directed to our Standby Customer Connection Professionals

1-800-776-3862 Option 2                               1-800-776-3862 Option 2
(Hours of Operation:  8:00 a.m. PT to 5:00 p.m. PT)   (Hours of Operation: 8:00 a.m. EST to 5:00 p.m. EST)

1510

Page 1 of 2



# Irrevocable Standby Letter of Credit
# GL Settlement Advice

**Payment Value Date:** Apr 6, 2022

**Settlement Value Date:** Apr 6, 2022

**Account Officer:**

Jeanette Griffin

101 N Independence Mall E

PHILADELPHIA, Pennsylvania    19106

Y1372-03G

**Wells Fargo Bank, N.A. Standby Letter of Credit Number:**    Redacted 563U

**For Applicant:**    ENOVATIONAL CORP.

**For Liability Party:**    ENOVATIONAL CORP.

**Advice Number:**    ACTREF9947187

The entries referenced below are for the payment of a drawing against the above referenced Standby Letter of Credit.

| Debit/Credit | GL Code | GL Account | AU/RC | Amount |
| --- | --- | --- | --- | --- |
| Debit | FM - Draw - SBLC Receivable | Redacted 3459 | 0227019 | $1,500.00 |
| Debit | FM - Draw - SBLC Receivable | Redacted 3459 | 0227019 | $30.00 |
| Debit | FM - Draw - SBLC Receivable | Redacted 3459 | 0227019 | $2,988,093.78 |

Upon receipt of reimbursement from your customer, please credit GL Account 2803459 for the above referenced AU quoting the Advice Number.

| Please direct any phone inquiries regarding this credit should be directed to our Standby Customer Connection Professionals | |
| --- | --- |
| 1-800-776-3862 Option 2 (Hours of Operation: 8:00 a.m. PT to 5:00 p.m. PT) | 1-800-776-3862 Option 2 (Hours of Operation: 8:00 a.m. EST to 5:00 p.m. EST) |