The order below is hereby signed.

Signed: October 3 2022



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 22-55-ELG |
| | ) | (Chapter 11) |
| ENOVATIONAL CORP. | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER ADJUST HEARING DATE AND CERTAIN DEADLINES**

Upon review of this matter at a hearing held on September 28, 2022, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that a hearing on confirmation of Enovational's plan of reorganization shall be held on October 6, 2022 at 12:00 pm, via Zoom for Government, with parties in interest able to contact Aimee_Mathewes@dcb.uscourts.gov for Zoom access codes; and it is further

ORDERED, that the deadline for the following entities to vote upon and/or object to Enovational's plan of reorganization is extended to a date seven days prior to the date of any confirmation hearing (including any such date if if the hearing scheduled herein is subsequently continued to a future date): (a) the State of Maryland, (b) TMG 1400 L Street, L.L.C., (c) ADI Construction of Virginia, LLC, and (d) the United States Trustee; and it is further

ORDERED, that the deadline for to vote upon and/or object to Enovational's plan of reorganization is extended to 4:00 pm on October 5, 2022, for any party to a contract rejected under the plan of reorganization; and it is further

ORDERED, that Enovational shall cause to be filed a summary of all ballots received, not later than two days prior to the date on which a hearing on confirmation of the plan of reorganization is to be held.

**End of order**

[Signed and dated above]

I ask for this

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*