The order below is hereby signed.

Signed: October 12 2022



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 22-55-ELG |
| | ) | (Chapter 11) |
| ENOVATIONAL CORP. | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER CONFIRMING FIRST AMENDED ENOVATIONAL CORP.**
**PLAN OF REORGANIZATION FOR SMALL BUSINESS UNDER CHAPTER 11**

Upon consideration of the First Amended Enovational Corp. Plan of Reorganization for Small Business Under Chapter 11 (the "Plan," as found at DE #168), the lack of opposition to the confirmation thereof, evidence adduced at a hearing on October 6, 2022, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, the Plan be, and hereby is, CONFIRMED pursuant to Section 1191(b) of Title 11 of the United States Code; and it is further

ORDERED, that no distribution shall be made to any equity holder of Enovational Corp. (the "Debtor" or "Enovational"), on account of said equity interest, until such a time as all allowed claims have been paid in full, though the equity interest of the Debtor shall be permitted to continue to receive ordinary salary payments and reimbursements for bona fide business expenses, together with distributions of such monies as may be required to satisfy any pass-through tax obligations arising on account of the income of the Debtor, together with payments as may be due to the equity

interest, in its capacity as a general unsecured creditor, on account of bona fide claims filed and allowed in this bankruptcy proceeding; and it is further

ORDERED, that all executory contracts to which Enovational is a party are deemed rejected, saving and excepting for those enumerated in that certain notice filed at DE #238, which were assumed and assigned by operation of law pursuant to this Honorable Court's order of August 22, 2022 (DE #195) as of September 30, 2022 and, additionally, saving and excepting for the following contracts that are deemed assumed at the time of entry of this order:

(i) That certain agreement between Alphabet Inc., located at 1600 Amphitheater Parkway, Mountain View, CA 94043, USA., and Enovational Corp., with an unknown start date, providing for the use of services and/or software designed to aid accounts, email, calendars, VOIP, with a copy of said agreement being available at https://workspace.google.com/terms/premier_terms.html;

(ii) That certain agreement between Slack Technologies, LLC, located at 500 Howard St, San Francisco, CA 94105, and Enovational Corp., commencing on or about 8/5/2015, providing for the use of services and/or software designed to aid Internal messaging system, with a copy of said agreement being available at https://slack.com/terms-of-service;

(iii) That certain agreement between Intuit Inc., located at 2632 Marine Way Mountain View, CA 94043, and Enovational Corp., commencing on or about 4/2/2021, providing for the use of services and/or software designed to aid accounting software, with a copy of said agreement being available at https://quickbooks.intuit.com/global/terms-of-service/;

(iv) That certain Agreement between Namely, Inc., located at 195 Broadway, 11th Floor, New York, NY 10007, and Enovational Corp., commencing on or about 2/26/2021, providing for the use of services and/or software designed to aid HRIS (current), benefits

management, payroll, with a copy of said agreement being available at https://drive.google.com/file/d/153sxtYJb9GDZjlXgZL4nttuJXTcXitLF/view?usp=sharing;

(v) That certain agreement between Trello, Inc. (an Atlassian company), located at 888 Broadway, 4th Floor, New York City, NY 10003, and Enovational Corp., commencing on or about 2/26/2020, providing for the use of services and/or software designed to aid kanban style task tracking, with a copy of said agreement being available at https://www.atlassian.com/legal/cloud-terms-of-service; and

(vi) That certain agreement between Lucid Software Inc., located at 10355 South Jordan Gateway Suite 300, South Jordan, UT 84095, and Enovational Corp., commencing on or about 2/23/2018, providing for the use of services and/or software designed to aid flowchart & diagram creation, with a copy of said agreement being available at https://lucid.co/tos;

(vii) That certain Agreement between Amazon Web Services, Inc., located at 410 Terry Avenue North Seattle, WA 98109 United States, and Enovational Corp., commencing on or about 7/1/2017, providing for the use of services and/or software designed to support enovational.com and other mixed Enovational specific infrastructure, with a copy of said agreement being available at https://aws.amazon.com/agreement/ and with the correlative services being denoted by the number 920714921147 (though, for the avoidance of doubt or ambiguity, all other agreements with Amazon Web Services, Inc. have either been assumed and assigned prior to entry of this order or shall be deemed rejected by entry of this order); and it is further

ORDERED, that pursuant to the provisions of Article 10 of the Plan and a technical amendment to the Plan agreed upon by the Debtor and certain creditors, this bankruptcy estate shall remain open until the later of (i) December 30, 2024; or (ii) the payment, in full, of all allowed

3

claims herein, though any party in interest may move to have the estate closed following the payment, in full, of all allowed claims herein; and it is further

ORDERED, that Enovational shall file tax returns for the calendar year 2021, with all federal and state governments (inclusive of the District of Columbia) to which such returns are properly due in the opinion of the accountant managing Enovational's tax affairs, as soon as practicable, with any obligations thereunder being deemed Class 1 priority claims and with Enovational being obligated to pay such claims not later than 21 days after the date on which such returns are formally filed; and it is further

ORDERED, that Enovational shall furnish the Office of the United States Trustee with copies of all tax returns filed with the federal government as well as any state or the District of Columbia, for the calendar year 2021, within five (5) calendar days of such returns being filed; and it is further

ORDERED, that unless and until all state taxes due and owing for the calendar year 2021 are paid in full, pursuant to the terms of this order, Enovational shall keep in its bank account a sum of money not less than $1,000,000.00; and it is further

ORDERED, that any claims to which an objection is pending (or to which an objection shall be filed within three days of the date of entry of this order) shall not be paid under the Plan unless and until said objection is resolved, except that any claims to which an objection is pending may be paid as though they are allowed in the sum (if any) to which an objection is not posed and such claims shall be calculated, for purposes of pro rata distribution, based upon that unobjected-to sum unless and until a final order is made resolving the pending objection; and it is further

ORDERED, that Marc Albert, the Subchapter V Trustee herein, shall act as a disbursing agent pursuant to the Plan, except that Enovational may directly pay obligations to any state taxing

authorities and that Enovational may also pay any obligations owing to former employees through utilization of Enovational's payroll system, so as to ensure proper withholdings and the payment of any payroll taxes that may accrue on account of said payments.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*

Seen:

/s/ Marc E. Albert (signed w/ express permission)
Marc E. Albert, Esq.
Stinson LLP
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
marc.albert@stinson.com
*Subchapter V Trustee*

/s/ Kristen S. Eustis (signed w/ express permission)
Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314
Kristen.S.Eustis@usdoj.gov
*Counsel for the United States Trustee*

/s/ Sherry J. Millman (signed w/ express permission)
Sherry J. Millman, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane

New York, NY 10038-4982
smillman@stroock.com
*Counsel for TMG 1400 L Street, L.L.C.*

/s/ David S. Musgrave (signed w/ express permission)
David S. Musgrave, Esq.
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202.
dmusgrave@gfrlaw.com
*Counsel for the State of Maryland*