The order below is hereby signed.

Signed: February 24 2023



_____
Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                     )          Case No. 22-55-ELG
                                           )          (Chapter 11)
ENOVATIONAL CORP.                          )
                                           )
        Debtor.                            )

**ORDER APPROVING THIRD INTERIM APPLICATION**
**OF THE BELMONT FIRM FOR THE ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the Third Interim Application of The Belmont Firm for the

Allowance of Compensation and Reimbursement of Expenses (the "Application"), any objections

thereto, the record herein, and governing law, it is, by the United States Bankruptcy Court for the

District of Columbia, hereby:

ORDERED, the Application be, and hereby is, GRANTED; and it is further

ORDERED, that Maurice B. VerStandig and The Belmont Firm's interim application for

fees in the sum of $16,036.00 and expenses in the sum of $0.00 is APPROVED; and it is further

ORDERED, that The Belmont Firm shall have an allowed administrative expense claim in

this case in the amount of $16,036.00 (in addition to its prior allowed administrative claim for fees

and expenses previously sought and approved); and it is further

1

ORDERED, that the Debtor and/or the Subchapter V Trustee may pay the foregoing allowed administrative expense claim without further order of court.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for Enovational Corp.*

Seen:

/s/ Kristen S. Eustis (signed w/ express permission)
Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street, Ste 650
Alexandria, Virginia 22314
Kristen.S.Eustis@usdoj.gov
Counsel for the United States Trustee