The order below is hereby signed.

Signed: May 11 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>ENOVATIONAL CORP.,<br><br>Debtor. | Case No. 22-00055-ELG<br>Chapter 11<br>Subchapter V |

### ORDER GRANTING IN PART AND DENYING IN PART MOTION TO COMPEL PAYMENT OF PASS-THROUGH TAXES

Upon consideration of *Motion to Compel Payment of Pass-Through Taxes* ("Motion") filed by Vlad Enache ("Mr. Enache"), and good cause being shown, it is, by the United States Bankruptcy Court for the District of Columbia, hereby

ORDERED, that the Motion is GRANTED IN PART AND DENIED IN PART AS SET FORTH BELOW, and it is further

ORDERED, all capitalized terms not defined in this Order shall have the meaning ascribed in the Motion, and it is further

ORDERED, that Motion is denied to the extent that Mr. Enache requests reimbursement of payments he made for late filing penalties or interest thereon; and it is further

ORDERED, that the Disbursing Agent is authorized and obliged to consent to the Debtor's reimbursement of Mr. Enache's payment of $48,849.41 of the Penalties, consisting of all late payment penalties, and interest on late payment penalties, and interest on underlying pass-through taxes of the Debtor; and it is further

ORDERED, to the extent that Mr. Enache's liabilities for late payment penalties, and interest on late payment penalties, and interest on underlying pass-through taxes of the Debtor is subsequently reduced, Mr. Enache will reimburse the estate by the amount of such reduction.

**END OF ORDER**

I ASK FOR THIS AS TO LATE PAYMENT PENALTIES, SEEN AND OBJECTED TO AS TO LATE FILING PENALTIES

/s/ *Justin P. Fasano*
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
Counsel for Vlad Enache

SEEN AND OBJECTED TO AS TO LATE PAYMENT PENALTIES; I ASK FOR THIS AS TO LATE FILING PENALTIES

/s/Marc E. Albert
Marc. E. Albert, No. 345181
Stinson LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, D.C. 20006
Tel: (202) 728-3023
Fax: (202) 572-9943
marc.albert@stinson.com
*Subchapter V Trustee and Disbursing Agent*