# EXHIBIT A

**STINSON**

PO Box 843052
Kansas City, MO 64184-3052
1.800.846.1201

October 9, 2023

Albert, Marc E., Chapter 11 Subchapter V Trustee
1775 Pennsylvania Ave NW, Suite 800
Albert Washington, DC 20006

Invoice No: 43522134
Marc

Re:      Enovational Corp
         File No: 3518993.0015

## Invoice Summary

Professional services and disbursements rendered through September 30, 2023

| | |
|---|---:|
| Current Professional Services | $67,860.00 |
| Current Disbursements | $114.64 |
| **Total Current Invoice** | **$67,974.64** |

Payment Terms: Net 30
Tax ID #44-0643135

**Stinson LLP**                                                                                                    **Invoice Detail**

File No. 3518993.0015                                                                                                       Page 2

Invoice No: 43522134

| Timekeeper |
|---|

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Marc Albert | Partner | 750.00 | ~~60.60~~ 59.20 | ~~45,450.00~~ 44,400.00 |
| **Current Professional Services** | | | **~~60.60~~ 59.20** | **~~$45,450.00~~ 44,400.00** |

| Professional Services |
|---|

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/02/23 | Marc Albert | Review fee application (1.0); ▇▇▇ (1.0) | ~~2.00~~ 1.00 | ~~1,500.00~~ 750.00 |
| 02/03/23 | Marc Albert | Telephone conference with Debtor Counsel regarding fee applications. | 0.30 | 225.00 |
| 02/07/23 | Marc Albert | Telephone conference with Debtor Counsel regarding tax issues. | 0.30 | 225.00 |
| 02/08/23 | Marc Albert | Review tax issues and teleconference with Mr. Landers regarding same (0.8); Teleconference with Mr. Lander regarding fee application (0.2). | 1.00 | 750.00 |
| 02/13/23 | Marc Albert | Meeting with Mr. VerStandig, Mr. Lander and management regarding tax issues. | 0.50 | 375.00 |
| ▇▇▇ | | ▇▇▇ | ▇ | ▇ |
| 02/15/23 | Marc Albert | Email to Mr. VerStandig regarding turn over of funds .2; ▇▇▇ .2 | ~~0.40~~ 0.20 | ~~300.00~~ 150.00 |
| ▇▇▇ | | ▇▇▇ | ▇ | ▇ |
| ▇▇▇ | | ▇▇▇ | ▇ | ▇ |
| 02/16/23 | Marc Albert | Email to Mr. VerStandig regarding turn over | ~~0.40~~ 0.20 | ~~300.00~~ 150.00 |

**Stinson LLP**                                                                                               **Invoice Detail**

File No. 3518993.0015

Invoice No: 43522134                                                                                          Page 3

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
|  |  | of funds (.2); ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ (.2). |  |  |
| ▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮ |
| 02/17/23 | Marc Albert | Telephone conference with debtor counsel regarding turn over of money. | 0.30 | 225.00 |
| ▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮ |
| 02/20/23 | Marc Albert | Review briefs regarding Motion to Dismiss in preparation of hearing (.8); review email from Mr. Lander concerning tax information (.2). | 1.00 | 750.00 |
| ▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮ |
| 02/21/23 | Marc Albert | Review motion for relief and email debtor counsel with questions (.3); Teleconference from creditor regarding status of payments (.2) | 0.50 | 375.00 |
| 02/22/23 | Marc Albert | Review response to application of debtor counsel (.3); Hearing on Motion to Dismiss (1.2). | 1.50 | 1,125.00 |
| 02/22/23 | Marc Albert | Review fee application. | 0.50 | 375.00 |
| ▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮ |
| ▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮ |
| ▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮ |
| 02/27/23 | Marc Albert | Review law regarding role of Trustee in context of fee application (.4); teleconference with Ms. Eustis regarding fee application (.2). | 0.60 | 450.00 |
| 03/06/23 | Marc Albert | Review motion to compel (.4); | 0.90 | 675.00 |

