UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 22-00055-ELG |
| Enovational Corp., | ) | Chapter 11 (Sub V) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING TRUSTEE'S THIRD INTERIM APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES TO SUBCHAPTER V
TRUSTEE FROM FEBRUARY 1, 2023 THROUGH SEPTEMBER 30, 2023**

This case came before the Court on the application ("Application") for compensation of Marc E. Albert ("Trustee"), Chapter 11 Subchapter V trustee for the bankruptcy estate of Enovational Corp. The Application seeks compensation for the period from February 1, 2023 through September 30, 2023. This is the third interim application by the Trustee. In the Application, compensation sought for fees totals $44,400.00 and compensation for expenses totals $114.64.

Upon consideration of the Application and any opposition filed thereto, if any, it is hereby:

**ORDERED, ADJUDGED AND DECREED**, that the Application be, and the same hereby is, **GRANTED IN ITS ENTIRETY;** and it is

**FURTHER ORDERED,** that the interim compensation of the Trustee is hereby approved in the following amounts: **Fees – $44,400.00**, and **Expenses - $114.64**; and it is

**FURTHER ORDERED,** that the Trustee is authorized to pay the interim fees and expenses awarded herein pursuant to the terms of the debtor's confirmed Chapter 11 Plan.

**WE ASK FOR THIS:**

/s/Marc E. Albert
Marc. E. Albert, No. 345181
Stinson LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, D.C. 20006
Tel:  (202) 728-3023
Fax:  (202) 572-9943
marc.albert@stinson.com
*Subchapter V Trustee*


Copies to:

All parties registered to receive service through the Court's CM/ECF system

and

Enovational Corp.
1427 Rhode Island Avenue, NW
PH 2
Washington, DC 20005

CORE/3518993.0015/184971797.1