Marc. E. Albert, No. 345181
Stinson LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, D.C. 20006
Tel: (202) 728-3023
Fax: (202) 572-9943
marc.albert@stinson.com
*Subchapter V Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 22-00055-ELG |
| Enovational Corp., | ) Chapter 11 (Sub V) |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |

### CERTIFICATE OF MAILING

I hereby certify that a copy of the Notice of Opportunity to Object to Trustee's Third Interim Application for Compensation and Reimbursement of Expenses to Subchapter V Trustee for the Period from February 1, 2023 through September 30, 2023 was mailed by first class mail, postage prepaid, on November 1, 2023, upon all parties appearing on the mailing matrix maintained by the Court as it appeared on this same date, and upon the following:

Paul Michael Schrader
Croessmann & Westberg, P.C.
8000 Towers Crescent Drive
Suite 1575
Vienna, VA 22182

BMW Financial Services
1400 City View Drive,
Columbus, OH 43215

Arthur P. Lander
300 N. Washington St. #104
Alexandria, VA 22314

Rizwan Ahmad Qureshi
Reed Smith LLP
1301 K Street NW
Ste 1000
Washington, DC 20005

Michael J Klima
Klima Peters & Daly, P.A.
8028 Ritchie Hwy
Suite 300
Pasadena, MD 21122

Seth Adam Robbins
Robbins Law Group, PLLC
1100 N. Glebe Road
Suite 1010
Arlington, VA 22201

| | |
|---|---|
| J. David Folds<br>Baker Donelson<br>901 K Street NW<br>Suite 900<br>Washington, DC 2000 | Justin Philip Fasano<br>McNamee Hosea, P.A.<br>6404 Ivy Lane<br>Ste 820<br>Greenbelt, MD 22070 |
| Maurice Belmont VerStandig<br>Mahlon Mowrer<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, NV 89012 | David S. Musgrave<br>Gordon Feinblatt LLC<br>233 East Redwood Street<br>Baltimore, MD 21202 |
| Seamus Curley<br>Stroock & Stroock & Lavan LLP<br>1875 K Street, NW<br>Ste 800<br>Washington, DC 20006 | Sherry J. Millman<br>Harold A. Olsen<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038<br>212-806-5400 |
| Kristen S. Eustis<br>Michael T. Freeman<br>Office of the United States Trustee<br>1725 Duke Street<br>Ste 650<br>Alexandria, VA 22314 | Jill Diane Caravaggio<br>Law Office of Jill D. Caravaggio<br>11116 Innsbrook Way<br>Suite B<br>Ijamsville, MD 21754 |
| Stephanie J. Bentley<br>McGuireWoods LLP<br>888 16th Street N.W.<br>Black Lives Matter Plaza<br>Ste 500<br>Washington, DC 20006 | Douglas Michael Foley<br>Kaufman & Canoles, P.C.<br>Two James Center<br>1021 East Cary Street<br>Suite 1300<br>Richmond, VA 23219 |
| Evgueni Gavrilov<br>35 Quincy Place, NW<br>#2<br>Washington, DC 20001 | George Reyes<br>13149 Penndale Ln<br>Fairfax, VA 2203 |

Dated:  November 1, 2023          Respectfully submitted,

/s/Marc E. Albert
Marc. E. Albert, No. 345181

2

Stinson LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, D.C. 20006
Tel:  (202) 728-3023
 Fax:  (202) 572-9943
 marc.albert@stinson.com
*Subchapter V Trustee*