# The Belmont Firm

1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036

Invoice submitted to:
**Enovational Corp.**

**Invoice # 10905**

Invoice Date: 11/26/23
Terms: COD
Services Through: 11/26/23
Due Date: 11/26/23

Description   Single invoice for Enovational Corp.

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | **Business Operations** | | | | |
| 03/13/23 | Mac VerStandig | Call with V. Enache re bank account issues | 0.10 | 400.00 | $40.00 |
| | | | Hours | | 0.10 |
| | | | Labor: | | $40.00 |
| | | | Invoice Amount: | | $40.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | **Case Administration** | | | | |
| 02/07/23 | Mac VerStandig | Call with V. Enache re tax issues, insurance coverage, and e-mail from Maryland | 0.20 | 400.00 | $80.00 |
| 03/14/23 | Mac VerStandig | Call with M. Albert re pending tax motion, funds in debtor account, and status of adversary proceeding | 0.10 | 400.00 | $40.00 |
| 04/12/23 | Mac VerStandig | Attend hearing on motion for leave to have estate pay tax penalties incurred by debtor's principal | 0.40 | 400.00 | $160.00 |
| 05/10/23 | Mac VerStandig | Attend hearing on motion to compel payment of taxes (no charge for most of hearing since time was spent addressing unrelated case in courthouse hallway) | 0.10 | 400.00 | $40.00 |
| 09/27/23 | Mac VerStandig | Call with V. Enache re DC Superior lawsuit | 0.20 | 400.00 | $80.00 |
| 09/27/23 | Mac VerStandig | Review DC Superior discrimination suit against client and assess same in prism of plan of reorganization and automatic stay, including review of pertinent plan, discharge and stay provisions | 1.30 | 400.00 | $520.00 |
| 09/29/23 | Mac VerStandig | Review docket of A. Penn lawsuit against Enovational (.4); Review case law on privilege being defeated by fraud on court (.8); Draft demand letter to counsel for A. Penn (1.1) | 2.30 | 400.00 | $920.00 |
| 09/30/23 | Mac VerStandig | Review escrow agreement and draft joint instructions to release funds (1.0); E-mail same to counsel for EY and forward same to client (.1) | 1.10 | 400.00 | $440.00 |
| 10/03/23 | Mac VerStandig | E-mails with EY counsel re release of escrow funds and execution of documents requisite to achieve same; Review documents signed by client | 0.20 | 400.00 | $80.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 10/25/23 | Mac VerStandig | Draft spreadsheet setting forth sum of distributions to various creditors in second tranche and share same with M. Albert | 0.70 | 400.00 | $280.00 |
| 10/27/23 | Mac VerStandig | E-mails with client re wiring funds to M. Albert for distribution to creditors | 0.10 | 400.00 | $40.00 |

In Reference To: **Case Administration (Expenses)**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 09/29/23 | Mac VerStandig | Certified mail (including printing) of demand letter to R. Favors through third party mailing vendor | 1.00 | 12.06 | $12.06 |

|  |  |
|---|---|
| Hours | 6.70 |
| Labor: | $2,680.00 |
| Invoice Amount: | $2,692.06 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|

