```
Label Matrix for local noticing              ADI Construction of Virginia, LLC          Arthur Lander CPA PC
0090-1                                       5407-A Port Royal Road                     300 N. Washington St.
Case 22-00055-ELG                            Springfield, VA 22151-2313                 Suite 104
United States Bankruptcy Court for the Distri                                           Alexandria, VA 22314-2530
Washington, D.C.
Wed Nov 29 11:41:01 EST 2023

BMW Financial Services                       BMW Financial Services NA, LLC, c/o AIS Port   BMW Financial Services, NA, LLC
1400 City View Drive                         4515 N Santa Fe Ave. Dept. APS             Klima, Peters & Daly, PA
Columbus, OH 43215-1477                      Oklahoma City, OK 73118-7901               8028 Ritchie Hwy #300
                                                                                        Pasaena, MD 21122-1360


C.M.P. Metals, Inc. d/b/a Phoenix Metals     Enovational Corp.                          Ernst & Young U.S., LLP
1920 Portal Street                           1427 Rhode Island Avenue, NW               c/o Reed Smith LLP
Baltimore, MD 21224-6513                     PH 2                                       10 S. Wacker Drive
                                             Washington, DC 20005-5532                  40th Floor
                                                                                        Attn: Ann E. Pille
                                                                                        Chicago, IL 60606-7506


State of Maryland                            U. S. Trustee for Region Four              United Electric Supply Co., Inc.
Office of the Attorney General               U. S. Trustee's Office                     c/o Jill D. Caravaggio, Esq.
200 St. Paul Place                           1725 Duke Street                           11116 Innsbrook Way
Baltimore, MD 21202-5994                     Suite 650                                  Suite B
                                             Alexandria, VA 22314-3489                  Ijamsville, MD 21754-9058


Wells Fargo Bank, N.A.                       Washington, D.C.                           Adam Levin
301 South Tryon Street, Suite 1615           E. Barrett Prettyman U. S. Courthouse      8514 Rayburn Rd
Charlotte, NC 28282-1923                     333 Constitution Ave, NW #1225             Bethesda, MD 20817-3828
                                             Washington, DC 20001-2802


Advanced Network Consulting                  Advanced Network Consulting                Advanced Network Consulting, Inc.
1200 G Street, N.W.                          c/o Incorp Services, Inc.                  c/o Berenzweig Leonard, LLP
Suite 806                                    1100 H Street, N.W.                        8300 Greensboro Drive; Suite 1250
Washington, DC 20005-3814                    Suite 840                                  McLean, Virginia 22102-3618
                                             Washington, DC 20005-5969


Alliantgroup LP                              Alliantgroup, LP                           Alyah Gilberry
3009 Post Oak Blvd                           c/o John T. Simpson                        2727 S Quincy St #505
Suite 2000                                   3009 Post Oak Boulevard                    Arlington, VA 22206-2356
Houston, TX 77056-6599                       Suite 2000
                                             Houston, TX 77056-6599


Amina Salad                                  Amina Salad                                Anthony J Lizza
1600 S Joyce St                              6143 Leesburg Pike                         7810 Boston Avenue
Apt. 1713                                    Falls Church, VA 22041-2183                Silver Spring, MD 20910-4901
Arlington, VA 22202-5134


Anthony Watkins                              Anthony Watkis                             BMW Financial Services
c/o Nalex Technology Solutions               9406 Piaffe Circle                         Attn: Britton Parkway
9406 Piaffe Circle                           Upper Marlboro, MD 20772-4679              5550 Britton Parkway
Upper Marlboro, MD 20772-4679                                                           Hilliard, OH 43026-7456


BMW Financial Services NA, LLC               Babysiva Karpuram                          Baumann Consulting, Inc.
AIS Portfolio Services, LP                   7040 Joann khan Dr                         1424 K Street, NW
4515 N Santa Fe Ave. Dept. APS               Elkridge, MD 21075-7256                    Suit 500
Oklahoma City, OK 73118-7901                                                            Washington, DC 20005-2410
```

```
Bryon O. Elwell Jr.                C T Corporation System              C.M.P Metals, Inc. c/o Robbins Law Group, PL
6024 Morgan CT                     c/o Anusha Putty                    1100 N Glebe Road Suite 1010
Alexandria, VA 22312-5513          1015 15th Street, NW                Arlington, VA 22201-5786
                                   Suite 1000
                                   Washington, DC 20005-2621

CST Group                          CST Group, CPAs                     Calder n Seguin PLC
10740 Parkridge Blvd.              c/o Joe Romagnoli                   2751 Prosperity Avenue
Fifth Floor                        10740 Parkridge Blvd., Suite 500    Suite 500
Reston, VA 20191-5422              Reston, VA 20191-4424               Fairfax, VA 22031-4397


Carahsoft Technology Corp.         Carma Khatib                        Carma Khatib
11493 Sunset Hills Road            1023 Glyndon St SE                  8321 Electric Ave
Suite 100                          Vienna, VA 22180-5922               Vienna, VA 22182-5105
Reston, VA 20190-5509


Caroline Aposporos                 Casey Paul                          (p)JPMORGAN CHASE BANK  N A
18911 Impulse Ln                   5407 Moorland Ln                    BANKRUPTCY MAIL INTAKE TEAM
Gaithersburg, MD 20879-1795        Bethesda, MD 20814-1335             700 KANSAS LANE FLOOR 01
                                                                       MONROE LA 71203-4774


Chenxi Xu                          Chum Chancharadeth                  Citibank
1221 S Eads St Apt 304             2702 Silverdale Drive               Citicorp Srvs/Centralized Bk Dept
Arlington, VA 22202-4717           Silver Spring, MD 20906-5321        Po Box 790034
                                                                       St. Louis, MO 63179-0034


Citibank CBO Services              Clinton & Peed                      Comptroller of Maryland
PO Box 769018                      1775 Eye Street NW                  Revenue Administration Division
San Antonio, TX 78245-9018         Suite 1150                          PO Box 549
                                   Washington, DC 20006-2435           Annapolis, MD 21404-0549


District Advisory, LLC             District Advisory, LLC              District Advisory, LLC
1200 18th Street, NW               c/o Joe Romagnoli                   c/o Smolen & Plevy P.C.
Suite 700                          10740 Parkridge Blvd., Suite 500    1629 K Street, NW
Washington, DC 20036-2531          Reston, VA 20191-4424               Suite 300
                                                                       Washington, DC 20006-1631


District of Columbia               District of Columbia Department of Emplo   Douglas M. Foley c/o McGuireWoods LLP
Office of Tax and Revenue          Office of Unemployment Compensation        888 16th Street N.W.
1101 4th Street, SW, Suite 270 West   Tax Division                            Washington, DC 20006-4103
Washington, DC 20024-4457          4058 Minnesota Avenue, NE
                                   Washington, DC 20019-3540


Dylan Cooper                       Employment Development Department   Evgueni Gavrilov
1954 Columbia RD NW                Bankruptcy Group MIC 92E            35 Quincy Pl NW # 2
Washington, DC 20009-5078          P O Box 826880                      Washington, DC 20001-1192
                                   Sacramento, CA 94280-0001


FTI Consulting LLC                 FTI Consulting LLC                  FTI Consulting, Inc.
16701 Melford Boulevard            c/o The Corporation Trust, Incorporated   c/o Nolan E. Shanahan, Esq.
Suite 200                          2405 York Road                      Cole Schotz P.C.
Bowie, MD 20715-4418               Suite 201                           1325 Avenue of the Americas, 19th Fl
                                   Lutherville Timonium, MD 21093-2252  New York, New York 10019-6079
```

