David S. Musgrave, Esquire
Bar No. 382428
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland  21202
Phone/Fax No.: (410) 576-4194
dmusgrave@gfrlaw.com
*Attorney for State of Maryland*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| ENOVATIONAL CORP., | * | Case No. 22-00055-ELG |
| Debtor. | * | (Chapter 11) |
| *   *   *   *   *   *   *   *   *   *   *   * | | |
| ENOVATIONAL CORP., | * | Adv. Pro. 22-10014-ELG |
| Plaintiff, | * | |
| v. | * | |
| THE STATE OF MARYLAND, | * | |
| Defendant. | * | |
| *   *   *   *   *   *   *   *   *   *   *   * | | |

## NOTICE OF SERVICE OF DISCOVERY

I certify that on the 8th day of January, 2024, a copy of Defendant's First Amended Responses to Plaintiff's First Requests for Production of Documents was served via email and PACER on Maurice VerStandig, Esquire, attorney for Plaintiff, Enovational Corp.

/s/ David S. Musgrave
David S. Musgrave, Esquire (D.C. Bar No. 382428)
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland  21202
Phone/Fax No.: (410) 576-4194
dmusgrave@gfrlaw.com
*Attorney for State of Maryland*

59387\148679\10574352.v1-1/16/24