The order below is hereby signed.

Signed: January 30 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| ENOVATIONAL CORP., | * | Case No. 22-00055-ELG |
| Debtor. | * | (Chapter 11) |
| * * * * * * | * * * * * * | |
| ENOVATIONAL CORP., | * | Adversary Proceeding: 22-10014-ELG |
| Plaintiff, | * | |
| v. | * | |
| THE STATE OF MARYLAND, | * | |
| Defendant. | * | |
| * * * * * * * | * * * * * * | |

### ORDER CONSOLIDATING CONTESTED MATTER
### WITH ADVERSARY PROCEEDING

**UPON CONSIDERATION** of Defendant's Motion to Consolidate Contested Matter and Adversary Proceeding, and it appearing that the parties consent to the entry of this order, it is, by the United States Bankruptcy Court for the District of Columbia,

59387\148679\10483638.v2-1/30/24

**ORDERED,** that the Defendant's Motion to Consolidate is **GRANTED**; and it is further

**ORDERED,** that the Contested Matter arising from the Plaintiff's objection to the Defendant's Proof of Claim (Docket No. 241) and this Adversary Proceeding No. 22-10014 are hereby **CONSOLIDATED**, and that the Scheduling Order (Docket No. 31) shall continue to govern all matters in this Adversary Proceeding.

CONSENTED TO:

_____/s/ David S. Musgrave_____
David S. Musgrave (Bar No. 382428)
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
Phone/Fax No.: (410) 576-4194
E-mail: dmusgrave@gfrlaw.com
*Attorney for the State of Maryland*


SEEN AND AGREED:

_____/s/ Maurice B. VerStandig_____
Maurice B. VerStandig (Bar No. MD18071)
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, D.C. 20036
Phone: (202) 991-1101
Email: mac@dcbankruptcy.com
*Attorney for Enovational Corp.*