AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.    **22-55-ELG**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for    **DRAVIDA CONSULTING, LLC**
on    2/06/2024:

[X]    I served the subpoena by delivering a copy to the named person as follows: **Subramamyam Dravida**, who is designated by law to accept service of process on behalf of **DRAVIDA CONSULTING, LLC** at **2208 Oxeye Rd, Baltimore, MD 21209** on **02/07/2024 at 7:22 PM**

I delivered the documents to Subramamyam Dravida with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired Middle Eastern male contact 55-65 years of age, 6'0"-6'2" tall and weighing 180-200 lbs with glasses and an accent.; or

☐    I returned the summons unexecuted because

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 0.00

My fees are $ 0.00 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:    02/07/2024

*Server's signature*

**Robert Schaake**
Printed name and title

**4712 Meise Drive
Baltimore, MD 21206**

*Server's address*

**FILED
FEB 20 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia**

Additional information regarding attempted service, etc:




Tracking #: 0124118531

# FILING

 

124118534

ABC INTERNAL USE - MAIL TO:

*US District Court Bankruptcy District of Columbia 333 Constitution Ave NW Washington, DC, DC 20001*

**FILE AT COURT**

**US District Court, Bankruptcy, District of Columbia**
333 Constitution Ave NW
Washington DC, DC 20001

TO THE CLERK OF COURT

- **File the attached documents.**
- **Return in prepaid envelope** *(if attached)* **or place in ABC box for pickup.**
- **Have an idea on how we can make things easier for you?**
  Email us at <u>courtsupport@abclegal.com</u>.

 **Subpoena - DOCUMENTS**

Proof of Service (TN: 0124118531)



RECEIVED
Mail Room

FEB 20 2024

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

**FILED**

FEB 20 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

---

CUSTOMER **The VerStandig Law Firm, LLC**
REF **REF-14856399**
COURT **US District Court, Bankruptcy, District of Columbia**
CASE# **22-55-ELG**
TITLE **ENOVATIONAL CORP. vs. THE STATE OF MARYLAND**

Need help?
1-888-294-0383
abclegal.com



02/12/2024