AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.    **22-55-ELG**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for    **JPMORGAN CHASE BANK, N.A.**
on    **2/05/2024:**

[X]  I served the subpoena by delivering a copy to the named person as follows: **C T Corporation System**, who is designated by law to accept service of process on behalf of **JPMORGAN CHASE BANK, N.A.** at **4400 Easton Cmns Ste 125, Columbus, OH 43219** on **02/06/2024 at 12:57 PM**

**I delivered the documents to Daylen Platt who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 35-45 years of age, 5'6"-5'8" tall and weighing 180-200 lbs with glasses and a beard.; or**

[ ]  I returned the summons unexecuted because

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 0.00

My fees are $ 0.00 for travel and $ 95.00 for services, for a total of $ 95.00.

I declare under penalty of perjury that this information is true.

Date: 02/06/2024

Server's signature

**Ashly Galownia**
Printed name and title

**FILED**

**FEB 20 2024**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

5895 Privilege Dr.
Hilliard, OH 43026

Server's address

Additional information regarding attempted service, etc:




Tracking #: 0123947618

# FILING




123947622

ABC INTERNAL USE - MAIL TO:

*US District Court, Bankruptcy, District of Columbia 333 Constitution Ave NW Washington DC. DC 20001*

*FILE AT COURT*
**US District Court, Bankruptcy, District of Columbia**
333 Constitution Ave NW
Washington DC, DC 20001

## TO THE CLERK OF COURT

- **File the attached documents.**
- **Return in prepaid envelope** *(if attached)* **or place in ABC box for pickup.**
- **Have an idea on how we can make things easier for you?**
  Email us at **courtsupport@abclegal.com**.

 **Subpoena - DOCUMENTS**

Proof of Service (TN: 0123947618)


RECEIVED Mail Room
FEB 20 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

---

CUSTOMER **The VerStandig Law Firm, LLC**
REF **REF-14856397**
COURT **US District Court, Bankruptcy, District of Columbia**
CASE# **22-55-ELG**
TITLE **ENOVATIONAL CORP. vs. THE STATE OF MARYLAND**

Need help?
1-888-294-0383
abclegal.com



02/09/2024