# The Belmont Firm
## 1050 Connecticut Ave., NW
## Suite 500
## Washington, DC 20036

Invoice submitted to:
**Enovational Corp.**

**Invoice # 10923**

Invoice Date: 03/21/24
Terms: COD
Services Through: 03/21/24
Due Date: 03/21/24

Description   Single invoice for Enovational Corp.

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| **In Reference To: Bankruptcy (Expenses)** | | | | | |
| 12/29/23 | Mac VerStandig | Filing fee for suggestion of bankruptcy in DC Superior Court | 1.00 | 6.00 | $6.00 |
| | | Invoice Amount: | | | $6.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| **In Reference To: Maryland Adversary Proceeding** | | | | | |
| 11/27/23 | Mac VerStandig | Call with D. Musgrave re discovery production | 0.10 | 400.00 | $40.00 |
| 11/28/23 | Mac VerStandig | Call with D. Musgrave re discovery progress | 0.10 | 400.00 | $40.00 |
| 12/18/23 | Mac VerStandig | Call with V. Enache to continue review of invoice notes in furtherance of drafting additional discovery requests and identifying persons to be deposed | 1.30 | 400.00 | $520.00 |
| 12/22/23 | Mac VerStandig | Call with V. Enache to continue review of various invoices and notes thereupon in furtherance of discovery process | 0.70 | 400.00 | $280.00 |
| 12/29/23 | Mac VerStandig | Call with D. Musgrave re discovery progress, court notice, and potential settlement | 0.10 | 400.00 | $40.00 |
| 12/29/23 | Mac VerStandig | Call with V. Enache re potential resolution of MassVax claim, intent to use fact witnesses as expert witnesses, ongoing efforts to assess which witnesses can best support each invoice, and N. Penn state court claim | 0.30 | 400.00 | $120.00 |
| 01/15/24 | Mac VerStandig | Draft expert witness disclosures, including review of client's pre-bankruptcy employment records and rigors of Rule 26 | 0.70 | 400.00 | $280.00 |
| 01/21/24 | Mac VerStandig | E-mail e-discovery vendor re needs vis a vis document production | 0.10 | 400.00 | $40.00 |
| 01/23/24 | Mac VerStandig | Discuss mediation issues with D. Musgrave | 0.10 | 400.00 | $40.00 |
| 01/24/24 | Mac VerStandig | Review e-mail from D. Musgrave containing link to document production and download same, attempting to extract zipped files through (i) Windows; (ii) online tool; and (iii) third party extraction software; Research error message; Send detailed response to D. Musgrave noting issues with extraction of document production and suggesting alternative means of making production | 1.40 | 400.00 | $560.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 01/24/24 | Mac VerStandig | Review discovery letter from D. Musgrave and assess degree of merit in assertions made | 0.30 | 400.00 | $120.00 |
| 01/24/24 | Mac VerStandig | Call with V. Enache re e-discovery progress, potential for seeking partial summary judgment, strategy for selecting invoices upon which to seek partial summary judgment, and next steps | 0.90 | 400.00 | $360.00 |
| 01/26/24 | Mac VerStandig | Call with V. Enache re (i) invoices to be targeted for partial summary judgment; (ii) approaching witnesses for statements; (iii) strategy for negotiating price with e-discovery vendor; (iv) scheduling for witness interviews; (v) deficiency letter from Maryland re discovery responses; (vi) ▮▮▮▮; (vii) amending interrogatory answers; and (viii) approach for addressing invoices premised on work outside scope of statements of work | 0.80 | 400.00 | $320.00 |
| 01/26/24 | Mac VerStandig | Meeting (via Microsoft Teams) with V. Enache and representatives from e-discovery vendor, re size and scope of project, pricing, potential upload and storage concerns, nature of tool to be utilized, and next steps | 0.90 | 400.00 | $360.00 |
| 01/26/24 | Mac VerStandig | Call with D. Musgrave re discovery progress and potential protective order if inspection is permitted in lieu of a document production | 0.10 | 400.00 | $40.00 |
| 01/27/24 | Mac VerStandig | Research and begin drafting motion for partial summary judgment, including detailed review of supporting evidence furnished by client and analysis of what exhibits best support invoices at heart of motion | 13.50 | 400.00 | $5,400.00 |
| 02/03/24 | Mac VerStandig | Call with Vlad Enache re summary judgment draft, subpoenas, document requests, management of e-discovery production, and witness interviews (55 minute phone call and 19 minute FaceTime audio call to work around cellular reception issues) | 1.30 | 400.00 | $520.00 |
| 02/03/24 | Mac VerStandig | Draft second requests for production to Maryland | 0.70 | 400.00 | $280.00 |
| 02/03/24 | Mac VerStandig | Draft subpoena to Dravida Consulting | 0.40 | 400.00 | $160.00 |
| 02/03/24 | Mac VerStandig | Draft subpoena to JPMorgan Chase Bank, N.A. | 0.30 | 400.00 | $120.00 |
| 02/03/24 | Mac VerStandig | Draft and file notice of issuing subpoenas | 0.10 | 400.00 | $40.00 |
| 02/04/24 | Mac VerStandig | Call with V. Enache to review motion for partial summary judgment | 0.40 | 400.00 | $160.00 |
| 02/04/24 | Mac VerStandig | Draft affidavit in support of motion for partial summary judgment | 0.20 | 400.00 | $80.00 |
| 02/04/24 | Mac VerStandig | Pull and collate exhibits for motion for partial summary judgment | 0.80 | 400.00 | $320.00 |
| 02/04/24 | Mac VerStandig | Continue drafting motion for partial summary judgment, including research undertaken - as part of drafting process - on issues related to ▮▮▮▮ | 2.30 | 400.00 | $920.00 |
| 02/04/24 | Mac VerStandig | Review and revise motion for partial summary judgment, proofreading, checking for consistency, fixing typos, tweaking language, and compiling tables of contents and authorities | 1.10 | 400.00 | $440.00 |
| 02/04/24 | Mac VerStandig | Draft motion to file medical cannabis records under seal | 0.50 | 400.00 | $200.00 |
| 02/05/24 | Mac VerStandig | Witness interview with J. Fritz | 1.00 | 400.00 | $400.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 02/05/24 | Mac VerStandig | Call with V. Enache following interview with J. Fritz to discuss substance of interview, method for future interviews, and ███ | 0.40 | 400.00 | $160.00 |
