```
Label Matrix for local noticing          ADI Construction of Virginia, LLC        Arthur Lander CPA PC
0090-1                                   5407-A Port Royal Road                   300 N. Washington St.
Case 22-00055-ELG                        Springfield, VA 22151-2313               Suite 104
United States Bankruptcy Court for the Distri                                     Alexandria, VA 22314-2530
Washington, D.C.
Thu Mar 21 22:03:05 EDT 2024

BMW Financial Services                   BMW Financial Services NA, LLC, c/o AIS Port   BMW Financial Services, NA, LLC
1400 City View Drive                     4515 N Santa Fe Ave. Dept. APS           Klima, Peters & Daly, PA
Columbus, OH 43215-1477                  Oklahoma City, OK 73118-7901             8028 Ritchie Hwy #300
                                                                                  Pasaena, MD 21122-1360


C.M.P. Metals, Inc. d/b/a Phoenix Metals Enovational Corp.                        Ernst & Young U.S., LLP
1920 Portal Street                       1427 Rhode Island Avenue, NW             c/o Reed Smith LLP
Baltimore, MD 21224-6513                 PH 2                                     10 S. Wacker Drive
                                         Washington, DC 20005-5532                40th Floor
                                                                                  Attn: Ann E. Pille
                                                                                  Chicago, IL 60606-7506


State of Maryland                        U. S. Trustee for Region Four            United Electric Supply Co., Inc.
Office of the Attorney General           U. S. Trustee's Office                   c/o Jill D. Caravaggio, Esq.
200 St. Paul Place                       1725 Duke Street                         11116 Innsbrook Way
Baltimore, MD 21202-5994                 Suite 650                                Suite B
                                         Alexandria, VA 22314-3489                Ijamsville, MD 21754-9058


Wells Fargo Bank, N.A.                   Washington, D.C.                         Adam Levin
301 South Tryon Street, Suite 1615       E. Barrett Prettyman U. S. Courthouse    8514 Rayburn Rd
Charlotte, NC 28282-1923                 333 Constitution Ave, NW #1225           Bethesda, MD 20817-3828
                                         Washington, DC 20001-2802


Advanced Network Consulting              Advanced Network Consulting              Advanced Network Consulting, Inc.
1200 G Street, N.W.                      c/o Incorp Services, Inc.                c/o Berenzweig Leonard, LLP
Suite 806                                1100 H Street, N.W.                      8300 Greensboro Drive; Suite 1250
Washington, DC 20005-3814                Suite 840                                McLean, Virginia 22102-3618
                                         Washington, DC 20005-5969


Alliantgroup LP                          Alliantgroup, LP                         Alyah Gilberry
3009 Post Oak Blvd                       c/o John T. Simpson                      2727 S Quincy St #505
Suite 2000                               3009 Post Oak Boulevard                  Arlington, VA 22206-2356
Houston, TX 77056-6599                   Suite 2000
                                         Houston, TX 77056-6599


Amina Salad                              Amina Salad                              Anthony J Lizza
1600 S Joyce St                          6143 Leesburg Pike                       7810 Boston Avenue
Apt. 1713                                Falls Church, VA 22041-2183              Silver Spring, MD 20910-4901
Arlington, VA 22202-5134


Anthony Watkins                          Anthony Watkis                           BMW Financial Services
c/o Nalex Technology Solutions           9406 Piaffe Circle                       Attn: Britton Parkway
9406 Piaffe Circle                       Upper Marlboro, MD 20772-4679            5550 Britton Parkway
Upper Marlboro, MD 20772-4679                                                     Hilliard, OH 43026-7456


BMW Financial Services NA, LLC           Babysiva Karpuram                        Baumann Consulting, Inc.
AIS Portfolio Services, LP               7040 Joann khan Dr                       1424 K Street, NW
4515 N Santa Fe Ave. Dept. APS           Elkridge, MD 21075-7256                  Suit 500
Oklahoma City, OK 73118-7901                                                      Washington, DC 20005-2410
```

