The order below is hereby signed.

Signed: April 25 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 22-55-ELG |
| | ) | (Chapter 11) |
| ENOVATIONAL CORP. | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER APPROVING FIFTH INTERIM APPLICATION
OF THE BELMONT FIRM FOR THE ALLOWANCE OF
<u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

Upon consideration of the Fourth Interim Application of The Belmont Firm for the Allowance of Compensation and Reimbursement of Expenses (the "Application"), any objections thereto, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, the Application be, and hereby is, GRANTED; and it is further

ORDERED, that Maurice B. VerStandig and The Belmont Firm's interim application for fees in the sum of $24,946.00, being comprised of $24,400.00 in fees and $546.00 in expenses, is APPROVED; and it is further

ORDERED, that The Belmont Firm shall have an allowed administrative expense claim in this case in the amount of $24,946.00 (in addition to its prior allowed administrative claim for fees and expenses previously sought and approved); and it is further

ORDERED, that the Debtor and/or the Subchapter V Trustee may pay the foregoing allowed administrative expense claim without further order of court.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*


Seen:

/s/ Kristen S. Eustis (signed w/ express permission)
Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314
Kristen.S.Eustis@usdoj.gov
*Counsel for the United States Trustee*