From:

Anthony Watkis
5501 Big Huntingdon Lane
Brandywine MD 20613

To:

333 Constitution Avenue, N.W.
Washington, DC 20001
Room 1225

Case # 22-00055
Enovational Corp.



**FILED**

SEP - 6 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

To Whom It May Concern:

My name is Anthony Watkis (Nalex Technology) I recently moved to a new address and would like to update my address.

**Case#:** 22-00055
**Name:** Anthony Watkis (Nalex Technology)
**Creditor:** Nalex Technology

**New Address:**
5501 Big Huntingdon Lane
Brandywine MD 20613

**Old Address:**
9406 Piaffe Circle
Upper Marlboro
Maryland 20772



RECEIVED
Mail Room

SEP - 6 2024

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Anthony Watkis
301-844-8505

