UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In Re:                          )
    Enovational Corp             )        Case No. 22-00055 ELG
                                )        Chapter 11 (Sub V)
                  Debtor            )


MOTION FOR APPLICATION FOR INTERIM COMPENSATION
AS ACCOUNTANT FOR THE DEBTOR

Arthur Lander C.P.A., P.C. respectfully represents to the Court:

1.  Employment as Certified Public Accountant.  Applicant applied to the Court and was appointed to act as Certified Public Accountant for the Debtor pursuant to an order of the Court dated October 19, 2022.

2.  Previous Payments have been made.  The Court approved a payment for prior services of $15,550.00 on February 8, 2023.

3.  Summary of services performed during the period of February 3, 2023 through to September 26, 2024.  The precise dates, descriptions and hours of services are fully set forth in the statement of services attached hereto as an Exhibit.  To summarize, the work was to prepare the corporate tax returns for 2022 and 2023.

4.  Requested Compensation. Applicant has no agreement to share any compensation which may be awarded by this Court.  The services performed herein were performed entirely by applicant. Applicant respectfully submits that the rates of $200 to $510 per hour is a fair rate of compensation for services of the type rendered by the applicant.

Arthur Lander, Esq.
For Applicant Arthur Lander CPA PC
300 N.  Washington St. #104
Alexandria, Va. 22314
(703) 486-0700
law@businesslegalservicesinc.com
DC Bar No. 421860

Wherefore, the applicant prays that the Court enter an Order authorizing and awarding fees to Arthur Lander C.P.A., P.C. for services rendered in the amount of $32,405.00.

Arthur Lander C.P.A., P.C.


/S/ Arthur Lander

President

/S/ Arthur Lander
Arthur Lander, Esq.
For Applicant Arthur Lander CPA PC
300 N.  Washington St. #104
Alexandria, Va. 22314
(703) 486-0700
law@businesslegalservicesinc.com
DC Bar No. 421860


I, Marc Albert, the Trustee, have reviewed this Motion and have

no objection.

/s/ Marc Albert

_____

Marc Albert

<u>CERTIFICATE OF SERVICE</u>


I hereby certify that a copy of the foregoing Motion for Application for Interim Compensation As Accountant for the Debtor, the Proposed Order, and Notice of the Motion was mailed postage prepaid October 4, 2024, to Marc Albert, Chapter V Trustee, the U.S. Trustee, and parties listed on the Clerk's mailing matrix.


/S/ Arthur Lander

_____

Arthur Lander

```
                        UNITED STATES BANKRUPTCY COURT
                        FOR THE DISTRICT OF COLUMBIA
In Re:                              )
        Enovational Corp            )        Case No. 22-00055 ELG
                                    )        Chapter 11 (Sub V)
                        Debtor      )
```

ORDER ALLOWING COMPENSATION TO ACCOUNTANT FOR THE DEBTOR

The motion for Application for interim compensation for the period of the February 3, 2023 through September 30, 2024 to Arthur Lander C.P.A., P.C. in the amount of $32,405.00 is granted.

**END OF ORDER**

/S/ Arthur Lander

_____
Arthur Lander, Esq.
Counsel for Arthur Lander CPA PC
300 N. Washington St. #104
Alexandria, Va. 22314
703-486-0700
DC Bar No.  421860
fax 703-527-7207
law@businesslegalservicesinc.com

Seen and Agreed to:

/s/ Marc Albert, Chapter 11 Subchapter V Trustee
_____
Marc Albert, Trustee
1776 Pennsylvania Ave  NW   # 800
Washington, DC   20006
202-659-2214
malbert@stinson.com


Seen and Agreed to:

/S/ Maurice B. Verstandig

_____
Maurice B. VerStandig, Esq.
Bar No. MD 18071
The Belmont Firm
1050 Connecticut Avenue, NW Suite 500
Washington, DC 20036
202-991-1101
mac@dcbankruptcy.com
Counsel for Enovational Corp


Seen:

/s/ Kristen Eustis

_____
Kristen Eustis
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov


Service of order: recipients of electronic notice

Copies to:

United States Trustee
1725 Duke St.
Alexandria, VA  22314

Marc Albert
Chapter 11 Trustee
1775 Pennsylvania Ave. NW Suite
Suite 800
Washington, DC  20006

Arthur Lander
300 N.  Washington St. #104
Alexandria, VA  22314

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In Re:                          )
        Enovational Corp        )       Case No. 22-00055 ELG
                                )       Chapter 11 (Sub V)
                    Debtor      )

NOTICE OF
MOTION FOR APPLICATION FOR INTERIM COMPENSATION
AS ACCOUNTANT FOR THE DEBTOR
DURING SUBCHAPTER V PERIOD


        PLEASE TAKE NOTICE, pursuant to Rule 2002(a)(7) and
2002(c)(2) of the Federal Rules of Bankruptcy that Arthur Lander,
C.P.A. P.C. has filed an Application for Payment of Accountant's
Fees in the amount of $32,405.00.

        Any party in interest having an objection to the Application
or to the Court's entry of an order approving the application
must file a written objection on or before October 25, 2024 (21
days notice), or such shorter time as this Court may order, with
the Clerk of the United States Bankruptcy Court for the District
of Columbia, Third and Constitution Avenue, N.W., Washington,
D.C. 20001.

        Any such written objection must contain a complete
specification of the factual and legal grounds upon which it is
based.  If such an objection is timely filed and served, a
hearing will be scheduled thereon.

        If no such objection is filed, the Court may approve the
Application and enter an order awarding Arthur Lander C.P.A.,
P.C. the compensation upon expiration of the notice period.


