# EXHIBIT A



1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
1.800.846.1201

October 23, 2024

| | |
|---|---|
| Albert, Marc E., Chapter 11 Subchapter V Trustee<br>1775 Pennsylvania Ave NW, Suite 800<br>Washington, DC 20006 | Invoice No: 43595167<br>Marc Albert |

Re:   Enovational Corp
File No:  3518993.0015

## Invoice Summary

Professional services and disbursements rendered through September 30, 2024

| | |
|---|---:|
| Current Professional Services | $12,825.00 |
| Current Disbursements | $356.08 |
| **Total Current Invoice** | **$13,181.08** |

**Stinson LLP**  **Invoice Detail**

File No. 3518993.0015  Page 2
Invoice No: 43595167

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Marc Albert | Partner | 750.00 | 17.10 | 12,825.00 |
| **Current Professional Services** | | | **17.10** | **$12,825.00** |

## Professional Services

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/01/23 | Marc Albert | Email exchange regarding disbursement. | 0.10 | 75.00 |
| 10/02/23 | Marc Albert | Email exchange regarding wire instructions. | 0.10 | 75.00 |
| 10/06/23 | Marc Albert | Teleconference with Mr. VerStandig regarding payments to be distributed to creditors. | 0.20 | 150.00 |
| 10/09/23 | Marc Albert | Teleconference with Mr. VerStandig regarding payment to creditors and responding to Landlord representative Ms. Millman. | 0.30 | 225.00 |
| 10/10/23 | Marc Albert | Review email from Mr. VerStandig. | 0.10 | 75.00 |
| 10/19/23 | Marc Albert | Teleconference with Mr. VerStandig regarding distribution. | 0.20 | 150.00 |
| 10/24/23 | Marc Albert | Email Ms. Millman regarding distribution; email exchange with Ms. Millman regarding other issues; further teleconference with Ms. Millman and Mr. VerStandig regarding distribution. | 0.60 | 450.00 |
| 10/25/23 | Marc Albert | Review chart of distribution and telephone conference with Mr. VerStandig regarding same; email from Ms. Millman regarding distribution. | 0.40 | 300.00 |
| 10/26/23 | Marc Albert | Teleconference with Mr. VerStandig regarding wire; email from Ms. Millman regarding wire and respond to her and Mr. VerStandig. | 0.30 | 225.00 |
| 10/27/23 | Marc Albert | Telephone conference with Mr. VerStandig regarding wire; email exchange with Ms. Millman and Mr. VerStandig concerning wire; review wire instructions and respond | 0.80 | 600.00 |

**Stinson LLP**                                                              **Invoice Detail**

File No. 3518993.0015                          Page 3
Invoice No: 43595167

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | regarding issue; review fee application. | | |
| 10/28/23 | Marc Albert | Work on getting funds into account; review fee application. | 0.40 | 300.00 |
| 10/31/23 | Marc Albert | Work on distributions. | 0.80 | 600.00 |
| 11/02/23 | Marc Albert | Finalize numbers; telephone conference with Mr. VerStandig regarding distribution. | 0.40 | 300.00 |
| 11/03/23 | Marc Albert | Email to Mr. Enache and Ms. Millman regarding distributions; review email from Mr. Enache regarding distributions. | 0.20 | 150.00 |
| 11/06/23 | Marc Albert | Teleconference with Mr. VerStandig regarding litigation status and need for engage document expert. | 0.20 | 150.00 |
| 12/22/23 | Marc Albert | Email exchange with Ms. Millman and Mr. VerStandig regarding same. | 0.40 | 300.00 |
| 12/28/23 | Marc Albert | Teleconference with Mac VerStandig regarding status of litigation. | 0.30 | 225.00 |
| 01/11/24 | Marc Albert | Review emails from Debtor Counsel and Ms. Millman on behalf of creditor. | 0.30 | 225.00 |
| 01/15/24 | Marc Albert | Review emails from Mr. VerStandig and Ms. Millman and respond regarding mediation; email from Mr. VerStandig regarding payment and give instructions to Ms. Barnes regarding same. | 0.40 | 300.00 |
| 01/17/24 | Marc Albert | Telephone conference with Ms. Millman and Mr. VerStandig regarding mediation; telephone conference with Mr. VerStandig regarding mediation. | 0.50 | 375.00 |
| 01/31/24 | Marc Albert | Review Court Order consolidating adversary with controversy claim objection. | 0.30 | 225.00 |
| 02/01/24 | Marc Albert | Teleconference with Debtor Counsel regarding contact Landlord Counsel and Motion for Summary Judgment. | 0.30 | 225.00 |
| 02/22/24 | Marc Albert | Numbers regarding distribution and email Debtor Counsel and Ms. Millman. | 0.30 | 225.00 |
| 03/07/24 | Marc Albert | Telephone conference with Mr. VerStandig regarding distributions and statistics on | 0.20 | 150.00 |

