Marc. E. Albert, No. 345181
Stinson LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, D.C. 20006
Tel: (202) 728-3023
Fax: (202) 572-9943
marc.albert@stinson.com
*Subchapter V Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: | )<br>)<br>) Case No. 22-00055-ELG<br>) Chapter 11 (Sub V)<br>)<br>)<br>) |
| Enovational Corp., |
| Debtor. |

### CERTIFICATE OF MAILING

      I hereby certify that a copy of the Notice of Opportunity to Object to Trustee's Fourth Interim Application for Compensation and Reimbursement of Expenses to Subchapter V Trustee for the Period from October 1, 2023 through September 30, 2024 was mailed by first class mail, postage prepaid, on October 28, 2024, upon all parties appearing on the mailing matrix maintained by the Court as it appeared on this same date, and upon the following:

| | |
|---|---|
| Paul Michael Schrader<br>Croessmann & Westberg, P.C.<br>8000 Towers Crescent Drive<br>Suite 1575<br>Vienna, VA 22182 | BMW Financial Services<br>1400 City View Drive,<br>Columbus, OH 43215 |
| Arthur P. Lander<br>300 N. Washington St. #104<br>Alexandria, VA 22314 | Rizwan Ahmad Qureshi<br>Reed Smith LLP<br>1301 K Street NW<br>Ste 1000<br>Washington, DC 20005 |
| Michael J Klima<br>Klima Peters & Daly, P.A.<br>8028 Ritchie Hwy<br>Suite 300<br>Pasadena, MD 21122 | Seth Adam Robbins<br>Robbins Law Group, PLLC<br>1100 N. Glebe Road<br>Suite 1010<br>Arlington, VA 22201 |
| J. David Folds<br>Baker Donelson | Justin Philip Fasano |

CORE/3518993.0015/193254582.1

<div style="columns:2">

901 K Street NW
Suite 900
Washington, DC 2000

Maurice Belmont VerStandig
Mahlon Mowrer
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012

Seamus Curley
Stroock & Stroock & Lavan LLP
1875 K Street, NW
Ste 800
Washington, DC 20006

Kristen S. Eustis
Michael T. Freeman
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314

Stephanie J. Bentley
McGuireWoods LLP
888 16th Street N.W.
Black Lives Matter Plaza
Ste 500
Washington, DC 20006

Evgueni Gavrilov
35 Quincy Place, NW
#2
Washington, DC 20001

McNamee Hosea, P.A.
6404 Ivy Lane
Ste 820
Greenbelt, MD 22070

David S. Musgrave
Gordon Feinblatt LLC
233 East Redwood Street
Baltimore, MD 21202

Sherry J. Millman
Harold A. Olsen
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Jill Diane Caravaggio
Law Office of Jill D. Caravaggio
11116 Innsbrook Way
Suite B
Ijamsville, MD 21754

Douglas Michael Foley
Kaufman & Canoles, P.C.
Two James Center
1021 East Cary Street
Suite 1300
Richmond, VA 23219

George Reyes
13149 Penndale Ln
Fairfax, VA 2203

</div>

Dated:  October 28, 2024

Respectfully submitted,

/s/Marc E. Albert
Marc. E. Albert, No. 345181
Stinson LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, D.C. 20006
Tel:  (202) 728-3023
Fax:  (202) 572-9943
marc.albert@stinson.com
*Subchapter V Trustee*

2