The order below is hereby signed.

Signed: November 7 2024



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

```
                 UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF COLUMBIA
In Re:                                )
    Enovational Corp                  )    Case No. 22-00055 ELG
                                      )    Chapter 11 (Sub V)
              Debtor                  )
```

ORDER ALLOWING COMPENSATION TO ACCOUNTANT FOR THE DEBTOR

The motion for Application for interim compensation for the period of the February 3, 2023 through September 30, 2024 to Arthur Lander C.P.A., P.C. in the amount of $32,405.00 is granted.

**END OF ORDER**

/S/ Arthur Lander
_____
Arthur Lander, Esq.
Counsel for Arthur Lander CPA PC
300 N. Washington St. #104
Alexandria, Va. 22314
703-486-0700
DC Bar No.  421860
fax 703-527-7207
law@businesslegalservicesinc.com

Seen and Agreed to:

/s/ Marc Albert, Chapter 11 Subchapter V Trustee

_____
Marc Albert, Trustee
1776 Pennsylvania Ave  NW   # 800
Washington, DC   20006
202-659-2214
malbert@stinson.com

Seen and Agreed to:

/S/ Maurice B. Verstandig

_____
Maurice B. VerStandig, Esq.
Bar No. MD 18071
The Belmont Firm
1050 Connecticut Avenue, NW Suite 500
Washington, DC 20036
202-991-1101
mac@dcbankruptcy.com
Counsel for Enovational Corp

Seen:

/s/ Kristen Eustis

_____
Kristen Eustis
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

Service of order: recipients of electronic notice

Copies to:

United States Trustee
1725 Duke St.
Alexandria, VA  22314

Marc Albert
Chapter 11 Trustee
1775 Pennsylvania Ave. NW Suite
Suite 800
Washington, DC  20006

Arthur Lander
300 N.  Washington St. #104
Alexandria, VA  22314