The order below is hereby signed.

Signed: November 19 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 22-00055-ELG |
| Enovational Corp., | ) Chapter 11 (Sub V) |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |

### ORDER GRANTING TRUSTEE'S FOURTH INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES TO SUBCHAPTER V TRUSTEE FROM OCTOBER 1, 2023 THROUGH SEPTEMBER 30, 2024

This case came before the Court on the application ("Application") for compensation of Marc E. Albert ("Trustee"), Chapter 11 Subchapter V trustee for the bankruptcy estate of Enovational Corp. The Application seeks compensation for the period from October 1, 2023 through September 30, 2024. This is the fourth interim application by the Trustee. In the Application, compensation sought for fees totals $12,825.00 and compensation for expenses totals $356.08.

Upon consideration of the Application and any opposition filed thereto, if any, it is hereby:

CORE/3518993.0015/193254293.1

**ORDERED, ADJUDGED AND DECREED**, that the Application be, and the same hereby is, **GRANTED IN ITS ENTIRETY;** and it is

**FURTHER ORDERED,** that the interim compensation of the Trustee is hereby approved in the following amounts:  **Fees – $12,285.00**, and **Expenses - $356.08**; and it is

**FURTHER ORDERED,** that the Trustee is authorized to pay from the funds the Trustee is presently holding the interim fees and expenses awarded herein pursuant to the terms of the debtor's confirmed Chapter 11 Plan.

**WE ASK FOR THIS:**

/s/Marc E. Albert
Marc. E. Albert, No. 345181
Stinson LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, D.C. 20006
Tel:  (202) 728-3023
Fax:  (202) 572-9943
marc.albert@stinson.com
*Subchapter V Trustee*

**AGREED:**

/s/ Kristen S. Eustis
Kristen S. Eustis, DC Bar No. MD28984
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314
Tel: (703) 557-7227
kristen.s.eustis@usdoj.gov
*Counsel for the Office of the United States Trustee*

Copies to:

All parties registered to receive service through the Court's CM/ECF system

And

Enovational Corp.
1427 Rhode Island Avenue, NW, PH 2
Washington, DC 20005

2

CORE/3518993.0015/193254293.1