The order below is hereby signed.

Signed: November 19 2024

/s/ Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
In re:                              )
                                    )    Case No. 22-00055-ELG
Enovational Corp.,                  )    Chapter 11 (Sub V)
                                    )
                                    )
            Debtor.                 )
_____)

**ORDER GRANTING TRUSTEE'S FOURTH INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES TO SUBCHAPTER V TRUSTEE FROM OCTOBER 1, 2023 THROUGH SEPTEMBER 30, 2024**

This case came before the Court on the application ("Application") for compensation of Marc E. Albert ("Trustee"), Chapter 11 Subchapter V trustee for the bankruptcy estate of Enovational Corp. The Application seeks compensation for the period from October 1, 2023 through September 30, 2024. This is the fourth interim application by the Trustee. In the Application, compensation sought for fees totals $12,825.00 and compensation for expenses totals $356.08.

Upon consideration of the Application and any opposition filed thereto, if any, it is hereby:

CORE/3518993.0015/193254293.1

**ORDERED, ADJUDGED AND DECREED**, that the Application be, and the same hereby is, **GRANTED IN ITS ENTIRETY;** and it is

**FURTHER ORDERED,** that the interim compensation of the Trustee is hereby approved in the following amounts: **Fees – $12,285.00**, and **Expenses - $356.08**; and it is

**FURTHER ORDERED,** that the Trustee is authorized to pay from the funds the Trustee is presently holding the interim fees and expenses awarded herein pursuant to the terms of the debtor's confirmed Chapter 11 Plan.

**WE ASK FOR THIS:**

/s/Marc E. Albert
Marc. E. Albert, No. 345181
Stinson LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, D.C. 20006
Tel:  (202) 728-3023
Fax:  (202) 572-9943
marc.albert@stinson.com
*Subchapter V Trustee*

**AGREED:**

/s/ Kristen S. Eustis
Kristen S. Eustis, DC Bar No. MD28984
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314
Tel: (703) 557-7227
kristen.s.eustis@usdoj.gov
*Counsel for the Office of the United States Trustee*

Copies to:

All parties registered to receive service through the Court's CM/ECF system

And

Enovational Corp.
1427 Rhode Island Avenue, NW, PH 2
Washington, DC 20005

2

CORE/3518993.0015/193254293.1

United States Bankruptcy Court

District of Columbia

In re:  Case No. 22-00055-ELG
Enovational Corp.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2
Date Rcvd: Nov 20, 2024      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Enovational Corp., 1427 Rhode Island Avenue, NW, PH 2, Washington, DC 20005-5532 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arthur P. Lander | on behalf of Accountant Arthur Lander CPA PC law@businesslegalservicesinc.com |
| David Simson Musgrave | on behalf of Defendant State of Maryland dmusgrave@gfrlaw.com jojones@gfrlaw.com |
| David Simson Musgrave | on behalf of Interested Party State of Maryland dmusgrave@gfrlaw.com jojones@gfrlaw.com |
| Douglas Michael Foley | on behalf of Creditor Wells Fargo Bank  N.A. dmfoley@kaufcan.com |
| J. David Folds | on behalf of Creditor Dynamic Hive dfolds@bakerdonelson.com lcarpenter@bakerdonelson.com |
| Jill Diane Caravaggio | on behalf of Creditor United Electric Supply Co.  Inc. jill@jill-lawoffice.net, paralegal@jill-lawoffice.net |

Justin Philip Fasano
: on behalf of Creditor Vlad Enache jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Kristen S. Eustis
: on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

Marc E. Albert
: marc.albert@stinson.com porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com

Marc E. Albert
: on behalf of Trustee Marc E. Albert marc.albert@stinson.com
porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com

Marc Elliott Albert
: on behalf of Trustee Marc E. Albert malbert@stinson.com
Porsche.barnes@stinson.com;marc.albert@stinson.com;Joshua.cox@stinson.com

Maurice Belmont VerStandig
: on behalf of Debtor In Possession Enovational Corp. mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
: on behalf of Plaintiff Enovational Corp. mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael J Klima
: on behalf of Creditor BMW Financial Services NA, LLC jklima@kpdlawgroup.com

Michael T. Freeman
: on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov

Paul Michael Schrader
: on behalf of Creditor ADI Construction of Virginia LLC pms@cwattorney.com

Rizwan Ahmad Qureshi
: on behalf of Interested Party Ernst & Young U.S. LLP rqureshi@reedsmith.com, APille@ReedSmith.com

Seamus Curley
: on behalf of Creditor TMG 1400 L Street L.L.C. scurley@stroock.com,
holsen@stroock.com;smillman@stroock.com;wlancaster@stroock.com;lrarrick@stroock.com

Seth Adam Robbins
: on behalf of Creditor C.M.P. Metals Inc. d/b/a Phoenix Metals srobbins@robbins-lawgroup.com

Sherry J. Millman
: on behalf of Creditor TMG 1400 L Street L.L.C. sherry.millman@hoganlovells.com, sherry-millman-9484@ecf.pacerpro.com

Stephanie J. Bentley
: on behalf of Creditor Wells Fargo Bank N.A. sbentley@mcguirewoods.com

U. S. Trustee for Region Four
: USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 22