The order below is hereby signed.

Signed: November 27 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 22-55-ELG |
| | ) | (Chapter 11) |
| ENOVATIONAL CORP. | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING MOTION TO**
**AMEND CONFIRMED PLAN OF REORGANIZATION**

Upon consideration of the Motion to Amend Confirmed Plan of Reorganization (the "Motion," as found at DE #344), the lack of opposition thereto, the arguments set forth therein, and the arguments made at a hearing thereupon, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and, hereby is, GRANTED; and it is further

ORDERED, that the plan of reorganization (the "Plan," as found at DE #168) confirmed on October 12, 2022 be, and hereby is, AMENDED such that the number "2024" in Sections 10.01, 10.03, and 10.04 thereof is STRICKEN and the REPLACED with the number "2025."

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*