# EXHIBIT A

**STINSON**

1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
1.800.846.1201

April 30, 2025

Albert, Marc E., Chapter 11 Subchapter V Trustee
1775 Pennsylvania Ave NW, Suite 800
Washington, DC 20006

Invoice No: 43631596
Marc Albert

Re:     Enovational Corp
        File No:  3518993.0015

## Invoice Summary

Professional services and disbursements rendered through April 29, 2025

| | |
|---|---:|
| Current Professional Services | $7,950.00 |
| Current Disbursements | $220.78 |
| **Total Current Invoice** | **$8,170.78** |

Payment Terms: Net 30
Tax ID #44-0643135

**Stinson LLP** **Invoice Detail**

File No. 3518993.0015 Page 2

Invoice No: 43631596

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Marc Albert | Partner | 750.00 | 10.60 | 7,950.00 |
| **Current Professional Services** | | | **10.60** | **$7,950.00** |

## Professional Services

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/01/24 | Marc Albert | Email to Mr. VerStandig regarding modifying plan and review fee application of accountant and email Lander and Debtor regarding the same. | 0.40 | 300.00 |
| 10/04/24 | Marc Albert | Telephone conference with Mr. VerStandig regarding Motion to Extend. | 0.20 | 150.00 |
| 10/14/24 | Marc Albert | Teleconference with Mr. VerStandig regarding motion to extend deadlines and modify plan and email exchange with Landlord counsel regarding update. | 0.30 | 225.00 |
| 10/14/24 | Marc Albert | Teleconference with Mr. VerStandig regarding motion to extend deadlines and modify plan, and email exchange with Landlord counsel regarding update. | 0.30 | 225.00 |
| 10/15/24 | Marc Albert | Review Motion to Amend. | 0.50 | 375.00 |
| 10/20/24 | Marc Albert | Prepare fourth interim fee application. | 0.30 | 225.00 |
| 11/08/24 | Marc Albert | Telephone conference with Mr. VerStandig regarding payment of lender's claim. | 0.20 | 150.00 |
| 11/13/24 | Marc Albert | Email from Ms. Millman regarding order and respond concerning same. | 0.20 | 150.00 |
| 11/19/24 | Marc Albert | Email from Ms. Millman regarding proposed order and respond. | 0.10 | 75.00 |
| 12/10/24 | Marc Albert | Review email from Ms. Millman (.2); respond to email (.2); telephone conference with Mr. VerStandig regarding email (.2). | 0.60 | 450.00 |
| 01/28/25 | Marc Albert | Email from Landlord Counsel and reply and forward to Debtor Counsel (.2); email Landlord Counsel regarding talking further | 0.40 | 300.00 |

**Stinson LLP**   **Invoice Detail**

File No. 3518993.0015   Page 3
Invoice No: 43631596

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | about issue (.2). | | |
| 01/29/25 | Marc Albert | Review emails from landlord's counsel and Mr. VerStandig regarding meeting. | 0.20 | 150.00 |
| 02/03/25 | Marc Albert | Telephone conference with Mr. VerStandig regarding meeting with Ms. Millman. | 0.10 | 75.00 |
| 02/04/25 | Marc Albert | Teleconference Mr. VerStandig and Ms. Millman regarding status. | 0.20 | 150.00 |
| 02/11/25 | Marc Albert | Review query from U.S. Trustee and respond. | 0.10 | 75.00 |
| 02/19/25 | Marc Albert | Email exchange regarding meeting with Ms. Millman and Mr. VerStandig regarding proceeding on litigation. | 0.20 | 150.00 |
| 02/21/25 | Marc Albert | Telephone conference with Mr. VerStandig and Ms. Millman regarding status of case (.3); telephone conference with Mr. VerStandig regarding same (.2). | 0.50 | 375.00 |
| 03/06/25 | Marc Albert | Telephone conference with Mr. VerStandig regarding status of litigation. | 0.20 | 150.00 |
| 03/19/25 | Marc Albert | Email exchange with creditor representative and Trustee regarding payment. | 0.10 | 75.00 |
| 04/03/25 | Marc Albert | Review motion to supplement and response and reply. | 1.40 | 1,050.00 |
| 04/16/25 | Marc Albert | Hearing on motion to supplement. | 2.50 | 1,875.00 |
| 04/17/25 | Marc Albert | Telephone conference with Mr. VerStandig regarding hearing on Motion to Supplement Record regarding Summary Judgment and Sums Held in Trust (0.3); email Ms. Millman regarding meeting with Mr. VerStandig (0.1). | 0.40 | 300.00 |
| 04/21/25 | Marc Albert | Meet with Ms. Millman and Mr. VerStandig regarding status of litigation. | 0.50 | 375.00 |
| 04/23/25 | Marc Albert | Work on Fee Application. | 0.40 | 300.00 |
| 04/29/25 | Marc Albert | Work on Fee Application. | 0.30 | 225.00 |
| **Current Professional Services** | | | **10.60** | **$7,950.00** |

**Stinson LLP**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Invoice Detail**

File No. 3518993.0015　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 4
Invoice No: 43631596

| | **Disbursements** | |
|---|---|---|
| Date | Description | Amount |
| | Postage | 148.35 |
| 11/20/24 | Ship Date: 11/20/2024 Inv: # 869161060 Tracking No: 282060928980 To: Marc Albert 11 Island Ave APT 602 Miami Beach, FL 33139 From: Porsche Barnes Stinson LLP 1775 Pennsylvania Ave NW Washington, DC 20006 | 48.26 |
| 11/21/24 | Ship Date: 11/21/2024 Inv: # 869909861 Tracking No: 796997229810 To: Porsche Barnes Stinson LLP 1775 Pennsylvania Ave NW Washington, DC 20006 From: Marc Albert 11 Island Ave APT 602 Miami Beach, FL 33139 | 24.17 |

**Total Disbursements**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**$220.78**