Marc. E. Albert, No. 345181
Stinson LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, D.C. 20006
Tel: (202) 728-3023
Fax: (202) 572-9943
marc.albert@stinson.com
*Subchapter V Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: )<br>)<br>Enovational Corp., )<br>)<br>)<br>Debtor. )<br>) | Case No. 22-00055-ELG<br>Chapter 11 (Sub V) |

**NOTICE OF OPPORTUNITY TO OBJECT TO TRUSTEE'S FIFTH INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES TO SUBCHAPTER V TRUSTEE FOR THE PERIOD FROM OCTOBER 1, 2024 THROUGH April 29, 2025**

**PLEASE TAKE NOTICE** that the Chapter 11 Subchapter V Trustee, Marc E. Albert, has filed an Application for Compensation. The Application seeks fees for the Trustee of **$7,950.00** and expenses of **$220.78**. This is the fifth interim application for compensation of the Trustee and covers the period from October 1, 2024 through April 29, 2025.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to approve the fees sought by the Trustee in the Application, or if you want the Court to consider your views on the matter, then on or before **May 22, 2025**, you or your attorney must:

File with the Court a written objection or other response to the Application stating with particularity the grounds with which you base your objection or otherwise explaining you position, at:

Clerk, U.S. Bankruptcy Court
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

CORE/3518993.0015/198736737.1

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy of your objection to:
    Marc E. Albert, Trustee
    Stinson LLP
    1775 Pennsylvania Ave, NW, Suite 800
    Washington, D.C. 20006

If you or your attorney do not take these steps, the court may decide that you do not oppose the approval of the fees sought in the Application by the Trustee and may enter an order approving the fees and expenses sought therein to be paid by the bankruptcy estate.

Parties in interest with questions may contact the undersigned.

Dated: May 1, 2025　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/Marc E. Albert
　　　　　　　　　　　　　　　　　　　　Marc. E. Albert, No. 345181
　　　　　　　　　　　　　　　　　　　　Stinson LLP
　　　　　　　　　　　　　　　　　　　　1775 Pennsylvania Ave., N.W., Suite 800
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　　　Tel: (202) 728-3023
　　　　　　　　　　　　　　　　　　　　Fax: (202) 572-9943
　　　　　　　　　　　　　　　　　　　　marc.albert@stinson.com
　　　　　　　　　　　　　　　　　　　　*Subchapter V Trustee*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served by first class mail, postage prepaid, upon all parties in interest entitled to notice under applicable Federal Rules of Bankruptcy Procedure.

Dated: May 1, 2025　　　　　　　　　　　/s/ Marc E. Albert
　　　　　　　　　　　　　　　　　　　　Marc E. Albert

CORE/3518993.0015/198736737.1