# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>ENOVATIONAL CORP.<br>Debtor(s). | Case No. BK-22-00055 ELG<br>Chapter 11 (Sub V) |

## NOTICE OF RESIGNATION AS TRUSTEE

I, Marc E. Albert, Trustee of the Estate of the above-named Debtor, effective immediately resign from said case.

/s/ Marc E Albert
Marc E. Albert
CHAPTER 7 TRUSTEE
Bar No. 345181
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
(202)-785-9100