**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | |
| **Enovational Corp.,** | **Case No. 22-00055-ELG** |
| **Debtor.** | **Chapter 11 – Subchapter V** |

### NOTICE OF APPOINTMENT OF SUCCESSOR SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), Matthew W. Cheney, the Acting United States Trustee for Region 4, has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

> Angela L. Shortall
> 3Cubed Advisory Services, LLC
> 348 Thompson Creek Mall, Suite 339
> Stevensville, MD 21666
> Phone: (410) 200-3465
> ashortall@3cubed-as.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation are attached to this notice. Ms. Shortall replaces the immediately preceding Subchapter V trustee, Marc E. Albert.

June 4, 2025                                  MATTHEW W. CHENEY
                                              ACTING U.S. TRUSTEE, REGION 4

                                              By:  */s/ Kristen S. Eustis*
                                              Kristen S. Eustis, Trial Attorney
                                              Federal Bar No. MD28984
                                              Office of the United States Trustee
                                              1725 Duke St., Suite 650
                                              Alexandria, VA 22314
                                              (703) 557-7227- Direct Dial
                                              Kristen.S.Eustis@usdoj.gov

## Certificate of Service

I hereby certify that on June 4, 2025, I electronically filed the foregoing Notice of Appointment of Successor Subchapter V Trustee with the Clerk of the Court and transmitted a true and correct copy of said documents electronically through the electronic case filing system to the following:

Marc Elliott Albert malbert@stinson.com, Porsche.barnes@stinson.com; marc.albert@stinson.com;Joshua.cox@stinson.com

Stephanie J. Bentley sbentley@mcguirewoods.com

Jill Diane Caravaggio jill@jill-lawoffice.net, paralegal@jill-lawoffice.net

Seamus Curley scurley@stroock.com, holsen@stroock.com; smillman@stroock.com;wlancaster@stroock.com;lrarrick@stroock.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Justin Philip Fasano jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

John David Folds dfolds@bakerdonelson.com, lcarpenter@bakerdonelson.com

Douglas Michael Foley douglas.foley@kaufcan.com

Michael T. Freeman michael.t.freeman@usdoj.gov, robert.w.ours@usdoj.gov

Michael J Klima, Jr jklima@kpdlawgroup.com

Arthur P. Lander law@businesslegalservicesinc.com

Sherry J. Millman sherry.millman@hoganlovells.com, sherry-millman-9484@ecf.pacerpro.com

David Simson Musgrave dmusgrave@gfrlaw.com, jojones@gfrlaw.com

Rizwan Ahmad Qureshi rqureshi@reedsmith.com, APille@ReedSmith.com

Seth Adam Robbins srobbins@robbins-lawgroup.com

Paul Michael Schrader pms@cwattorney.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Robert W. Ours
Robert W. Ours
Paralegal Specialist