# The VerStandig Law Firm, LLC                                    INVOICE

9812 Falls Road, #114-160                                        Invoice # 11030
Potomac, MD 20854                                                Date: 06/16/2025
                                                                 Due On: 07/16/2025

Enovational Corp.

## 00166-Enovational Corp.

## Business Operations

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 07/12/2024 | Appear at status conference in DC Superior Court (remotely) for Penn v. Enovational; E-mail to V. Enache updating as to result of status conference (continuance to January 2025) | 0.10 | $400.00 | $40.00 |
| Service | 01/17/2025 | Attend DC Superior status conference on Penn matter | 0.30 | $400.00 | $120.00 |
| | | | | Subtotal | $160.00 |

## 00181-Enovational Corp.

## Case Administration

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 05/29/2025 | Call with M. Albert re potential resignation as trustee commensurate with retirement | 0.10 | $400.00 | $40.00 |
| Service | 06/04/2025 | Call with A. Shortall re case background and open matters, including review of pending litigation and overview of stakeholders | 0.90 | $400.00 | $360.00 |
| | | | | Subtotal | $400.00 |

## 00345-Enovational Corp.

## Plan and Disclosure Statement

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 10/14/2024 | Review governing statutory section and plan | 0.60 | $400.00 | $240.00 |

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | | provisions; Simultaneously draft motion to amend plan of reorganization to change vesting date of certain assets and extend tenure of Subchapter V trustee | | | |
| Service | 11/06/2024 | Attend hearing on motion to amend confirmed plan and argue same | 0.10 | $400.00 | $40.00 |
| | | | | **Subtotal** | **$280.00** |

## 00316-Enovational Corp.

## Maryland Adversary Proceeding

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 12/11/2023 | Detailed e-mail to V. Enache re discovery deadlines, question of whether an expert is needed, and status of A. Penn lawsuit | 0.30 | $400.00 | $120.00 |
| Service | 06/06/2024 | Review e-mail from court re cancellation of hearing; E-mail to V. Enache re same | 0.10 | $400.00 | $40.00 |
| Service | 08/06/2024 | Call with S. Millman re progress in adversary, potential need to amend plan and temporal considerations related to same, and impact of case duration on landlord | 0.20 | $400.00 | $80.00 |
| Service | 08/09/2024 | Meeting with mediator and opposing counsel re brief submissions, scheduling of mediation sessions, and confidential cover letters | 0.30 | $400.00 | $120.00 |
| Service | 09/12/2024 | Call with V. Enache re mediation strategy | 0.40 | $400.00 | $160.00 |
| Service | 09/12/2024 | Draft mediation memorandum | 1.00 | $400.00 | $400.00 |
| Service | 09/16/2024 | Review, revise and send mediation memorandum | 0.20 | $400.00 | $80.00 |
| Service | 10/02/2024 | Review mediation memorandum of Maryland and draft response thereto | 2.50 | $400.00 | $1,000.00 |
| Service | 10/21/2024 | Review mediation memoranda, document production, complaint, and summary judgment motion to prepare for mediation | 1.10 | $400.00 | $440.00 |
| Service | 10/22/2024 | Attend first day of mediation (no charge for time when Judge Harner was meeting separately with Maryland, as time was spent working on unrelated matters) | 3.30 | $400.00 | $1,320.00 |
| Service | 10/22/2024 | Call with V. Enache after first day of mediation to discuss settlement ranges and strategy | 0.20 | $400.00 | $80.00 |
| Service | 10/25/2024 | Call with V. Enache to review each invoice and | 1.20 | $400.00 | $480.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | formulate proposed discount ranges for mediation purposes | | | |
| Service | 10/30/2024 | Call with D. Musgrave re state's desire to continue mediation a month for various internal reasons | 0.30 | $400.00 | $120.00 |
| Service | 10/30/2024 | Review emails with Judge Harner re continuing mediation and respond to same; Email to V. Enache re same | 0.10 | $400.00 | $40.00 |
| Service | 11/22/2024 | Call with D. Musgrave re scheduling issues and Maryland's election to withdraw from mediation | 0.10 | $400.00 | $40.00 |
| Service | 11/22/2024 | E-mail to V. Enache re mediation scheduling and call with D. Musgrave re intent of Maryland to cease mediating | 0.10 | $400.00 | $40.00 |
| Service | 11/26/2024 | Call with V. Enache re Maryland unilaterally withdrawing from mediation and next steps | 0.30 | $400.00 | $120.00 |
| Service | 11/27/2024 | Review e-mail from Harner, J. attaching draft certificate of conclusion of mediation and respond to same e-mail | 0.10 | $400.00 | $40.00 |
| Service | 11/27/2024 | Review mediation order and draft notice of reservation of rights to seek sanctions against Maryland for failing to mediate in good faith | 0.40 | $400.00 | $160.00 |
| Service | 02/03/2025 | Call with V. Enache re case status | 0.30 | $400.00 | $120.00 |
| Service | 02/19/2025 | Review e-mails from S. Millman and M. Albert re pending summary judgment motion | 0.10 | $400.00 | $40.00 |
| Service | 03/25/2025 | Adversary Proceeding: Review motion to supplement summary judgment briefing and research/draft opposition thereto, including review of pertinent case law and location of cited minute order in district court litigation, alongside review of district court docket in cited litigation (1.9); Call with client re same (.2); Review and revise brief, filing same (.6) | 2.70 | $400.00 | $1,080.00 |
| Service | 04/15/2025 | Review briefing, notes and case law in preparation for hearing on Maryland's motion to permit additional summary judgment affidavits | 1.30 | $400.00 | $520.00 |
| Service | 04/16/2025 | Attend hearing on Maryland's motion to submit supplemental summary judgment briefing; Argue same; Wait for case to be called (waiting time computed from end of prior hearing on same docket in which counsel appeared on behalf of an unrelated client) | 2.40 | $400.00 | $960.00 |
| | | | | **Subtotal** | **$7,600.00** |
| | | | | **Total** | **$8,440.00** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 11030 | 07/16/2025 | $8,440.00 | $0.00 | $8,440.00 |
| | | | **Outstanding Balance** | **$8,440.00** |
| | | | **Total Amount Outstanding** | **$8,440.00** |

Please make all amounts payable to: The VerStandig Law Firm, LLC

Please pay within 30 days.