Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for Enovational Corp.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 22-55-ELG |
| | ) | (Chapter 11) |
| ENOVATIONAL CORP. | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF DEADLINE TO FILE AND SERVE
OPPOSITION TO SIXTH INTERIM APPLICATION OF THE
BELMONT FIRM FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AND OF HEARING THEREUPON**

NOTICE IS HEREBY GIVEN that Maurice B. VerStandig and the Belmont Firm have applied for approval of $8,440.00 in attorneys' fees and $0.00 in expenses, to be paid in the form of an allowed administrative expense claim.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Motion or if you would like the Court to consider your views, then ON OR BEFORE JULY 2, 2025, you must file and serve a written objection to the application. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the application has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for July 9, 2025 at 10:00 AM. The hearing will be held via Zoom video conferencing. For meeting code, contact Gunn_Hearings@dcb.uscourts.gov.

                            Respectfully submitted,

Dated: June 16, 2025      By:    /s/ Maurice B. VerStandig
                                        Maurice B. VerStandig, Esq.
                                        Bar No. MD18071
                                        The Belmont Firm
                                        1050 Connecticut Avenue, NW, Suite 500
                                        Washington, DC 20036
                                        Phone: (202) 991-1101
                                        mac@dcbankruptcy.com
                                        *Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of June, 2025, a copy of the foregoing was served electronically upon filing via the ECF system and by US Mail, postage prepaid, on all parties on the attached mailing matrix.

                                          /s/ Maurice B. VerStandig
                                          Maurice B. VerStandig