**Stinson LLP**                                **Invoice Detail**

File No. 3518993.0015          Page 4

Invoice No: 43522134

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | teleconference with Mr. Fasano regarding same (.2); teleconference with Mr. Lander regarding same (.2); teleconference with debtor regarding same (.1). | | |
| 03/07/23 | Marc Albert | Teleconference with Ms. Millman, attorney for landlord (.3); review file regarding tax information and work on response to motion to compel (2.7); teleconference with Mr. Lander regarding motion to compel (.3); teleconference with UST regarding motion to compel (.2); teleconference with debtor counsel regarding motion to compel related issues (.2). | 3.70 | 2,775.00 |
| 03/08/23 | Marc Albert | Teleconference with Ms. Millman regarding objection to motion to compel. | 0.20 | 150.00 |
| 03/09/23 | Marc Albert | Teleconference with debtor counsel regarding motion to compel and funds held by debtor (.2); teleconference with landlord counsel regarding same (.2). | 0.40 | 300.00 |
| 03/10/23 | Marc Albert | Telephone conference with Mr. Fasano regarding motion to compel. | 0.30 | 225.00 |
| 03/10/23 | Marc Albert | Review revised order regarding endorsement by Ms. Eustis (.2); email to Mr. Fasano regarding motion to compel (.2). | 0.40 | 300.00 |
| | | [redacted] | [redacted] | [redacted] |
| 03/13/23 | Marc Albert | Work on opposition to motion to compel. | 3.00 | 2,250.00 |
| 03/14/23 | Marc Albert | Teleconference with Mr. Fasano regarding motion to revoke and excess funds (.3); conference with Mr. VerStandig regarding motion to revoke and excess funds (.3); email exchange with landlord counsel regarding motion to revoke and my response. (.2); finalize my response to motion to motion to revoke (.6). | 1.40 | 1,050.00 |

**Stinson LLP** **Invoice Detail**

File No. 3518993.0015 Page 5
Invoice No: 43522134

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/16/23 | Marc Albert | Telephone conference with Ms. Millman regarding motion to compel (.2); telephone conference with debtor's counsel regarding same (.1). | 0.30 | 225.00 |
| 03/21/23 | Marc Albert | Review inquiry of creditor and respond and forward to Debtor Counsel. | 0.20 | 150.00 |
| 03/22/23 | Marc Albert | Email from Ms. Millman regarding objections and additional information regarding distribution. | 0.30 | 225.00 |
| 03/23/23 | Marc Albert | Teleconference with Ms. Millman and prepare response to Ms. Millman regarding payment (.8); teleconference with debtor counsel regarding turnover (.2); email creditor regarding next payment tranche (.2). | 1.20 | 900.00 |
| 03/28/23 | Marc Albert | Teleconference Ms. Murphy regarding claim and lack of wrong payment and wrong W2 (.3); draft motion for accounting and motion to compel and accounting (2); teleconference Mr. VerStandig regarding motion (.2). | 2.50 | 1,875.00 |
| 03/29/23 | Marc Albert | Work on motion to compel and research issues regarding same. | 1.00 | 750.00 |
| 04/03/23 | Marc Albert | Review draft regarding motion to compel. | 0.70 | 525.00 |
| 04/10/23 | Marc Albert | Prepare for hearing on motion to compel (1.6); teleconference debtor counsel regarding motion (.1) | 1.70 | 1,275.00 |
| 04/12/23 | Marc Albert | Prepare for hearing (1.5); hearing on Motion to Compel (1.00); telephone conference with Ms. Millman regarding results of hearing (.2); telephone conference with Mr. Lander concerning penalty issues (.3); telephone conference with Mr. Fasano regarding hearing and possible resolution (.3); travel to and from court (.8). | 4.10 | 3,075.00 |
| 04/17/23 | Marc Albert | Deal with check issue and starting new account and recovery funds regarding theft issue (1.1); notify U.S. Trustee concerning same (.2); telephone conference with Axos Bank regarding issues (.3). | 1.60 | 1,200.00 |

**Stinson LLP**                                              **Invoice Detail**

File No. 3518993.0015                                         Page 6

Invoice No: 43522134

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/18/23 | Marc Albert | Coordinate with bank checks being presented (.3); Teleconference with US Trustees regarding check issues (.2) | 0.50 | 375.00 |
| 04/19/23 | Marc Albert | Review affidavits and sign forward to UST | 0.40 | 300.00 |
| 04/24/23 | Marc Albert | Teleconference Bank representatives regarding bank issues | 0.40 | 300.00 |
| 04/25/23 | Marc Albert | Work on numbers and tax penalty issues; telephone conference with Mr. Landers and telephone conference with Mr. Fasano regarding same (1.4); work on issues regarding account (.3). | 1.70 | 1,275.00 |
| 04/28/23 | Marc Albert | Telephone conference with Mr. Fasano regarding telephone conference with his client. | 0.10 | 75.00 |
| 05/01/23 | Marc Albert | Review tax return, teleconference with Mr. Van Standig, teleconference with Mr. Fasano regarding tax issues, place call to former accountant, teleconference with Mr. Lander regarding tax issues | 0.70 | 525.00 |
| 05/02/23 | Marc Albert | work on motion to compel and stipulation regarding motion to compel | 2.00 | 1,500.00 |
| ■ | ■ | ■ | ■ | ■ |
| 05/03/23 | Marc Albert | Prepare stipulation regarding penalties. | 0.80 | 600.00 |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| 05/04/23 | Marc Albert | Work on application for turnover over and accounting. | 2.00 | 1,500.00 |
| ■ | ■ | ■ | ■ | ■ |