In Reference To: **Maryland Adversary Proceeding**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 02/21/23 | Mac VerStandig | Emails with S. Millman and V. Enache re hearing on Maryland motion to dismiss | 0.10 | 400.00 | $40.00 |
| 02/21/23 | Mac VerStandig | Begin assembling argument outline for hearing; Review Delaware case relied upon by Maryland as well as cases governing claim/counterclaim paradigm | 2.10 | 400.00 | $840.00 |
| 02/21/23 | Mac VerStandig | Prepare for arguments on motion to dismiss, reviewing briefs, going over cited cases, undertaking additional research, composing notes/outline for hearing, and assess strength of various arguments in connection with consideration of order of arguments to be made | 5.90 | 400.00 | $2,360.00 |
| 02/22/23 | Mac VerStandig | Attend hearing on Maryland's motion to dismiss adversary proceeding and argue in opposition to same (no charge for travel to and from courthouse) | 1.40 | 400.00 | $560.00 |
| 02/22/23 | Mac VerStandig | Continue to prepare for hearing on motion to dismiss, reviewing various cases and argument outline | 1.10 | 400.00 | $440.00 |
| 03/13/23 | Mac VerStandig | Exchange e-mails with S. Millman re status of motion under advisement | 0.10 | 400.00 | $40.00 |
| 03/14/23 | Mac VerStandig | Call with D. Musgrave re potential settlement negotiations | 0.10 | 400.00 | $40.00 |
| 04/20/23 | Mac VerStandig | Call with V. Enache re matter remaining under advisement, status of tax motion and proposal from M. Albert for potential resolution, whether or not entity needs to stay in good standing for adversary proceeding purposes, and cash on hand | 0.50 | 400.00 | $200.00 |
| 07/26/23 | Mac VerStandig | Call with V. Enache re status of matter under advisement, record preservation, and potential next steps | 0.40 | 400.00 | $160.00 |
| 07/27/23 | Mac VerStandig | Call with S. Millman re court ruling on motion to dismiss and next steps | 0.20 | 400.00 | $80.00 |
| 07/27/23 | Mac VerStandig | Call with V. Enache re ruling on dismissal motion, process for beginning discovery, strategy for discovery, and timing for Rule 26 conference | 0.30 | 400.00 | $120.00 |
| 07/27/23 | Mac VerStandig | Review memorandum opinion and order on motion to dismiss filed by State of Maryland | 0.70 | 400.00 | $280.00 |
| 07/28/23 | Mac VerStandig | Call with D. Musgrave re scheduling Rule 26 conference | 0.10 | 400.00 | $40.00 |
| 08/04/23 | Mac VerStandig | Call with V. Enache re discovery strategy | 0.20 | 400.00 | $80.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 08/09/23 | Mac VerStandig | Rule 26 conference with D. Musgrave | 0.50 | 400.00 | $200.00 |
| 09/03/23 | Mac VerStandig | E-mail to client re scheduling issues | 0.10 | 400.00 | $40.00 |
| 09/09/23 | Mac VerStandig | Review lengthy e-mail from client re strategy for adversary proceeding and timing issues; Respond to same | 0.20 | 400.00 | $80.00 |
| 09/22/23 | Mac VerStandig | Call with V. Enache re discovery status and timing | 0.20 | 400.00 | $80.00 |
| 09/23/23 | Mac VerStandig | Call with V. Enache to review discovery drafts and discuss form and scope of requests to be issued | 1.20 | 400.00 | $480.00 |
| 09/23/23 | Mac VerStandig | Begin drafting requests for production and requests for admission | 2.00 | 400.00 | $800.00 |
| 09/24/23 | Mac VerStandig | Draft scheduling order and e-mail same to client for review/comment | 0.30 | 400.00 | $120.00 |
| 10/19/23 | Mac VerStandig | Attend scheduling conference (no charge for travel) | 0.20 | 400.00 | $80.00 |
| 10/22/23 | Mac VerStandig | Call with V. Enache to review Maryland's discovery requests, assess objections to be interposed thereto, discuss scope of documents to be sought out, address means for identifying and producing documents, review interrogatories, go over potential witnesses and their benefits/detriments, contemplate ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and touch base on litigation strategy | 1.40 | 400.00 | $560.00 |
| 10/23/23 | Mac VerStandig | Call with D. Musgrave re discovery and agreement to not produce code or privileged communications | 0.10 | 400.00 | $40.00 |
| 10/25/23 | Mac VerStandig | E-mail to client summarizing call re discovery and laying out items needed to respond to requests for production of documents | 0.40 | 400.00 | $160.00 |
| 10/29/23 | Mac VerStandig | Call with V. Enache to touch base on discovery response efforts | 0.10 | 400.00 | $40.00 |
| 11/02/23 | Mac VerStandig | Call with V. Enache re management of discovery documents, potential for use of a third party e-discovery platform, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.80 | 400.00 | $320.00 |
| 11/06/23 | Mac VerStandig | Virtual meeting with V. Enache to review document production efforts and to discuss manner for responding to discovery | 1.00 | 400.00 | $400.00 |
| 11/06/23 | Mac VerStandig | Follow up call with V. Enache re collation of invoice-specific document production files | 0.40 | 400.00 | $160.00 |
| 11/06/23 | Mac VerStandig | Call with D. Musgrave re discovery responses and volume of responsive files | 0.20 | 400.00 | $80.00 |
| 11/24/23 | Mac VerStandig | Call with V. Enache re discovery responses, including discussion of responses to written requests, review of documents to be produced, and discussion of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.90 | 400.00 | $360.00 |
| 11/24/23 | Mac VerStandig | Review documents from client, including over 6,000 pages of invoice-centric records | 6.50 | 400.00 | $2,600.00 |
| 11/24/23 | Mac VerStandig | Call with D. Musgrave re timing of discovery responses and shipping logistics | 0.10 | 400.00 | $40.00 |
| 11/25/23 | Mac VerStandig | Draft answers and objections to Maryland's requests for admission, including details review of myriad exhibits thereto and OCRing of various exhibits to ascertain if quoted language is actually present in document (which, on at least one occasion, proved to not be the case) | 3.80 | 400.00 | $1,520.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 11/25/23 | Mac VerStandig | Import video file into PDF for production; Apply Bates stamps to files to be produced; Ready first production of documents for dissemination by copying to USB drive and encrypting same; Coordinate transmission of USB drive to D. Musgrave | 1.60 | 400.00 | $640.00 |
| 11/25/23 | Mac VerStandig | Draft answers to interrogatories, reviewing client notes and document production | 1.40 | 400.00 | $560.00 |