| | | |
|---|---|---|
| Fullerton & Knowles, P.C.,<br>Attn: Paul Schrader<br>12642 Chapel Rd.<br>Clifton, VA 20124-1953 | George Reyes<br>13149 Penndale Ln<br>Fairfax, VA 22033-3027 | Go 360 Cloud<br>H No - 10-6-46/1/1, Brundavan Colony,Lin<br>K V Ranga Reddy,Ranga Reddy Hyderabad<br>Telangana 500079 India |
| Go 360 Cloud Private Limited<br>H No - 10-6-46/1/1, Brundavan Colony,Lin<br>K V Ranga Reddy,Ranga Reddy Hyderabad<br>Telangana 500079 India | HCL GLOBAL SYSTEMS INC<br>24543 Indoplex Circle,Suite 220<br>Farmington, MI 48335-2529 | Hannah Read<br>3460 14th St. NW Apt. 119<br>Washington, DC 20010-3496 |
| Hoang Trinh - c/o Berenzweig Leonard LLP<br>8300 Greensboro Dr, Suite 1250<br>McLean, VA 22102-3618 | Iman Jawad<br>1010 25th St. NW Apt 302<br>Washington, DC 20037-1624 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | International Motorcars, Inc.<br>d/b/a Passport BMW<br>5050 Auth Way<br>Suitland, MD 20746-4205 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Jack Stone Signs<br>3131 Pennsy Drive<br>Hyattsville, MD 20785-1523 | Jacob Alexander Hall<br>Cubby Alexander Hall<br>4021 9th St NW Apt 304<br>Washington, DC 20011-5853 |
| Jeanette Griffin c/o Wells Fargo Bank, N.A<br>101 Independence Mall East,<br>3rd Floor MAC Y1372-03G<br>Philadelphia, PA 19106 | Jesse Berman<br>28 K St SE 829<br>Washington, DC 20003-3281 | Jesser Berman<br>1150 4th St SW<br>#723<br>Washington, DC 20024-4490 |
| Joel Benjamin Thomas<br>1616 Gardiner Lane #207<br>Louisville, KY 40205-2753 | Joel Thomas<br>204 Claremont Ave<br>Apt. 3<br>Louisville, KY 40206-2781 | John Anderson<br>1221 Van Street SE Apt #901<br>Washington, DC 20003-4655 |
| Joseph Tucker de St. Aubin<br>3636 16th St NW Apt B544<br>Washington, DC 20010-1178 | Julian Valle Garcia<br>311 East 61st St<br>#7<br>New York, NY 10065-8219 | Julian Valle Garcia<br>311 East 61st St<br>New York, NY 10065-8220 |
| Julio Tamariz<br>7086 Leewood Forest Dr<br>Springfield, VA 22151-3924 | Kristine Marie R. Garcia<br>1201 S Eads St. Apt. 1708<br>Arlington, VA 22202-2845 | Kyle Shutt<br>1204 S WASHINGTON ST<br>Apt. 315<br>Alexandria, VA 22314-4449 |
| Kyle Warren Shutt<br>1204 S Washington St, Apt 315<br>Alexandria, VA 22314-4449 | Lauren Egan<br>19310 Diamond Lake Drive<br>Leesburg, VA 20176-6510 | Leonor Alfonso<br>16014 Indus Drive<br>Woodbridge, VA 22191-4336 |