| 02/06/24 | Mac VerStandig | Witness interview with H. Bushan and V. Enache | 1.00 | 400.00 | $400.00 |
| 02/06/24 | Mac VerStandig | Witness interview with M. Ubaldi and V. Enache | 0.70 | 400.00 | $280.00 |
| 02/06/24 | Mac VerStandig | Call with V. Enache, following witness interviews, to discuss sum and substance of same, potential issues ███ potential for use of subpoenas, timing strategy, and ███ | 0.40 | 400.00 | $160.00 |
| 02/09/24 | Mac VerStandig | Witness interviews with P. Belli and D. Fritz | 1.20 | 400.00 | $480.00 |
| 02/12/24 | Mac VerStandig | Witness interview with Rachel Michaels | 0.70 | 400.00 | $280.00 |
| 02/12/24 | Mac VerStandig | Witness interview with Marcus Orocena | 0.50 | 400.00 | $200.00 |
| 02/13/24 | Mac VerStandig | Interview with Jonathan Keusch (.5) and discussion of same with V. Enache immediately following (.1) | 0.60 | 400.00 | $240.00 |
| 02/13/24 | Mac VerStandig | Call with D. Musgrave re extension of time to respond to summary judgment motion, date for hearing, and handling of motion to seal | 0.20 | 400.00 | $80.00 |
| 02/15/24 | Mac VerStandig | Witness interview with Charles Lourens | 0.70 | 400.00 | $280.00 |
| 02/15/24 | Mac VerStandig | Call with V. Enache following C. Lourens interview to discuss strategy for using his testimony at trial, progress with e-discovery vendor, and ███ | 0.20 | 400.00 | $80.00 |
| 02/15/24 | Mac VerStandig | Witness interview with William van der Veen | 0.70 | 400.00 | $280.00 |
| 02/15/24 | Mac VerStandig | Meet with V. Enache following interview with W. van der Veen to assess ███ and to also discuss timing on motion for partial summary judgment | 0.10 | 400.00 | $40.00 |
| 02/15/24 | Mac VerStandig | Witness interview with Steve Gern | 0.60 | 400.00 | $240.00 |
| 02/15/24 | Mac VerStandig | Run background search on various potential witnesses and locate phone numbers and addresses | 0.50 | 400.00 | $200.00 |
| 02/15/24 | Mac VerStandig | Review Maryland expert designation and discuss same with V. Enache (.1); Call to D. Musgrave re whether same will be promptly supplemented to comply with Rule 26 (.1) | 0.20 | 400.00 | $80.00 |
| 02/17/24 | Mac VerStandig | Draft subpoena to Michael Leahy and accompanying deposition notice (.1); File and coordinate service of same (.1) | 0.20 | 400.00 | $80.00 |
| 02/17/24 | Mac VerStandig | Draft subpoena to Lance Schine and accompanying deposition notice (.1); File and coordinate service of same (.1) | 0.20 | 400.00 | $80.00 |
| 02/17/24 | Mac VerStandig | Draft motion for mediation and review scheduling order and Local Rules in furtherance of same | 0.40 | 400.00 | $160.00 |
| 02/23/24 | Mac VerStandig | Call with V. Enache to review e-discovery contract, go over various filings from week, discuss witness strategy, assess ███, coordinate review of Maryland's document production, and begin to strategize for mediation | 0.70 | 400.00 | $280.00 |
| 02/26/24 | Mac VerStandig | Witness interview with Trammy Hoang | 0.30 | 400.00 | $120.00 |
| 02/26/24 | Mac VerStandig | Witness interview with Phillip Emeritz | 0.50 | 400.00 | $200.00 |
| 03/02/24 | Mac VerStandig | Call with V. Enache to review upcoming hearings, ███ and discuss issue with ███ | 0.60 | 400.00 | $240.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 03/02/24 | Mac VerStandig | Book court reporters for depositions of Schine and Leahy (.1); Exchange e-mails with court reporting company re deposition details (.1) | 0.20 | 400.00 | $80.00 |
| 03/05/24 | Mac VerStandig | Prepare outlines for depositions of L. Schine and M. Leahy, including review of various documents, review of invoices, review of client notes, review of elements underlying causes of action, and review of various case notes | 2.40 | 400.00 | $960.00 |
| 03/07/24 | Mac VerStandig | Take deposition of W. Lance Schine (no charge for unrelated phone calls made during break) | 3.90 | 400.00 | $1,560.00 |
| 03/07/24 | Mac VerStandig | Take deposition of M. Leahy | 0.90 | 400.00 | $360.00 |
| 03/07/24 | Mac VerStandig | Research and draft opposition to motion to extend scheduling order, including extensive review of case law on excusable neglect and equally-extensive review of interplay between FRCP provisions governing discovery and expert disclosures (2.1); Expend entirely too much time trying to find proper Bluebook citation for Magna Carta (.9 but billed as .1) | 2.20 | 400.00 | $880.00 |
| 03/07/24 | Mac VerStandig | Call with V. Enache to review questions prior to deposition and to generally discuss forthcoming hearings, upcoming deadlines, and general litigation strategy (no charge for calls with V. Enache during depositions since such calls are subsumed within billing entries for depositions) | 0.80 | 400.00 | $320.00 |
| 03/08/24 | Mac VerStandig | Detailed e-mail to counsel for landlord updating as of status of litigation, addressing next steps, and reviewing status of claim payments as well as sum remaining to be paid (including review of internal spreadsheets to calculate number) | 0.70 | 400.00 | $280.00 |
| 03/11/24 | Mac VerStandig | Call with V. Enache to review arguments for summary judgment motion | 0.30 | 400.00 | $120.00 |
| 03/13/24 | Mac VerStandig | Prepare for hearing on motion for partial summary judgment (3.5); Prepare for hearing on motion to seal (.1); Prepare for hearing on scheduling order motion (.6); Prepare for hearing on motion to strike expert designation (.8) | 5.00 | 400.00 | $2,000.00 |
| 03/14/24 | Mac VerStandig | Attend hearing and argue motion to seal and motion for partial summary judgment | 2.30 | 400.00 | $920.00 |
| 03/19/24 | Mac VerStandig | E-mail to S. Millman updating as to hearing, status of motion for summary judgment, status of mediation efforts, and next steps | 0.20 | 400.00 | $80.00 |