| | | |
|---|---|---|
| Bryon O. Elwell Jr.<br>6024 Morgan CT<br>Alexandria, VA 22312-5513 | C T Corporation System<br>c/o Anusha Putty<br>1015 15th Street, NW<br>Suite 1000<br>Washington, DC 20005-2621 | C.M.P Metals, Inc. c/o Robbins Law Group, PL<br>1100 N Glebe Road Suite 1010<br>Arlington, VA 22201-5786 |
| CST Group<br>10740 Parkridge Blvd.<br>Fifth Floor<br>Reston, VA 20191-5422 | CST Group, CPAs<br>c/o Joe Romagnoli<br>10740 Parkridge Blvd., Suite 500<br>Reston, VA 20191-4424 | Calder n Seguin PLC<br>2751 Prosperity Avenue<br>Suite 500<br>Fairfax, VA 22031-4397 |
| Carahsoft Technology Corp.<br>11493 Sunset Hills Road<br>Suite 100<br>Reston, VA 20190-5509 | Carma Khatib<br>1023 Glyndon St SE<br>Vienna, VA 22180-5922 | Carma Khatib<br>8321 Electric Ave<br>Vienna, VA 22182-5105 |
| Caroline Aposporos<br>18911 Impulse Ln<br>Gaithersburg, MD 20879-1795 | Casey Paul<br>5407 Moorland Ln<br>Bethesda, MD 20814-1335 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Chenxi Xu<br>1221 S Eads St Apt 304<br>Arlington, VA 22202-4717 | Chum Chancharadeth<br>2702 Silverdale Drive<br>Silver Spring, MD 20906-5321 | Citibank<br>Citicorp Srvs/Centralized Bk Dept<br>Po Box 790034<br>St. Louis, MO 63179-0034 |
| Citibank CBO Services<br>PO Box 769018<br>San Antonio, TX 78245-9018 | Clinton & Peed<br>1775 Eye Street NW<br>Suite 1150<br>Washington, DC 20006-2435 | Comptroller of Maryland<br>Revenue Administration Division<br>PO Box 549<br>Annapolis, MD 21404-0549 |
| District Advisory, LLC<br>1200 18th Street, NW<br>Suite 700<br>Washington, DC 20036-2531 | District Advisory, LLC<br>c/o Joe Romagnoli<br>10740 Parkridge Blvd., Suite 500<br>Reston, VA 20191-4424 | District Advisory, LLC<br>c/o Smolen & Plevy P.C.<br>1629 K Street, NW<br>Suite 300<br>Washington, DC 20006-1631 |
| District of Columbia<br>Office of Tax and Revenue<br>1101 4th Street, SW, Suite 270 West<br>Washington, DC 20024-4457 | District of Columbia Department of Emplo<br>Office of Unemployment Compensation<br>Tax Division<br>4058 Minnesota Avenue, NE<br>Washington, DC 20019-3540 | Douglas M. Foley c/o McGuireWoods LLP<br>888 16th Street N.W.<br>Washington, DC 20006-4103 |
| Dylan Cooper<br>1954 Columbia RD NW<br>Washington, DC 20009-5078 | Employment Development Department<br>Bankruptcy Group MIC 92E<br>P O Box 826880<br>Sacramento, CA 94280-0001 | Evgueni Gavrilov<br>35 Quincy Pl NW # 2<br>Washington, DC 20001-1192 |
| FTI Consulting LLC<br>16701 Melford Boulevard<br>Suite 200<br>Bowie, MD 20715-4418 | FTI Consulting LLC<br>c/o The Corporation Trust, Incorporated<br>2405 York Road<br>Suite 201<br>Lutherville Timonium, MD 21093-2252 | FTI Consulting, Inc.<br>c/o Nolan E. Shanahan, Esq.<br>Cole Schotz P.C.<br>1325 Avenue of the Americas, 19th Fl<br>New York, New York 10019-6079 |