/S/ Arthur Lander

_____
Arthur Lander, Esq.
For Applicant Arthur Lander CPA PC
300 N. Washington St. #104
Alexandria, Va. 22314
(703) 486-0700
law@businesslegalservicesinc.com
DC Bar No. 421860

Arthur Lander, C.P.A., P.C.
300 N. Washington St. #104
Alexandria VA 22314

Invoice submitted to:
Enovational Corp
1101 K Street  NW  Ste 1010
Washington DC 20005

September 27, 2024

Invoice #14107

Professional services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/3/23 Chr | Beginning review of prior year's returns and corresopndence. | 0.60 200.00/hr | 120.00 |
| 2/13/23 APL | Conference zoom meeting to discuss payment of tax liability. | 0.70 510.00/hr | 357.00 |
| Chr | (0.5) Reviewing and comparing 2022 books to trial balance from 2021 tax return. (0.3) Carryover of asset management database from 2021 to 2022 tax software (for state depreciation calculation) | 0.80 200.00/hr | 160.00 |
| 2/15/23 Chr | (0.2) Downloading bank statements and other files from Dropbox provided by Vlad. (0.1) Correspondence regarding reconcilations. | 1.20 200.00/hr | 240.00 |

Enovational Corp                                                    Page    2

|  | Hrs/Rate | Amount |
|---|---|---|

| | (0.9) Continuing to review and compare balance sheet; reviewing notes from 2021 return. | | |
|---|---|---|---|
| 2/20/23 Chr | (0.7) Reviewing accounts and attempting to determine which accounts are in good standing. (0.5) Review of claims register to determine liabilities for blaance sheet adjustment. (0.3) Additional work on return; correspondence with Vlad. | 1.50 200.00/hr | 300.00 |
| 2/23/23 Chr | (0.5) Continuing to work on 2022 tax return. | 0.50 200.00/hr | 100.00 |
| 2/27/23 Chr | (0.3) Analysis and review of "Trustee Account" on QuickBooks and AJE entering expenses for this account. (0.3) Meeting with Art regarding escrow account and correspondence with Trustee and Vlad (0.4) Review of Balance Sheet with Art and discussion of balance sheet items. | 1.00 200.00/hr | 200.00 |
| 3/2/23 APL | Updating records for disbursement of payments to 2 creditors. | 0.40 510.00/hr | 204.00 |
| 3/6/23 APL | Discussions with Marc Albert on taxes. .4;   Review of P & L to see if estimated tax payments would be required to MD.  .5; Review of allocation of sale of assets classification on sale with E & Y 8594. .2;   emails to Vlad and Marc on payments to | 1.10 510.00/hr | 561.00 |

Enovational Corp                                                    Page    3

|                    |                                                         | Hrs/Rate | Amount |
|--------------------|---------------------------------------------------------|----------|--------|
|                    | construction company. .2; Review on how MD calculated allocation of income to MD and if law has changed. .2  . |          |        |
| 3/6/23 Chr         | (0.7) Review of sales by state and setting up spreadsheet to allocate income. | 2.00 200.00/hr | 400.00 |
|                    | (0.6) Review of $10m set of disbursements to claimants and deductability of certain expenses. |          |        |
|                    | (0.5) Meeting with Art to review income and expenses and how to proceed with estimated taxes |          |        |
|                    | (0.2) Correspondence                                    |          |        |
| 3/7/23 APL         | Preparation of extension forms and instructions for payment to DC and CA. | 1.20 510.00/hr | 612.00 |
| 3/13/23 Chr        | (2.5) Continuing to work on the corporate tax return: reviewing wages liabilities section of balance sheet. | 4.20 200.00/hr | 840.00 |
|                    | (1.7) Working on transferring trial balance from QuickBooks Online to local accounting software for ingest into Tax Software and adjusting journal entries to consolidate accounts for clarity. |          |        |
| 3/14/23 Chr        | (0.2) Working with Art on Tax Return Extension.         | 1.50 200.00/hr | 300.00 |
|                    | (0.3) Correspondence regarding accrued wages and salaries for |          |        |

Enovational Corp                                          Page   4

|  | | Hrs/Rate | Amount |
|---|---|---|---|

end of tax year, as well as
additional information
regaridng outstanding payroll
liabilities.

(0.5) Reviewing Axos (trust)
account documents received from
disbursing agent and beggining
reconcilation.

(0.5) Reviewing claims register
and working on reconciling to
balance sheet and schedule of
payments from November 2022.

| 3/15/23 Chr | (0.6) Reviewing and responding to correspondence regarding payroll liabilities account, W2, W3, and other issues. | 1.50 200.00/hr | 300.00 |
|---|---|---|---|

(0.9) Reconciling Axos (Trust)
account to disbursements and
form 2.

| 3/16/23 Chr | (0.6) Reconciling Trust account to AJE DA 11.16.22 in QuickBooks Online. (0.3) Reviewing docket entries for claimant and starting calculations for adjustment to liabilities. | 0.90 200.00/hr | 180.00 |
|---|---|---|---|

| 3/17/23 Chr | (0.3) Working on determining which transactions in journal entry affect the balance sheet; adjustments for additional expenses not in QB | 0.30 200.00/hr | 60.00 |
|---|---|---|---|

| 3/21/23 Chr | (0.2) Correspondence with trustee and Vlad (0.3) Meeting with Arthur Lander regarding balance sheet items and claims register | 1.40 200.00/hr | 280.00 |
|---|---|---|---|