**Stinson LLP**  **Invoice Detail**

File No. 3518993.0015  Page 4
Invoice No: 43595167

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | litigation. | | |
| 03/08/24 | Marc Albert | Review email exchange regarding distributions between Ms. Millman and Mr. VerStandig. | 0.20 | 150.00 |
| 03/14/24 | Marc Albert | Telephone conference with Mr. VerStandig regarding distribution and hearing on Motion for Summary Judgment. | 0.30 | 225.00 |
| 03/18/24 | Marc Albert | Review chart regarding payments. | 0.60 | 450.00 |
| 03/19/24 | Marc Albert | Email to Ms. Millman regarding distribution and lawsuit status; review response of Debtor Counsel. | 0.30 | 225.00 |
| 03/23/24 | Marc Albert | Review fee application. | 0.30 | 225.00 |
| 04/11/24 | Marc Albert | Email from Ms. Millman and telephone conference with Mr. VerStandig regarding same and respond to Ms. Sherry regarding email regarding status; review Court docket. | 0.60 | 450.00 |
| 05/05/24 | Marc Albert | Review email from creditor Artwoom and forward to Ms. Barnes for verification. | 0.20 | 150.00 |
| 05/06/24 | Marc Albert | Review spreadsheets. | 0.60 | 450.00 |
| 05/07/24 | Marc Albert | Work on research; telephone conference with Mr. Enache Vlad and telephone conference with Mr. VerStandig regarding payments. | 0.50 | 375.00 |
| 05/08/24 | Marc Albert | Exchange emails with Mr. Ivankovic regarding payment to the creditor. | 0.20 | 150.00 |
| 05/09/24 | Marc Albert | Email from Ms. Millman and reply. | 0.30 | 225.00 |
| 06/04/24 | Marc Albert | Review email from Ms. Millman regarding status and review plan. | 0.60 | 450.00 |
| 06/05/24 | Marc Albert | Telephone conference with Mr. VerStandig regarding status on litigation; telephone conference with Ms. Millman regarding status on litigation. | 0.60 | 450.00 |
| 06/25/24 | Marc Albert | Telephone conference with Mr. VerStandig regarding the status of the case and, in particular, the status of litigation within the state of Maryland. | 0.20 | 150.00 |

**Stinson LLP** **Invoice Detail**

File No. 3518993.0015 Page 5
Invoice No: 43595167

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/10/24 | Marc Albert | Review email from creditor and respond. | 0.10 | 75.00 |
| 08/31/24 | Marc Albert | Research regarding modifying plan. | 0.30 | 225.00 |
| 09/01/24 | Marc Albert | Email to Ms. Millman and copy to Mr. VerStandig. | 0.20 | 150.00 |
| 09/02/24 | Marc Albert | Email from Melman to me regarding status. | 0.10 | 75.00 |
| 09/03/24 | Marc Albert | Research issues presented by Landlord; place call to Debtor Counsel. | 1.00 | 750.00 |
| 09/05/24 | Marc Albert | Teleconference Mr. VerStandig regarding email from Landlord Counsel. | 0.30 | 225.00 |
| 09/06/24 | Marc Albert | Review file and data regarding preparing respond to the Landlord's Counsel. | 0.80 | 600.00 |
| 09/17/24 | Marc Albert | Telephone conference with Debtor Counsel regarding extending deadline for filing plan and confirmed by email; email exchange with Landlord Counsel regarding payout and deadline. | 0.70 | 525.00 |
| **Current Professional Services** | | | **17.10** | **$12,825.00** |

### Disbursements

| Date | Description | Amount |
|---|---|---|
| | Postage | 277.63 |
| 11/28/23 | Federal Express - 11/28/2023 Inv: # 833922161 Tracking No: 787119397610 To: Marc Albert 11 Island Ave Apt 602 Miami Beach, FL 33139 | 38.14 |
| 01/17/24 | Federal Express - 01/17/2024 Inv: # 838687833 Tracking No: 789402618256 To: Marc Albert 11 Island Ave Apt 602 Miami Beach, FL 33139 | 40.31 |

**Total Disbursements** **$356.08**