**Stinson LLP** **Invoice Detail**

File No. 3518993.0015  Page 7
Invoice No: 43522134

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/05/23 | Marc Albert | Work on accounting and turn over motion and stipulation (1.8); Teleconference Lander regarding quicken (.3); teleconference former accountant regarding tax issues (.5) | 2.60 | 1,950.00 |
| 05/07/23 | Marc Albert | Work on hearing preparation. | 2.00 | 1,500.00 |
| 05/08/23 | Marc Albert | Work on hearing scheduled on motion to compel | 2.00 | 1,500.00 |
| 05/09/23 | Marc Albert | Prepare fort hearing (2.5); teleconference Enanche and his counsel and Lander (.5); teleconference Melman status (.2); review modified stipulation and work out terms with Fasano (.3) | 3.50 | 2,625.00 |
| 05/10/23 | Marc Albert | Prepare for hearing (2); hearing on motion to compel (2) | 4.00 | 3,000.00 |
| 06/22/23 | Marc Albert | Email exchange regarding 2nd distribution. | 0.10 | 75.00 |
| 07/14/23 | Marc Albert | Email from landlord counsel regarding status | 0.10 | 75.00 |

**Stinson LLP** **Invoice Detail**

File No. 3518993.0015 Page 8
Invoice No: 43522134

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/17/23 | Marc Albert | Teleconference with Mr. VanStandig regarding escrow money | 0.20 | 150.00 |
| 07/17/23 | Marc Albert | Telephone conference with landlord counsel regarding money being held in Trust. | 0.30 | 225.00 |
| 07/19/23 | Marc Albert | Review various spread sheets regarding distributions | 0.90 | 675.00 |
| 07/20/23 | Marc Albert | Teleconference creditor regarding further distribution | 0.20 | 150.00 |
| 07/27/23 | Marc Albert | Review decision denying Motion to Dismiss; telephone conference with Debtor counsel regarding same. | 0.60 | 450.00 |
| 08/08/23 | Marc Albert | Telephone conference with Mr. VerStandig regarding status of litigation. | 0.30 | 225.00 |
| 09/11/23 | Marc Albert | Review tax returns. | 0.20 | 150.00 |
| 09/14/23 | Marc Albert | Teleconference with Mr. VerStandig regarding release of funds (.2); review email from landlord counsel regarding same | 0.30 | 225.00 |
| 09/15/23 | Marc Albert | Telephone conference with landlord counsel re distribution (.2); telephone conference with debtor counsel re same (.2); review email re distribution from creditor (.1). | 0.50 | 375.00 |
| 09/16/23 | Marc Albert | Review with debtor counsel spread sheet and contact possible claim purchaser | 0.20 | 150.00 |
| 09/18/23 | Marc Albert | Telephone conference with claim purchaser re distributions. | 0.20 | 150.00 |
| 09/19/23 | Marc Albert | Telephone conference with claim purchaser regarding distributions. | 0.20 | 150.00 |
| 09/26/23 | Marc Albert | Teleconference creditor regarding distribution. | 0.10 | 75.00 |
| 09/28/23 | Marc Albert | Teleconference with VerStandig regarding new claim. | 0.30 | 225.00 |
| **Current Professional Services** | | | ~~60.60~~ | ~~$45,450.00~~ |
| | | | 59.20 | $44,400.00 |

# Disbursements

**Stinson LLP**                                      **Invoice Detail**

File No. 3518993.0015                      Page 9
Invoice No: 43522134

| Date | Description | Amount |
|---|---|---:|
| | Pacer | 3.40 |
| | Postage | 59.40 |
| 04/12/23 | Car Rental/Fuel for DC Bankruptcy Court Hearing re Motion to Compel Payment of Pass-Through Taxes | 51.84 |

**Total Disbursements**                                        **$114.64**