**In Reference To: Maryland Adversary Proceeding (Expenses)**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 11/24/23 | Mac VerStandig | Portable USB drive for production of documents to Maryland ($17.99 base price plus 8,375% Nevada sales tax for an added $1.51) | 1.00 | 19.50 | $19.50 |
| 11/25/23 | Mac VerStandig | FedEx initial production of documents to D. Musgrave | 1.00 | 47.55 | $47.55 |

|  |  |
|---|---|
| Hours | 36.60 |
| Labor: | $14,640.00 |
| Invoice Amount: | $14,707.05 |

|  |  |
|---|---|
| Total Hours: | 43.40 |
| Total Labor: | $17,360.00 |
| Total Expenses: | $79.11 |
| **Total Invoice Amount:** | **$17,439.11** |
| Previous Balance: | $17,267.10 |
| Payments/Adjustments: | $-17,267.10 |
| **Total Amount Due:** | **$17,439.11** |

## Payments/Adjustments

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 02/27/23 | Payment | Payment from trustee per court order | -16,036.00 |
| 11/25/23 | Credit Adjustment | Credit to Reflect Discounts on Prior Fee Applications | -1,231.10 |

## User Summary

| User | Hrs | Rate | Amount |
|---|---|---|---|
| Mac VerStandig | 43.40 | @ 400.000 | 17,360.00 |

## Trust Account

The Trust Activity shown here is from the previous Invoice date of 02/01/23 to the latest payment applied to this invoice which is 11/26/23

| Date | Trust Account | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| **Matter : Non-Matter Related** | | | | | |
| **Enovational - Trust Acct.** | | | | | |
| | Enovational - Trust Acct. | Trust account balance forward as of 02/01/23 | 0.00 | 0.00 | 0.00 |
| | | **Trust account ending balance as of 11/26/23 for Enovational - Trust Acct.:** | | | **0.00** |
| | | **Trust account ending balance as of 11/26/23 for Non-Matter Related:** | | | **0.00** |
| | | **Total for Enovational Corp. :** | | | **0.00** |