| | | |
|---|---|---|
| Mark DeVito<br>4850 Connecticut Ave NW 808<br>Washington, DC 20008-5907 | Mass Dept. of Revenue<br>Attn: Bankruptcy Unit<br>P.O. Box 7090<br>Boston, MA 02204-7090 | Matthew Gross<br>1507 W Bryn Mawr Ave Apt 2R<br>Chicago, IL 60660-5405 |
| Matthew Gross<br>1738 N Albany Ave<br>Apartment 2<br>Lake Zurich, IL 60047 | Max Hall<br>8 Lasalle Road<br>Montclair, NJ 07043-2624 | McNamee Hosea PA, attn: Justin Fusano<br>6411 Ivy Lane Suitee 200<br>Greenbelt, MD 20770-1405 |
| Michael Diaz<br>4400 East West Highway, Apt 727<br>Bethesda, MD 20814-4551 | Mitchell Romano<br>480 Rea St<br>North Andover, MA 01845-4828 | Molly Hernandez<br>5958 Gunbarrel Ave<br>Apt. C<br>Boulder, CO 80301-5336 |
| My Guys Moving & Storage, Inc.<br>Commercial Division<br>45180 Global Plaze<br>#125<br>Sterling, VA 20166 | Nalex Technology Solutions<br>9406 Piaffe Circle<br>Upper Marlboro, MD 20772-4679 | Namely, Inc.<br>195 Broadway<br>15th Floor<br>New York, NY 10007-3136 |
| National Technology Integrators<br>Unit H<br>14803 Southlawn Lane<br>Rockville, MD 20850-1399 | Navitas Business Consulting, Inc.<br>13454 Sunrise Valley Drive<br>Suite 240<br>Herndon, VA 20171-3278 | Nazanin Sobat<br>1591 Ellis St, Apt 212<br>Concord, CA 94520-2753 |
| Nolan E. Shanahan, Esq.<br>Cole Schotz P.C.<br>1325 Avenue of the Americas, 19th Fl.<br>New York, New York 10019-6079 | Office of Bruce C. Bereano<br>191 Duke of Gloucester Street<br>Annapolis, MD 21401-2519 | Oliver Mendelin<br>1510 Clarendon Blvd<br>Apt 1217<br>Arlington, VA 22209-4301 |
| Oliver Mendelin<br>5110 Bern Place<br>Dulles, VA 20189-5109 | Oluwasinmi Oyetunde<br>110 Tapawingo Rd. SW<br>Vienna, VA 22180-5901 | Oluwasinmi Oyetunde<br>125 16th St NE<br>Washington, DC 20002-6511 |
| Omer Tarik Yaylagul<br>2014 Madrillon Springs Ct<br>Vienna, VA 22182-3763 | Omer Yaylagul<br>2014 Madrillon Springs Ct<br>Vienna, VA 22182-3763 | Phillip Headen<br>23 Elmcroft Ct, Apt E405<br>Rockville, MD 20850-5894 |
| Polka Dot Sky Software<br>8442 Bells Ridge Terrace<br>Rockville, MD 20854-2792 | Polka Dot Sky Software, Inc.<br>c/o Ashish Tonse<br>8442 Bells Ridge Terrace<br>Rockville, MD 20854-2792 | Potomac Integration & Consulting, LLC<br>10833 Bird Song Pass<br>Columbia, MD 21044-3694 |
| Potomac Integration and Consulting, LLC<br>c/o The Corporation Trust Incorporated<br>2405 York Road Suite 201<br>Lutherville Timonium, MD 21093-2252 | Productboard Inc.<br>612 Howard Street<br>4th Floor<br>San Francisco, CA 94105-3905 | River Albo<br>434 E 11th St<br>#3RB<br>New York, NY 10009-4522 |