In Reference To:  **Maryland Adversary Proceeding (Expenses)**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 02/03/24 | Mac VerStandig | Service of process for subpoena to JPMorgan Chase Bank, NA | 1.00 | 95.00 | $95.00 |
| 02/03/24 | Mac VerStandig | Service of process for subpoena to Dravida Consulting, LLC | 1.00 | 75.00 | $75.00 |
| 02/17/24 | Mac VerStandig | Process server fee for L. Schine | 1.00 | 140.00 | $140.00 |
| 02/17/24 | Mac VerStandig | Process server fee for M. Leahy | 1.00 | 140.00 | $140.00 |
| 02/19/24 | Mac VerStandig | Witness fee for L. Schine (paid to process server) | 1.00 | 45.00 | $45.00 |
| 02/19/24 | Mac VerStandig | Witness fee for M. Leahy (paid to process server) | 1.00 | 45.00 | $45.00 |

|  |  |
|---|---|
| Hours | 61.00 |
| Labor: | $24,400.00 |
| Invoice Amount: | $24,940.00 |

|  |  |
|---|---:|
| Total Hours: | 61.00 |
| Total Labor: | $24,400.00 |
| Total Expenses: | $546.00 |
| **Total Invoice Amount:** | **$24,946.00** |
| Previous Balance: | $17,439.11 |
| Payments/Adjustments: | $-17,439.11 |
| **Total Amount Due:** | **$24,946.00** |

## Payments/Adjustments

| Date | Transaction Type | Description | Amount |
|---|---|---|---:|
| 01/24/24 | Payment | Paid by trustee | -17,439.11 |

## User Summary

| User | Hrs | Rate | Amount |
|---|---|---|---|
| Mac VerStandig | 61.00 | @ 400.000 | 24,400.00 |

## Trust Account

The Trust Activity shown here is from the previous Invoice date of 11/26/23 to the latest payment applied to this invoice which is 03/21/24

| Date | Trust Account | Description | Debit | Credit | Balance |
|---|---|---|---:|---:|---:|
| **Matter : Non-Matter Related** | | | | | |
| **Enovational - Trust Acct.** | | | | | |
|  | Enovational - Trust Acct. | Trust account balance forward as of 11/26/23 | 0.00 | 0.00 | 0.00 |
|  |  | **Trust account ending balance as of 03/21/24 for Enovational - Trust Acct.:** |  |  | **0.00** |
|  |  | **Trust account ending balance as of 03/21/24 for Non-Matter Related:** |  |  | **0.00** |
|  |  | **Total for Enovational Corp. :** |  |  | **0.00** |