| | | |
|---|---|---|
| Fullerton & Knowles, P.C.,<br>Attn: Paul Schrader<br>12642 Chapel Rd.<br>Clifton, VA 20124-1953 | George Reyes<br>13149 Penndale Ln<br>Fairfax, VA 22033-3027 | Go 360 Cloud<br>H No - 10-6-46/1/1, Brundavan Colony,Lin<br>K V Ranga Reddy,Ranga Reddy Hyderabad<br>Telangana 500079 India |
| Go 360 Cloud Private Limited<br>H No - 10-6-46/1/1, Brundavan Colony,Lin<br>K V Ranga Reddy,Ranga Reddy Hyderabad<br>Telangana 500079 India | HCL GLOBAL SYSTEMS INC<br>24543 Indoplex Circle,Suite 220<br>Farmington, MI 48335-2529 | Hannah Read<br>3460 14th St. NW Apt. 119<br>Washington, DC 20010-3496 |
| Hoang Trinh - c/o Berenzweig Leonard LLP<br>8300 Greensboro Dr, Suite 1250<br>McLean, VA 22102-3618 | Iman Jawad<br>1010 25th St. NW Apt 302<br>Washington, DC 20037-1624 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | International Motorcars, Inc.<br>d/b/a Passport BMW<br>5050 Auth Way<br>Suitland, MD 20746-4205 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Jack Stone Signs<br>3131 Pennsy Drive<br>Hyattsville, MD 20785-1523 | Jacob Alexander Hall<br>Cubby Alexander Hall<br>4021 9th St NW Apt 304<br>Washington, DC 20011-5853 |
| Jeanette Griffin c/o Wells Fargo Bank, N.A<br>101 Independence Mall East,<br>3rd Floor MAC Y1372-03G<br>Philadelphia, PA 19106 | Jesse Berman<br>28 K St SE 829<br>Washington, DC 20003-3281 | Jesser Berman<br>1150 4th St SW<br>#723<br>Washington, DC 20024-4490 |
| Joel Benjamin Thomas<br>1616 Gardiner Lane #207<br>Louisville, KY 40205-2753 | Joel Thomas<br>204 Claremont Ave<br>Apt. 3<br>Louisville, KY 40206-2781 | John Anderson<br>1221 Van Street SE Apt #901<br>Washington, DC 20003-4655 |
| Joseph Tucker de St. Aubin<br>3636 16th St NW Apt B544<br>Washington, DC 20010-1178 | Julian Valle Garcia<br>311 East 61st St<br>#7<br>New York, NY 10065-8219 | Julian Valle Garcia<br>311 East 61st St<br>New York, NY 10065-8220 |
| Julio Tamariz<br>7086 Leewood Forest Dr<br>Springfield, VA 22151-3924 | Kristine Marie R. Garcia<br>1201 S Eads St. Apt. 1708<br>Arlington, VA 22202-2845 | Kyle Shutt<br>1204 S WASHINGTON ST<br>Apt. 315<br>Alexandria, VA 22314-4449 |
| Kyle Warren Shutt<br>1204 S Washington St, Apt 315<br>Alexandria, VA 22314-4449 | Lauren Egan<br>19310 Diamond Lake Drive<br>Leesburg, VA 20176-6510 | Leonor Alfonso<br>16014 Indus Drive<br>Woodbridge, VA 22191-4336 |

Mark DeVito
4850 Connecticut Ave NW 808
Washington, DC 20008-5907

Mass Dept of Revenue
Attn: Bankruptcy Unit
P.O. Box 7090
Boston, MA 02204-7090

Matthew Gross
1507 W Bryn Mawr Ave Apt 2R
Chicago, IL 60660-5405

Matthew Gross
1738 N Albany Ave
Apartment 2
Lake Zurich, IL 60047

Max Hall
8 Lasalle Road
Montclair, NJ 07043-2624

McNamee Hosea PA, attn: Justin Fusano
6411 Ivy Lane Suitee 200
Greenbelt, MD 20770-1405

Michael Diaz
4400 East West Highway, Apt 727
Bethesda, MD 20814-4551

Mitchell Romano
480 Rea St
North Andover, MA 01845-4828

Molly Hernandez
5958 Gunbarrel Ave
Apt. C
Boulder, CO 80301-5336

My Guys Moving & Storage, Inc.
Commercial Division
45180 Global Plaze
#125
Sterling, VA 20166