Enovational Corp                                                    Page    5

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
|  | (0.7) Reviewing books finalize reconciliation of trust/escrow account; final review of liablities and claims register (0.2) Revising ongoing notes regarding return |  |  |
| 3/22/23 Chr | (0.4) Reviewing payroll returns and creating schedule to determine which states we filed in for nexus purposes. (0.7) Adjusting journal entries including for retained earnings/prior distributions, expensing assets, reconciling payroll to W3 and W2 for Vlad (0.6) Rolling over fixed assets for 2022 and review of prior treatment of assets. (0.2) Updating notes and preparing schedule of future tasks pending final information from Vlad. | 1.90 200.00/hr | 380.00 |
| 3/23/23 Chr | (0.2) Continuing to make adjustments to trial balance for ingest into Tax Software | 0.20 200.00/hr | 40.00 |
| Chr | (0.9) Continuing to reconcile Trust account; spreadsheet and analysis; email to Disbursing Agent.  Calculation and adjustments to books regarding transfers from Enovational to Escrow account. (0.4) Final review of books and correspondence with Vlad to get final numbers for balance sheet. | 1.30 200.00/hr | 260.00 |
| 3/28/23 Chr | (0.5) Review of expenses for fees in Sub V case (0.2) Meeting with Art re EY categorization of asset sale | 0.70 200.00/hr | 140.00 |

Enovational Corp                                                    Page    6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/28/23 | APL | Review of E & Y request on chang of allocation of sales price. | 0.60 510.00/hr | 306.00 |
|  | APL | Review of form 8594 with Vlad on allocations of purchase price. | 0.30 510.00/hr | 153.00 |
| 3/29/23 | APL | Email to Vlad on 1231 property and capital gains and issue of work in progress. | 0.50 510.00/hr | 255.00 |
|  | Chr | (0.7) Continuing to work on trial balance to move to tax return. | 0.70 200.00/hr | 140.00 |
|  | APL | Discussion with Vlad on allocation of purchase price with E & Y. | 0.70 510.00/hr | 357.00 |
|  | APL | Discussion with Vlad on allocation of purchase price with E & Y. | 0.70 510.00/hr | 357.00 |
| 3/30/23 | Chr | (0.2) Reviewing changes to books and journal entries regarding changes incorporated by Kory. | 0.20 200.00/hr | 40.00 |
| 4/11/23 | Chr | Working on 2022 corporate tax return: (0.8) Reviewing journal entries made by Kory and correspondence. Adjustment to local books to reflect new entries. | 0.80 200.00/hr | 160.00 |
| 4/12/23 | APL | Discussions with Marc on question of calculation of penalty. | 0.40 510.00/hr | 204.00 |

Enovational Corp

Page   7

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 4/17/23 Chr | Working on review of books, updating our local trial balance to move to return with Kory's latest updates; pro-forma K-1 for Vlad's filing to confirm no taxable event for all states. | 2.00<br>200.00/hr | 400.00 |
| 5/1/23 APL | Discussion with Marc Abert on corporate tax return and copy of 2020 return sent to Marc. | 0.30<br>510.00/hr | 153.00 |
| 5/8/23 APL | Conference call with Marc Albert and Vlad on penalties and calculations. | 0.70<br>510.00/hr | 357.00 |
| 5/11/23 APL | Discussion with Vlad on R & D credit options. | 0.40<br>510.00/hr | 204.00 |
| 5/25/23 Chr | (0.2) Review and correspondence with Vlad and Kory | 0.20<br>200.00/hr | 40.00 |
| 5/30/23 Chr | (0.2) Meeting with Art and responding to Vlad's questions about balance sheet | 0.20<br>200.00/hr | 40.00 |
| 6/6/23 Chr | (0.2) Reviewing correspondence with Vlad and Kory and beginning review of updated books.<br>(1.2) Starting to process Trial Balance to bring over locally for tax preparation software.<br>(0.3) Rolling over Fixed Assets from 2021 to 2022 software. | 1.70<br>200.00/hr | 340.00 |
| 6/7/23 Chr | (0.4) Review new trial balance as adjusted by Kory.<br>(0.6) Reviewing reconciliations.<br>(0.4) Meeting with Art to discuss sale of business, accounting for 2023 adjustments and second payment from EY, | 6.80<br>200.00/hr | 1,360.00 |

Enovational Corp                                                Page    8

|  | | | Hrs/Rate | Amount |
|---|---|---|---|---|

review of fixed assets and
breakdown of sales value.
(1.2) Review of $10m payout and
reconicliation of Trust accoutn.
(0.7) State tax review.
(0.7) Updates on State Taxes
and cost of performance/market
based state analysis.
(1.5) Moving to trial balance
software for tax return.
(0.5) Rolling over Fixed Assets
from 2021 to 2022 software and
initial review.
(0.8) Adjusting journal entries
for tax return.

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/8/23 | Chr | (2.1) Continuing to work on corporate tax return and review of IRC regarding circumstances relevant to Enovational and the sale of business. (0.8) Continuing review of cost of performance vs market sourced rules. (0.3) Initial work on analysis of state apportionments. | 3.20 200.00/hr | 640.00 |
| 6/9/23 | Chr | (0.6) Continuing to work on corporate tax return and analysis of tax issues. | 0.60 200.00/hr | 120.00 |
| 6/19/23 | Chr | (0.2) Correspondence with Vlad an Kory about finalizing 2022 numbers. | 0.20 200.00/hr | 40.00 |
| 8/17/23 | Chr | Review for tax return. | 0.80 200.00/hr | 160.00 |