| | | |
|---|---|---|
| Robbie Auchter<br>14422 North Sloope Street<br>Centreville, va 20120-4149 | Robert Auchter<br>14422 N Slope St<br>Centreville, VA 20120-4149 | Saovaluck Lim<br>2124 Sahalea Ter<br>Silver Spring, MD 20905-3900 |
| Simon Akula<br>11802 Caplinger Road<br>Silver Spring, MD 20904-2757 | Skyler Evans<br>2 Bluegrass Lane<br>Savannah, GA 31405-8137 | Smislova, Kehnemui & Associates, PA<br>12435 Park Potomac Avenue<br>Suite 300<br>Potomac, MD 20854-6975 |
| Somireddy Law Group PLLC<br>20745 Williamsport PL One #390<br>Ashburn, VA 20147-6521 | State of Delaware<br>Attn: Lisa Bond<br>Main Administration Building, 3rd FL<br>1901 N. Du Pont Highway, Main Bldg.<br>New Castle, DE 19720-1100 | State of Maryland<br>Department of Health<br>201 W. Preston Street<br>Attn: Feyella Toney, Contract Manager<br>Baltimore, MD 21201-2301 |
| State of Maryland<br>Department of Information Technology<br>100 Community Place<br>Crownsville, MD 21032-2037 | State of Maryland<br>Medical Cannabis Commission<br>849 International Drive<br>4th Floor<br>Linthicum Heights, MD 21090-2229 | State of Maryland<br>c/o David S. Musgrave, Esquire<br>Gordon Feinblatt LLC<br>1001 Fleet Street, Suite 700<br>Baltimore, Maryland 21202-4363 |
| Svitlana Kushnir<br>61 Pierce Street, NE<br>Apartment 1343<br>Washington, DC 20002-3064 | TETYANA STONE<br>3813 STONE BARN DR<br>FREDERICK, MD 21704-1722 | TMG 1400 L Street, L.L.C.<br>3 Bethesda Metro Center<br>Suite 1400<br>Bethesda, MD 20814-6306 |
| TMG 1400 L Street, L.L.C.<br>c/o Corporation Service Company<br>1090 Vermont Avenue, NW<br>Washington, DC 20005-4905 | The Meridian Group<br>3 Bethesda Metro Center<br>Suite 1400<br>Attn: Wil Machen<br>Bethesda, MD 20814-6306 | The Meridian Group Attn: Tilghman Morton<br>3 Bethesda Metro Center, Suite 1400<br>Bethesda, MD 20814-6306 |
| The Office of Burce C. Bereano<br>191 Duke of Gloucester Street<br>Annapolis, MD 21401-2519 | Thida A. Hassan<br>6703 Hallwood Avenue<br>Falls Church, VA 22046-2337 | Timothy Penamon<br>460 L Street NW Apt 435<br>Washington, D.C. 20001-2553 |
| Vanta<br>369 Hayes St.<br>San Francisco, CA 94102-4420 | Vire Consulting<br>1612 K Street, NW<br>Suite 802<br>Washington, DC 20006-2820 | Virginia Unemployment Commission<br>P.O Box 26441<br>Richmond, VA 23261-6441 |
| Vlad Enache<br>1427 Rhode Island Avenue, NW<br>PH 2<br>Washington, DC 20005-5532 | Wells Fargo Bank, N.A.<br>401 N. Research Pkwy, 1st Floor<br>MAC D4004-017<br>Winston Salem, NC 27101-4157 | Wells Fargo Bank, N.A.<br>794 Davis Street, 2nd Floor<br>MAC A0283-023<br>San Leandro, CA 94577-6922 |
| West Virginia Higher Education Policy Co<br>1018 Kanawha Boulevard, E<br>Charleston, WV 25301-2800 | White and Whitney Consulting, LLC<br>45645 Willowpond Plz<br>Ste 202<br>Sterling, VA 20164-7152 | Wingate Hughes Architects, PLLC<br>1424 K Street NW<br>Suite 300<br>Washington, DC 20005-2412 |