Nalex Technology Solutions
9406 Piaffe Circle
Upper Marlboro, MD 20772-4679

Namely, Inc.
195 Broadway
15th Floor
New York, NY 10007-3136

National Technology Integrators
Unit H
14803 Southlawn Lane
Rockville, MD 20850-1399

Navitas Business Consulting, Inc.
13454 Sunrise Valley Drive
Suite 240
Herndon, VA 20171-3278

Nazanin Sobat
1591 Ellis St, Apt 212
Concord, CA 94520-2753

Nolan E. Shanahan, Esq.
Cole Schotz P.C.
1325 Avenue of the Americas, 19th Fl.
New York, New York 10019-6079

Office of Bruce C. Bereano
191 Duke of Gloucester Street
Annapolis, MD 21401-2519

Oliver Mendelin
1510 Clarendon Blvd
Apt 1217
Arlington, VA 22209-4301

Oliver Mendelin
5110 Bern Place
Dulles, VA 20189-5109

Oluwasinmi Oyetunde
110 Tapawingo Rd. SW
Vienna, VA 22180-5901

Oluwasinmi Oyetunde
125 16th St NE
Washington, DC 20002-6511

Omer Tarik Yaylagul
2014 Madrillon Springs Ct
Vienna, VA 22182-3763

Omer Yaylagul
2014 Madrillon Springs Ct
Vienna, VA 22182-3763

Phillip Headen
23 Elmcroft Ct, Apt E405
Rockville, MD 20850-5894

Polka Dot Sky Software
8442 Bells Ridge Terrace
Rockville, MD 20854-2792

Polka Dot Sky Software, Inc.
c/o Ashish Tonse
8442 Bells Ridge Terrace
Rockville, MD 20854-2792

Potomac Integration & Consulting, LLC
10833 Bird Song Pass
Columbia, MD 21044-3694

Potomac Integration and Consulting, LLC
c/o The Corporation Trust Incorporated
2405 York Road Suite 201
Lutherville Timonium, MD 21093-2252