Enovational Corp                                              Page   9

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/24/23 Chr | Reviewing prior work and preparing to make adjustments to tax return.  Continuing additional research on Section 174 rules under TCJA and changes to Section 280C. | 3.20 200.00/hr | 640.00 |
| 8/25/23 Chr | Review of notes regarding balance sheet items and reviewing related emails. Analysis of changes since June pro forma return. | 1.00 200.00/hr | 200.00 |
| 8/28/23 Chr | Working on review of sales of assets, extrapoloating information from Fixed Asset manager to determine depreciation recapture, meeting with Art regarding assets, breakdown of assets sold in 2022 in Excel.  Reviewing balance sheet reconiliations. | 2.40 200.00/hr | 480.00 |
| 8/29/23 Chr | Continuing to review reconciliations, balance sheet, and income statement.  Setting up 2022 tax return in ProSeries.  Reveiwing correspondence regarding adjustments to assets and liabilities.  Using QuickBooks Online to determine what changes need to be reversed or altered to be consistent with the cash basis. | 3.40 200.00/hr | 680.00 |
| 8/30/23 Chr | Reviewing Section 280C and TCJA BB for treatment of research and experimental expenses and R&D Credit election, meeting with Art regarding depreciation recapture and sale of assets. Working to reconcile Trust | 5.40 200.00/hr | 1,080.00 |

Enovational Corp                                                    Page   10

|  | | Hrs/Rate | Amount |
|---|---|---|---|

|  | acccount: book to bank to trustee's Form 2 and banks statements.  Reviewing additional workpapers and preparing list of journal entries. | | |
| 8/31/23 Chr | Finalizing reconciliation of trust account.  Reviewing Balance Sheet and Income Statement and entering adjusting journal entries to book sale of assets, amortization, write off de minimis assets, sum accounts, fix accrual/cash basis entries, reconcile retained earnings, reconcile to payroll reports. Setting up trial balance to move to tax return. | 5.00<br>200.00/hr | 1,000.00 |
| APL | Review of recapture of 179 and bonus depreciation for 2022 tax return. | 0.50<br>510.00/hr | 255.00 |
| 9/1/23 APL | Review of adjusting journal entries for R & D credit and IRC 174. .5;  Review of entry for amortization, M-1 adjustment, and write off of asset. .5 | 1.00<br>510.00/hr | 510.00 |
| Chr | Working on moving numbers to tax return, additional adjusting journal entires, converting QBO to trial balance software for ingest into tax software, entering preliminiary trial balance on return, M-1 adjustments. etc.  Working on Form 4797, 6765, and booking Research and Development credit. | 6.00<br>200.00/hr | 1,200.00 |

Enovational Corp                                          Page  11

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/6/23 Chr | Working on booking of sale to E&Y, booking sale of capitalized expenses, revising schedule of sale for furnitures and computers, working on research for state methods of calculating receipts, meeting with Art regarding security deposit forfeiture. | 4.50 200.00/hr | 900.00 |
| 9/7/23 Chr | Working on State Taxes: adjusting wage and rent expenses for Federal R&D credit, calculation of state depreciation deduction and basis, preparation of state returns, and reconciliation of state net income to federal net income; preparation of election statement for Revenue Procedure 2023-11, preparation of supplemental statement to Form 6765. | 7.00 200.00/hr | 1,400.00 |
| 9/8/23 Chr | Final adjustments to tax return: additional general journal entires, relinking entries, finalizing state returns, meeting with Art regarding preparation; assembly of discussion drafts, assembly of electronic filing documents, and delivery to Vlad Enache. | 6.00 200.00/hr | 1,200.00 |
| 9/11/23 APL | Zoom meeting with Vlad to review 1120S corporate tax return .5;  preparation of Quickbooks print out .3; email to Vlad on alternative to writing off security deposit .2 | 1.00 510.00/hr | 510.00 |

Enovational Corp                                                    Page   12

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/11/23 Chr | Additional adjusting jouranl entires to adjust escrow fee and software and taxes. Updating QuickBooks with AJE's. Meeting with Vlad regarding return. | 1.70 200.00/hr | 340.00 |
| 9/12/23 Chr | Per correspondence with Vlad, adjustments to tax returns (federal and state) regarding decision to forgo 2021 amended tax return.  Assembly and delivery of updated returns and electronic authorization forms to Vlad Enache. | 1.50 200.00/hr | 300.00 |
| 9/13/23 APL | Contact with Vlad on tax return signatures .2;  review of signature forms. .1; update federal and state taxes returns for filing .5 | 0.80 510.00/hr | 408.00 |
| 2/14/24 Chr | Correspondence and review of current stage of 2023 books. | 0.30 200.00/hr | 60.00 |
| 2/29/24 Chr | Review of and downloading trial balance from QBO for ingest into ATB. | 0.50 200.00/hr | 100.00 |
| 3/4/24 Chr | Review of QuickBooks, downloading trial balance, review of balance sheet and income statement, drafting correspondence with Vlad regarding questions.  Review of prior year's returns and potential filing reqirements for other states. | 2.50 200.00/hr | 500.00 |
| 3/11/24 Chr | Continuing to review 2023 bookkeeping and reviewing correspondence with Art. | 0.50 200.00/hr | 100.00 |