Yasmine J. Kuttab
1000 6th St SW, Apt 516
Washington, DC 20024-2620

Yulishana
316 Bromley Cross Drive
San Jose, CA 95119-1817

garten Wellbeing, PBC
548 Market St. PMB 60158
San Francisco, CA 94104-5401

Arthur Lander CPA PC
300 N. Washington St. #104
Alexandria, VA 22314-2530

Evgueni Gavrilov
35 Quincy Place, NW
#2
Washington, DC 20001-1192

Marc E. Albert
Stinson LLP
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006-4760

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012-4422


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Chase Bank
Attn: Bankruptcy
P.O Box 15298
Wilmington, DE 19850-5298

Internal Revenue Service
31 Hopkins Plaza, Rm 1150
Baltimore, MD 21201

(d)JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
PO BOX 15368
Wilmington, DE 19850



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Cadwalader, Wickersham & Taft

(u)Dynamic Hive

(u)TMG 1400 L Street, L.L.C.


(d)ADI Construction of Virginia LLC
5407-A Port Royal Road
Springfield, VA 22151-2313

(u)Artwoom
Selisce 13, 10000 Zagreb,
Hrvatska

(d)BMW Financial Services
1400 City View Drive
Columbus, OH 43215-1477


(d)C.M.P. Metals, Inc. d/b/a Phoenix Metals
1920 Portal Street
Baltimore, MD 21224-6513

(u)Go 360 Cloud
H NO-10-6-46/1/1 Brundavan Colony
Hyderabad, Telengana 500079

(u)Go360 Cloud Private Limited
SY11 Krishe Emerald Kondapur
Hyderbad, Telangana 500081


(d)George Reyes
13149 Penndale Ln
Fairfax, VA 22033-3027

(u)Vlad Enache

(u)Yasmine Kuttab

End of Label Matrix
Mailable recipients    156
Bypassed recipients     12
Total                  168