Productboard Inc.
612 Howard Street
4th Floor
San Francisco, CA 94105-3905

River Albo
434 E 11th St
#3RB
New York, NY 10009-4522

| | | |
|---|---|---|
| Robbie Auchter<br>14422 North Sloope Street<br>Centreville, va 20120-4149 | Robert Auchter<br>14422 N Slope St<br>Centreville, VA 20120-4149 | Saovaluck Lim<br>2124 Sahalea Ter<br>Silver Spring, MD 20905-3900 |
| Simon Akula<br>11802 Caplinger Road<br>Silver Spring, MD 20904-2757 | Skyler Evans<br>2 Bluegrass Lane<br>Savannah, GA 31405-8137 | Smislova, Kehnemui & Associates, PA<br>12435 Park Potomac Avenue<br>Suite 300<br>Potomac, MD 20854-6975 |
| Somireddy Law Group PLLC<br>20745 Williamsport PL One #390<br>Ashburn, VA 20147-6521 | State of Delaware<br>Attn: Lisa Bond<br>Main Administration Building, 3rd FL<br>1901 N. Du Pont Highway, Main Bldg.<br>New Castle, DE 19720-1100 | State of Maryland<br>Department of Health<br>201 W. Preston Street<br>Attn: Feyella Toney, Contract Manager<br>Baltimore, MD 21201-2301 |
| State of Maryland<br>Department of Information Technology<br>100 Community Place<br>Crownsville, MD 21032-2037 | State of Maryland<br>Medical Cannabis Commission<br>849 International Drive<br>4th Floor<br>Linthicum Heights, MD 21090-2229 | State of Maryland<br>c/o David S. Musgrave, Esquire<br>Gordon Feinblatt LLC<br>1001 Fleet Street, Suite 700<br>Baltimore, Maryland 21202-4363 |
| Svitlana Kushnir<br>61 Pierce Street, NE<br>Apartment 1343<br>Washington, DC 20002-3064 | TETYANA STONE<br>3813 STONE BARN DR<br>FREDERICK, MD 21704-1722 | TMG 1400 L Street, L.L.C.<br>3 Bethesda Metro Center<br>Suite 1400<br>Bethesda, MD 20814-6306 |
| TMG 1400 L Street, L.L.C.<br>c/o Corporation Service Company<br>1090 Vermont Avenue, NW<br>Washington, DC 20005-4905 | The Meridian Group<br>3 Bethesda Metro Center<br>Suite 1400<br>Attn: Wil Machen<br>Bethesda, MD 20814-6306 | The Meridian Group Attn: Tilghman Morton<br>3 Bethesda Metro Center, Suite 1400<br>Bethesda, MD 20814-6306 |
| The Office of Burce C. Bereano<br>191 Duke of Gloucester Street<br>Annapolis, MD 21401-2519 | Thida A. Hassan<br>6703 Hallwood Avenue<br>Falls Church, VA 22046-2337 | Timothy Penamon<br>460 L Street NW Apt 435<br>Washington, D.C. 20001-2553 |
| Vanta<br>369 Hayes St.<br>San Francisco, CA 94102-4420 | Vire Consulting<br>1612 K Street, NW<br>Suite 802<br>Washington, DC 20006-2820 | Virginia Unemployment Commission<br>P.O Box 26441<br>Richmond, VA 23261-6441 |
| Vlad Enache<br>1427 Rhode Island Avenue, NW<br>PH 2<br>Washington, DC 20005-5532 | Wells Fargo Bank, N.A.<br>401 N. Research Pkwy, 1st Floor<br>MAC D4004-017<br>Winston Salem, NC 27101-4157 | Wells Fargo Bank, N.A.<br>794 Davis Street, 2nd Floor<br>MAC A0283-023<br>San Leandro, CA 94577-6922 |
| West Virginia Higher Education Policy Co<br>1018 Kanawha Boulevard, E<br>Charleston, WV 25301-2800 | White and Whitney Consulting, LLC<br>45645 Willowpond Plz<br>Ste 202<br>Sterling, VA 20164-7152 | Wingate Hughes Architects, PLLC<br>1424 K Street NW<br>Suite 300<br>Washington, DC 20005-2412 |

```
Yasmine J. Kuttab                        Yulishana                              garten Wellbeing, PBC
1000 6th St SW, Apt 516                  316 Bromley Cross Drive                548 Market St. PMB 60158
Washington, DC 20024-2620                San Jose, CA 95119-1817                San Francisco, CA 94104-5401


Arthur Lander CPA PC                     Evgueni Gavrilov                       Marc E. Albert
300 N. Washington St. #104               35 Quincy Place, NW                    Stinson LLP
Alexandria, VA 22314-2530                #2                                     1775 Pennsylvania Avenue, NW
                                         Washington, DC 20001-1192              Suite 800
                                                                                Washington, DC 20006-4760


Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012-4422
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Chase Bank                               Internal Revenue Service               (d)JPMorgan Chase Bank, N.A.
Attn: Bankruptcy                         31 Hopkins Plaza, Rm 1150              s/b/m/t Chase Bank USA, N.A.
P.O Box 15298                            Baltimore, MD 21201                    PO BOX 15368
Wilmington, DE 19850-5298                                                       Wilmington, DE 19850
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Cadwalader, Wickersham & Taft         (u)Dynamic Hive                        (u)TMG 1400 L Street, L.L.C.



(d)ADI Construction of Virginia LLC      (u)Artwoom                             (d)BMW Financial Services
5407-A Port Royal Road                   Selisce 13, 10000 Zagreb,              1400 City View Drive
Springfield, VA 22151-2313               Hrvatska                               Columbus, OH 43215-1477


(d)C.M.P. Metals, Inc. d/b/a Phoenix Metals   (u)Go 360 Cloud                   (u)Go360 Cloud Private Limited
1920 Portal Street                       H NO-10-6-46/1/1 Brundavan Colony      SY11 Krishe Emerald Kondapur
Baltimore, MD 21224-6513                 Hyderabad, Telengana 500079            Hyderbad, Telangana 500081


(d)George Reyes                          (u)Vlad Enache                         (u)Yasmine Kuttab
13149 Penndale Ln
Fairfax, VA 22033-3027
```

**End of Label Matrix**
**Mailable recipients**   156
**Bypassed recipients**   12
**Total**   168