Enovational Corp                                                    Page  13

|            |     |                                                      | Hrs/Rate   | Amount |
|------------|-----|------------------------------------------------------|------------|--------|
| 5/8/24     | Chr | Review of QuickBooks Online and reviewing reports and bank reconciliations and prior correspondence. | 0.50 200.00/hr | 100.00 |
| 5/21/24    | Chr | Reviewing books and Kory's work since prior emails. | 0.40 200.00/hr | 80.00 |
| 5/28/24    | Chr | Continuing review and downloading latest trial balance. | 0.30 200.00/hr | 60.00 |
| 5/29/24    | Chr | Conversion of trial balance and working on setting up for ATB for adjusting journal entries and ingest into tax software. | 0.50 200.00/hr | 100.00 |
| 5/30/24    | Chr | Continuing to review balance sheet, downloading new reconciliations, and notes on any discrepancies. | 0.80 200.00/hr | 160.00 |
| 6/11/24    | Chr | Reviewing bookkeeping and reconciliations and correspondence from Vlad and Kory. | 0.40 200.00/hr | 80.00 |
| 6/18/24    | Chr | Continuing to review reports and reconciliations and downloading CSV reports for ingest into trial balance software.  Opening entries, combining accounts, and working on adjustments.  Meeting with Art regarding treatment of expenses. | 3.50 200.00/hr | 700.00 |
| 6/20/24    | Chr | Working on adjustments to books and continuing to review general ledger.  Analysis of 2023 revenue for treatment of state revenue for market-based and cost-of-performance states. | 3.00 200.00/hr | 600.00 |

Enovational Corp                                                              Page   14

|                    |                                                     | Hrs/Rate   | Amount   |
|--------------------|-----------------------------------------------------|------------|----------|
| 6/21/24 Chr        | Continuing to work on tax returns: adjustments to Citibank account for stale checks and deposits, review of correspondence with regards to Trust Account, figuring true payroll liabilities for 12/31/2023. | 1.40 200.00/hr | 280.00 |
| 6/24/24 Chr        | Continuing to work on tax returns: adjustments for Artwoom payment, closing out shareholder distributions for 2023, treatment of tax penalty reimbursement for Vlad, additional adjusting journal entries. | 3.70 200.00/hr | 740.00 |
| 6/25/24 Chr        | Continuing to work on tax returns: review of SOS issue for California and dissolving foreign corporation, reviewing general ledger to adjust uncategorized deposits and disbursements, adjusting journal entries, and correspondence. | 4.00 200.00/hr | 800.00 |
| 6/26/24 Chr        | Continuing to work on tax returns: additional adjusting journal entries, working on reconcilioation of Trust Account to Porsche's Form 2, downloading bank statements and Form 2 and conversion for analysis, additional review on state SOS issues, correspondence. | 4.80 200.00/hr | 960.00 |
| 6/27/24 Chr        | Finalizing reconciliation of Trust Account to Form 2 balance.  Making final adjusting journal entries to | 5.40 200.00/hr | 1,080.00 |

Enovational Corp

Page   15

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
|  | break out interest income, sum insurance accounts, and adjust payroll and payroll liabilities.  Linking accounts and working on preparation of federal tax return and state returns for DC and Maryland. |  |  |
| 6/28/24 Chr | Working on NOL carryovers for Federal and DC tax returns and preparation of required attachment for DC Form D-20. | 1.00 200.00/hr | 200.00 |
| 7/1/24 Chr | Working on NOL carryover calculation. | 0.40 200.00/hr | 80.00 |
| 7/2/24 Chr | Continuing to work on return and correspondence with Vlad and Kory. | 1.20 200.00/hr | 240.00 |
| 7/3/24 Chr | Updating return and finalizing K-1 for Vlad's personal return. | 0.70 200.00/hr | 140.00 |
| 7/8/24 Chr | Working on plans to close out each account in multiple states.  Calls to California, West Virginia, and Delaware. Correspondence. | 1.70 200.00/hr | 340.00 |
| 8/29/24 Chr | Reviewing outstanding work. Updating address per Vlad's email. | 0.25 200.00/hr | 50.00 |
| 8/30/24 Chr | Final adjustments to DC tax return to reflect NOL carryover. | 0.75 200.00/hr | 150.00 |
| 9/5/24 APL | Review of workpapers .7; and preparation of corporate tax return for 2023 .8. | 1.50 510.00/hr | 765.00 |

Enovational Corp                                                        Page   16

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/6/24 | Chr | Research for California dissolution of foreign corporation; finalizing and assembly and delivery of returns. | 1.00 200.00/hr | 200.00 |
| 9/9/24 | Chr | Preparation and assembly of California Dissolution paperwork and delivery. | 1.10 200.00/hr | 220.00 |
| 9/11/24 | Chr | Correspondence. | 0.10 200.00/hr | 20.00 |
| 9/12/24 | APL | Email to Vlad on payment of minmum taxes to DC. and preparation of voucher. .4; Estimated payment vouchers for 2024 and instructions to Vlad..3 | 0.70 510.00/hr | 357.00 |
| 9/26/24 | Chr | Incorporating our adjusting journal entries into QuickBooks Online and reconciling to our books. | 0.90 200.00/hr | 180.00 |

|  |  | Hrs | Amount |
|---|---|---|---|
| For professional services rendered | | 141.10 | $32,405.00 |
| Balance due | | | $32,405.00 |

Payment can be made via PayPal at     arthurlander.com/paynow


AL   Arthur Lander
Chr   Christopher Mueller

Label Matrix for local noticing
0090-1
Case 22-00055-ELG
United States Bankruptcy Court for the Distri
Washington, D.C.
Mon Sep 30 13:12:26 EDT 2024

ADI Construction of Virginia, LLC
5407-A Port Royal Road
Springfield, VA 22151-2313

Arthur Lander CPA PC
300 N. Washington St.
Suite 104
Alexandria, VA 22314-2530

BMW Financial Services
1400 City View Drive
Columbus, OH 43215-1477

BMW Financial Services NA, LLC, c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

BMW Financial Services, NA, LLC
Klima, Peters & Daly, PA
8028 Ritchie Hwy #300
Pasaena, MD 21122-1360

C.M.P. Metals, Inc. d/b/a Phoenix Metals
1920 Portal Street
Baltimore, MD 21224-6513

Enovational Corp.
1427 Rhode Island Avenue, NW
PH 2
Washington, DC 20005-5532

Ernst & Young U.S., LLP
c/o Reed Smith LLP
10 S. Wacker Drive
40th Floor
Attn: Ann E. Pille
Chicago, IL 60606-7506

State of Maryland
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202-5994

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

United Electric Supply Co., Inc.
c/o Jill D. Caravaggio, Esq.
11116 Innsbrook Way
Suite B
Ijamsville, MD 21754-9058

Wells Fargo Bank, N.A.
301 South Tryon Street, Suite 1615
Charlotte, NC 28282-1923

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

Adam Levin
8514 Rayburn Rd
Bethesda, MD 20817-3828

Advanced Network Consulting
1200 G Street, N.W.
Suite 806
Washington, DC 20005-3814

Advanced Network Consulting
c/o Incorp Services, Inc.
1100 H Street, N.W.
Suite 840
Washington, DC 20005-5969

Advanced Network Consulting, Inc.
c/o Berenzweig Leonard, LLP
8300 Greensboro Drive; Suite 1250
McLean, Virginia 22102-3618

Alliantgroup LP
3009 Post Oak Blvd
Suite 2000
Houston, TX 77056-6599

Alliantgroup, LP
c/o John T. Simpson
3009 Post Oak Boulevard
Suite 2000
Houston, TX 77056-6599

Alyah Gilberry
2727 S Quincy St #505
Arlington, VA 22206-2356

Amina Salad
1600 S Joyce St
Apt. 1713
Arlington, VA 22202-5134

Amina Salad
6143 Leesburg Pike
Falls Church, VA 22041-2183

Anthony J Lizza
7810 Boston Avenue
Silver Spring, MD 20910-4901

Anthony Watkis
5501 Big Huntingdon Lane
Brandywine, MD 20613-7789

Anthony Watkis
c/o Nalex Technology Solutions
5501 Big Huntingdon Lane
Brandywine, MD 20613-7789

BMW Financial Services
Attn: Britton Parkway
5550 Britton Parkway
Hilliard, OH 43026-7456

BMW Financial Services NA, LLC
AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Babysiva Karpuram
7040 Joann khan Dr
Elkridge, MD 21075-7256

Baumann Consulting, Inc.
1424 K Street, NW
Suit 500
Washington, DC 20005-2410

Bryon O. Elwell Jr.
6024 Morgan CT
Alexandria, VA 22312-5513

C T Corporation System
c/o Anusha Putty
1015 15th Street, NW
Suite 1000
Washington, DC 20005-2621

C.M.P Metals, Inc. c/o Robbins Law Group, PL
1100 N Glebe Road Suite 1010
Arlington, VA 22201-5786

CST Group
10740 Parkridge Blvd.
Fifth Floor
Reston, VA 20191-4424

CST Group, CPAs
c/o Joe Romagnoli
10740 Parkridge Blvd., Suite 500
Reston, VA 20191-4424

Calder n Seguin PLC
2751 Prosperity Avenue
Suite 500
Fairfax, VA 22031-4397

Carahsoft Technology Corp.
11493 Sunset Hills Road
Suite 100
Reston, VA 20190-5509

Carma Khatib
1023 Glyndon St SE
Vienna, VA 22180-5922

Carma Khatib
8321 Electric Ave
Vienna, VA 22182-5105

Caroline Aposporos
18911 Impulse Ln
Gaithersburg, MD 20879-1795

Casey Paul
5407 Moorland Ln
Bethesda, MD 20814-1335

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Chenxi Xu
1221 S Eads St Apt 304
Arlington, VA 22202-4717

Chum Chancharadeth
2702 Silverdale Drive
Silver Spring, MD 20906-5321

Citibank
Citicorp Srvs/Centralized Bk Dept
Po Box 790034
St. Louis, MO 63179-0034

Citibank CBO Services
PO Box 769018
San Antonio, TX 78245-9018

Clinton & Peed
1775 Eye Street NW
Suite 1150
Washington, DC 20006-2435

Comptroller of Maryland
Revenue Administration Division
PO Box 549
Annapolis, MD 21404-0549

District Advisory, LLC
1200 18th Street, NW
Suite 700
Washington, DC 20036-2531

District Advisory, LLC
c/o Joe Romagnoli
10740 Parkridge Blvd., Suite 500
Reston, VA 20191-4424

District Advisory, LLC
c/o Smolen & Plevy P.C.
1629 K Street, NW
Suite 300
Washington, DC 20006-1631

District of Columbia
Office of Tax and Revenue
1101 4th Street, SW, Suite 270 West
Washington, DC 20024-4457

District of Columbia Department of Emplo
Office of Unemployment Compensation
Tax Division
4058 Minnesota Avenue, NE
Washington, DC 20019-3540

Douglas M. Foley c/o McGuireWoods LLP
888 16th Street N.W.
Washington, DC 20006-4103

Dylan Cooper
1954 Columbia RD NW
Washington, DC 20009-5078

Employment Development Department
Bankruptcy Group MIC 92E
P O Box 826880
Sacramento, CA 94280-0001

Evgueni Gavrilov
35 Quincy Pl NW # 2
Washington, DC 20001-1192

FTI Consulting LLC
16701 Melford Boulevard
Suite 200
Bowie, MD 20715-4418

FTI Consulting LLC
c/o The Corporation Trust, Incorporated
2405 York Road
Suite 201
Lutherville Timonium, MD 21093-2252

FTI Consulting, Inc.
c/o Nolan E. Shanahan, Esq.
Cole Schotz P.C.
1325 Avenue of the Americas, 19th Fl
New York, New York 10019-6079

Fullerton & Knowles, P.C.,
Attn: Paul Schrader
12642 Chapel Rd.
Clifton, VA 20124-1953

George Keyes
13149 Penndale Ln
Fairfax, VA 22033-3027

Go 360 Cloud
H No - 10-6-46/1/1, Brundavan Colony,Lin
K V Ranga Reddy,Ranga Reddy Hyderabad
Telangana 500079 India

Go 360 Cloud Private Limited
H No - 10-6-46/1/1, Brundavan Colony,Lin
K V Ranga Reddy,Ranga Reddy Hyderabad
Telangana 500079 India

HCL GLOBAL SYSTEMS INC
24543 Indoplex Circle,Suite 220
Farmington, MI 48335-2529

Hannah Read
3460 14th St. NW Apt. 119
Washington, DC 20010-3496

Hoang Trinh - c/o Berenzweig Leonard LLP
8300 Greensboro Dr, Suite 1250
McLean, VA 22102-3618

Iman Jawad
1010 25th St. NW Apt 302
Washington, DC 20037-1624

(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

International Motorcars, Inc.
d/b/a Passport BMW
5050 Auth Way
Suitland, MD 20746-4205

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Jack Stone Signs
3131 Pennsy Drive
Hyattsville, MD 20785-1523

Jacob Alexander Hall
Cubby Alexander Hall
4021 9th St NW Apt 304
Washington, DC 20011-5853

Jeanette Griffin c/o Wells Fargo Bank, N.A
101 Independence Mall East,
3rd Floor MAC Y1372-03G
Philadelphia, PA 19106

Jesse Berman
28 K St SE 829
Washington, DC 20003-3281

Jesser Berman
1150 4th St SW
#723
Washington, DC 20024-4490

Joel Benjamin Thomas
1616 Gardiner Lane #207
Louisville, KY 40205-2753

Joel Thomas
204 Claremont Ave
Apt. 3
Louisville, KY 40206-2781

John Anderson
1221 Van Street SE Apt #901
Washington, DC 20003-4655

Joseph Tucker de St. Aubin
3636 16th St NW Apt B544
Washington, DC 20010-1178

Julian Valle Garcia
311 East 61st St
#7
New York, NY 10065-8219

Julian Valle Garcia
311 East 61st St
New York, NY 10065-8220

Julio Tamariz
7086 Leewood Forest Dr
Springfield, VA 22151-3924

Kristine Marie R. Garcia
1201 S Eads St. Apt. 1708
Arlington, VA 22202-2845

Kyle Shutt
1204 S WASHINGTON ST
Apt. 315
Alexandria, VA 22314-4449

Kyle Warren Shutt
1204 S Washington St, Apt 315
Alexandria, VA 22314-4449

Lauren Egan
19310 Diamond Lake Drive
Leesburg, VA 20176-6510

Leonor Alfonso
16014 Indus Drive
Woodbridge, VA 22191-4336

Mark DeVito
4850 Connecticut Ave NW 808
Washington, DC 20008-5907

Mass Dept of Revenue
Attn: Bankruptcy Unit
P.O. Box 7090
Boston, MA 02204-7090

Matthew Gross
1507 W Bryn Mawr Ave Apt 2R
Chicago, IL 60660-5405

Matthew Gross
1738 N Albany Ave
Apartment 2
Lake Zurich, IL 60047

Max Hall
8 Lasalle Road
Montclair, NJ 07043-2624

McNamee Hosea PA, attn: Justin Fusano
6411 Ivy Lane Suites 200
Greenbelt, MD 20770-1405

Michael Diaz
4400 East West Highway, Apt 727
Bethesda, MD 20814-4551

Mitchell Romano
480 Rea St
North Andover, MA 01845-4828

Molly Hernandez
5958 Gunbarrel Ave
Apt. C
Boulder, CO 80301-5336

My Guys Moving & Storage, Inc.
Commercial Division
45180 Global Plaza
#125
Sterling, VA 20166

Nalex Technology Solutions
9406 Piaffe Circle
Upper Marlboro, MD 20772-4679

Namely, Inc.
195 Broadway
15th Floor
New York, NY 10007-3136

National Technology Integrators
Unit H
14803 Southlawn Lane
Rockville, MD 20850-1399

Navitas Business Consulting, Inc.
13454 Sunrise Valley Drive
Suite 240
Herndon, VA 20171-3278

Nazanin Sobat
1591 Ellis St, Apt 212
Concord, CA 94520-2753

Nolan E. Shanahan, Esq.
Cole Schotz P.C.
1325 Avenue of the Americas, 19th Fl.
New York, New York 10019-6079

Office of Bruce C. Bereano
191 Duke of Gloucester Street
Annapolis, MD 21401-2519

Oliver Mendelin
1510 Clarendon Blvd
Apt 1217
Arlington, VA 22209-4301

Oliver Mendelin
5110 Bern Place
Dulles, VA 20189-5109

Oluwasinmi Oyetunde
110 Tapawingo Rd. SW
Vienna, VA 22180-5901

Oluwasinmi Oyetunde
125 16th St NE
Washington, DC 20002-6511

Omer Tarik Yaylagul
2014 Madrillon Springs Ct
Vienna, VA 22182-3763

Omer Yaylagul
2014 Madrillon Springs Ct
Vienna, VA 22182-3763

Phillip Headen
23 Elmcroft Ct, Apt E405
Rockville, MD 20850-5894

Polka Dot Sky Software
8442 Bells Ridge Terrace
Rockville, MD 20854-2792

Polka Dot Sky Software, Inc.
c/o Ashish Tonse
8442 Bells Ridge Terrace
Rockville, MD 20854-2792

Potomac Integration & Consulting, LLC
10833 Bird Song Pass
Columbia, MD 21044-3694

Potomac Integration and Consulting, LLC
c/o The Corporation Trust Incorporated
2405 York Road Suite 201
Lutherville Timonium, MD 21093-2252

Productboard Inc.
612 Howard Street
4th Floor
San Francisco, CA 94105-3905

River Albo
434 E 11th St
#3RB
New York, NY 10009-4522

Robbie Auchter
14422 North Sloope Street
Centreville, va 20120-4149

Robert Auchter
14422 N Slope St
Centreville, VA 20120-4149

Saovaluck Lim
2124 Sahalea Ter
Silver Spring, MD 20905-3900

Simon Akula
11802 Caplinger Road
Silver Spring, MD 20904-2757

Skyler Evans
2 Bluegrass Lane
Savannah, GA 31405-8137

Smislova, Kehnemui & Associates, PA
12435 Park Potomac Avenue
Suite 300
Potomac, MD 20854-6975

Somireddy Law Group PLLC
20745 Williamsport PL One #390
Ashburn, VA 20147-6521

State of Delaware
Attn: Lisa Bond
Main Administration Building, 3rd FL
1901 N. Du Pont Highway, Main Bldg.
New Castle, DE 19720-1100

State of Maryland
Department of Health
201 W. Preston Street
Attn: Feyella Toney, Contract Manager
Baltimore, MD 21201-2301

State of Maryland
Department of Information Technology
100 Community Place
Crownsville, MD 21032-2037

State of Maryland
Medical Cannabis Commission
849 International Drive
4th Floor
Linthicum Heights, MD 21090-2229

State of Maryland
c/o David S. Musgrave, Esquire
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202-4363

Svitlana Kushnir
61 Pierce Street, NE
Apartment 1343
Washington, DC 20002-3064

TETYANA STONE
3813 STONE BARN DR
FREDERICK, MD 21704-1722

TMG 1400 L Street, L.L.C.
3 Bethesda Metro Center
Suite 1400
Bethesda, MD 20814-6306

TMG 1400 L Street, L.L.C.
c/o Corporation Service Company
1090 Vermont Avenue, NW
Washington, DC 20005-4905

The Meridian Group
3 Bethesda Metro Center
Suite 1400
Attn: Wil Machen
Bethesda, MD 20814-6306

The Meridian Group Attn: Tilghman Morton
3 Bethesda Metro Center, Suite 1400
Bethesda, MD 20814-6306

The Office of Burce C. Bereano
191 Duke of Gloucester Street
Annapolis, MD 21401-2519

Thida A. Hassan
6703 Hallwood Avenue
Falls Church, VA 22046-2337

Timothy Penamon
460 L Street NW Apt 435
Washington, D.C. 20001-2553

Vanta
369 Hayes St.
San Francisco, CA 94102-4420

Vire Consulting
1612 K Street, NW
Suite 802
Washington, DC 20006-2820

Virginia Unemployment Commission
P.O Box 26441
Richmond, VA 23261-6441

Vlad Enache
1427 Rhode Island Avenue, NW
PH 2
Washington, DC 20005-5532

Wells Fargo Bank, N.A.
401 N. Research Pkwy, 1st Floor
MAC D4004-017
Winston Salem, NC 27101-4157

Wells Fargo Bank, N.A.
794 Davis Street, 2nd Floor
MAC A0283-023
San Leandro, CA 94577-6922

West Virginia Higher Education Policy Co
1018 Kanawha Boulevard, E
Charleston, WV 25301-2800

White and Whitney Consulting, LLC
45645 Willowpond Plz
Ste 202
Sterling, VA 20164-7152

Wingate Hughes Architects, PLLC
1424 K Street NW
Suite 300
Washington, DC 20005-2412

Yasmine J. Kuttab
1000 6th St SW, Apt 516
Washington, DC 20024-2620

Yulishana
316 Bromley Cross Drive
San Jose, CA 95119-1817

garten Wellbeing, PBC
548 Market St. PMB 60158
San Francisco, CA 94104-5401


Arthur Lander CPA PC
300 N. Washington St. #104
Alexandria, VA 22314-2530

Evgueni Gavrilov
35 Quincy Place, NW
#2
Washington, DC 20001-1192

Marc E. Albert
Stinson LLP
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006-4760


Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854-3976


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Chase Bank
Attn: Bankruptcy
P.O Box 15298
Wilmington, DE 19850-5298

Internal Revenue Service
31 Hopkins Plaza, Rm 1150
Baltimore, MD 21201

(d)JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
PO BOX 15368
Wilmington, DE 19850


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Cadwalader, Wickersham & Taft

(u)Dynamic Hive

(u)TMG 1400 L Street, L.L.C.


(d)ADI Construction of Virginia LLC
5407-A Port Royal Road
Springfield, VA 22151-2313

(u)Artwoom
Selisce 13, 10000 Zagreb,
Hrvatska

(d)BMW Financial Services
1400 City View Drive
Columbus, OH 43215-1477


(d)C.M.P. Metals, Inc. d/b/a Phoenix Metals
1920 Portal Street
Baltimore, MD 21224-6513

(u)Go 360 Cloud
H NO-10-6-46/1/1 Brundavan Colony
Hyderabad, Telengana 500079

(u)Go360 Cloud Private Limited
SY11 Krishe Emerald Kondapur
Hyderbad, Telangana 500081


(u)Anthony Watkis

(d)George Reyes
13149 Penndale Ln
Fairfax, VA 22033-3027

(u)Vlad Enache

(u) Yasmine Kuttab

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 156 |
| Bypassed recipients | 13 |
| Total | 169 |