```
Label Matrix for local noticing              ADI Construction of Virginia, LLC           Arthur Lander CPA PC
0090-1                                       5407-A Port Royal Road                      300 N. Washington St.
Case 22-00055-ELG                            Springfield, VA 22151-2313                  Suite 104
United States Bankruptcy Court for the Distri                                            Alexandria, VA 22314-2530
Washington, D.C.
Mon Jun 16 06:19:51 EDT 2025

BMW Financial Services                       BMW Financial Services NA, LLC, c/o AIS Port BMW Financial Services, NA, LLC
1400 City View Drive                         4515 N Santa Fe Ave. Dept. APS              Klima, Peters & Daly, PA
Columbus, OH 43215-1495                      Oklahoma City, OK 73118-7901                8028 Ritchie Hwy #300
                                                                                         Pasaena, MD 21122-1360


C.M.P. Metals, Inc. d/b/a Phoenix Metals     Enovational Corp.                           Ernst & Young U.S., LLP
1920 Portal Street                           1427 Rhode Island Avenue, NW                c/o Reed Smith LLP
Baltimore, MD 21224-6513                     PH 2                                        10 S. Wacker Drive
                                             Washington, DC 20005-5532                   40th Floor
                                                                                         Attn: Ann E. Pille
                                                                                         Chicago, IL 60606-7506


State of Maryland                            U. S. Trustee for Region Four               United Electric Supply Co., Inc.
Office of the Attorney General               U. S. Trustee's Office                      c/o Jill D. Caravaggio, Esq.
200 St. Paul Place                           1725 Duke Street                            11116 Innsbrook Way
Baltimore, MD 21202-5994                     Suite 650                                   Suite B
                                             Alexandria, VA 22314-3489                   Ijamsville, MD 21754-9058


Wells Fargo Bank, N.A.                       Washington, D.C.                            Adam Levin
301 South Tryon Street, Suite 1615           E. Barrett Prettyman U. S. Courthouse       8514 Rayburn Rd
Charlotte, NC 28282-1923                     333 Constitution Ave, NW #1225              Bethesda, MD 20817-3828
                                             Washington, DC 20001-2802


Advanced Network Consulting                  Advanced Network Consulting                 Advanced Network Consulting, Inc.
1200 G Street, N.W.                          c/o Incorp Services, Inc.                   c/o Berenzweig Leonard, LLP
Suite 806                                    1100 H Street, N.W.                         8300 Greensboro Drive; Suite 1250
Washington, DC 20005-3814                    Suite 840                                   McLean, Virginia 22102-3618
                                             Washington, DC 20005-5969


Alliantgroup LP                              Alliantgroup, LP                            Alyah Gilberry
3009 Post Oak Blvd                           c/o John T. Simpson                         2727 S Quincy St #505
Suite 2000                                   3009 Post Oak Boulevard                     Arlington, VA 22206-2356
Houston, TX 77056-6599                       Suite 2000
                                             Houston, TX 77056-6599


Amina Salad                                  Amina Salad                                 Anthony J Lizza
1600 S Joyce St                              6143 Leesburg Pike                          7810 Boston Avenue
Apt. 1713                                    Falls Church, VA 22041-2183                 Silver Spring, MD 20910-4901
Arlington, VA 22202-5134


Anthony Watkis                               Anthony Watkis                              BMW Financial Services
5501 Big Huntingdon Lane                     c/o Nalex Technology Solutions              Attn: Britton Parkway
Brandywine, MD 20613-7789                    5501 Big Huntingdon Lane                    5550 Britton Parkway
                                             Brandywine, MD 20613-7789                   Hilliard, OH 43026-7456


BMW Financial Services NA, LLC               Babysiva Karpuram                           Baumann Consulting, Inc.
AIS Portfolio Services, LP                   7040 Joann khan Dr                          1424 K Street, NW
4515 N Santa Fe Ave. Dept. APS               Elkridge, MD 21075-7256                     Suit 500
Oklahoma City, OK 73118-7901                                                             Washington, DC 20005-2410
```

| | | |
|---|---|---|
| Bryon O. Elwell Jr.<br>6024 Morgan CT<br>Alexandria, VA 22312-5513 | C T Corporation System<br>c/o Anusha Putty<br>1015 15th Street, NW<br>Suite 1000<br>Washington, DC 20005-2621 | C.M.P Metals, Inc. c/o Robbins Law Group, PL<br>1100 N Glebe Road Suite 1010<br>Arlington, VA 22201-5786 |
| CST Group<br>10740 Parkridge Blvd.<br>Fifth Floor<br>Reston, VA 20191-4424 | CST Group, CPAs<br>c/o Joe Romagnoli<br>10740 Parkridge Blvd., Suite 500<br>Reston, VA 20191-4424 | Calder n Seguin PLC<br>2751 Prosperity Avenue<br>Suite 500<br>Fairfax, VA 22031-4397 |
| Carahsoft Technology Corp.<br>11493 Sunset Hills Road<br>Suite 100<br>Reston, VA 20190-5509 | Carma Khatib<br>1023 Glyndon St SE<br>Vienna, VA 22180-5922 | Carma Khatib<br>8321 Electric Ave<br>Vienna, VA 22182-5105 |
| Caroline Aposporos<br>18911 Impulse Ln<br>Gaithersburg, MD 20879-1795 | Casey Paul<br>5407 Moorland Ln<br>Bethesda, MD 20814-1335 | Chase Bank<br>Attn: Bankruptcy<br>P.O Box 15298<br>Wilmington, DE 19850-5298 |
| Chenxi Xu<br>1221 S Eads St Apt 304<br>Arlington, VA 22202-4717 | Chum Chancharadeth<br>2702 Silverdale Drive<br>Silver Spring, MD 20906-5321 | Citibank<br>Citicorp Srvs/Centralized Bk Dept<br>Po Box 790034<br>St. Louis, MO 63179-0034 |
| Citibank CBO Services<br>PO Box 769018<br>San Antonio, TX 78245-9018 | Clinton & Peed<br>1775 Eye Street NW<br>Suite 1150<br>Washington, DC 20006-2435 | Comptroller of Maryland<br>Revenue Administration Division<br>PO Box 549<br>Annapolis, MD 21404-0549 |
| District Advisory, LLC<br>1200 18th Street, NW<br>Suite 700<br>Washington, DC 20036-2531 | District Advisory, LLC<br>c/o Joe Romagnoli<br>10740 Parkridge Blvd., Suite 500<br>Reston, VA 20191-4424 | District Advisory, LLC<br>c/o Smolen & Plevy P.C.<br>1629 K Street, NW<br>Suite 300<br>Washington, DC 20006-1631 |
| District of Columbia<br>Office of Tax and Revenue<br>1101 4th Street, SW, Suite 270 West<br>Washington, DC 20024-4457 | District of Columbia Department of Emplo<br>Office of Unemployment Compensation<br>Tax Division<br>4058 Minnesota Avenue, NE<br>Washington, DC 20019-3540 | Douglas M. Foley c/o McGuireWoods LLP<br>888 16th Street N.W.<br>Washington, DC 20006-4103 |
| Dylan Cooper<br>1954 Columbia RD NW<br>Washington, DC 20009-5078 | Employment Development Department<br>Bankruptcy Group MIC 92E<br>P O Box 826880<br>Sacramento, CA 94280-0001 | Evgueni Gavrilov<br>35 Quincy Pl NW # 2<br>Washington, DC 20001-1192 |
| FTI Consulting LLC<br>16701 Melford Boulevard<br>Suite 200<br>Bowie, MD 20715-4418 | FTI Consulting LLC<br>c/o The Corporation Trust, Incorporated<br>2405 York Road<br>Suite 201<br>Lutherville Timonium, MD 21093-2252 | FTI Consulting, Inc.<br>c/o Nolan E. Shanahan, Esq.<br>Cole Schotz P.C.<br>1325 Avenue of the Americas, 19th Fl<br>New York, New York 10019-6066 |

```
Fullerton & Knowles, P.C.,              George Reyes                             Go 360 Cloud
Attn: Paul Schrader                     13149 Penndale Ln                        H No - 10-6-46/1/1, Brundavan Colony,Lin
12642 Chapel Rd.                        Fairfax, VA 22033-3027                   K V Ranga Reddy,Ranga Reddy Hyderabad
Clifton, VA 20124-1953                                                           Telangana 500079 India


Go 360 Cloud Private Limited            HCL GLOBAL SYSTEMS INC                   Hannah Read
H No - 10-6-46/1/1, Brundavan Colony,Lin 24543 Indoplex Circle,Suite 220          3460 14th St. NW Apt. 119
K V Ranga Reddy,Ranga Reddy Hyderabad   Farmington, MI 48335-2529                Washington, DC 20010-3496
Telangana 500079 India


Hoang Trinh - c/o Berenzweig Leonard LLP Iman Jawad                              (p)INTERNAL REVENUE SERVICE
8300 Greensboro Dr, Suite 1250          1010 25th St. NW Apt 302                 CENTRALIZED INSOLVENCY OPERATIONS
McLean, VA 22102-3618                   Washington, DC 20037-1624                PO BOX 7346
                                                                                 PHILADELPHIA PA 19101-7346


Internal Revenue Service                International Motorcars, Inc.            JPMorgan Chase Bank, N.A.
PO Box 7346                             d/b/a Passport BMW                       s/b/m/t Chase Bank USA, N.A.
Philadelphia, PA 19101-7346             5050 Auth Way                            PO BOX 15368
                                        Suitland, MD 20746-4205                  Wilmington, DE 19850-5368


JPMorgan Chase Bank, N.A.               JPMorgan Chase Bank, N.A.                Jack Stone Signs
s/b/m/t Chase Bank USA, N.A.            s/b/m/t Chase Bank USA, N.A.             3131 Pennsy Drive
c/o Robertson, Anschutz & Schneid, P.L. c/o Robertson, Anschutz, Schneid,        Hyattsville, MD 20785-1523
6409 Congress Avenue, Suite 100         Crane & Partners, PLLC
Boca Raton, FL 33487-2853               6409 Congress Avenue, Suite 100
                                        Boca Raton, FL 33487-2853


Jacob Alexander Hall                    Jeanette Griffin c/o Wells Fargo Bank, N.A Jesse Berman
Cubby Alexander Hall                    101 Independence Mall East,              28 K St SE 829
4021 9th St NW Apt 304                  3rd Floor MAC Y1372-03G                  Washington, DC 20003-3281
Washington, DC 20011-5853               Philadelphia, PA 19106


Jesser Berman                           Joel Benjamin Thomas                     Joel Thomas
1150 4th St SW                          1616 Gardiner Lane #207                  204 Claremont Ave
#723                                    Louisville, KY 40205-2753                Apt. 3
Washington, DC 20024-4490                                                        Louisville, KY 40206-2781


John Anderson                           Joseph Tucker de St. Aubin               Julian Valle Garcia
1221 Van Street SE Apt #901             3636 16th St NW Apt B544                 311 East 61st St
Washington, DC 20003-4655               Washington, DC 20010-1178                #7
                                                                                 New York, NY 10065-8219


Julian Valle Garcia                     Julio Tamariz                            Kristine Marie R. Garcia
311 East 61st St                        7086 Leewood Forest Dr                   1201 S Eads St. Apt. 1708
New York, NY 10065-8220                 Springfield, VA 22151-3924               Arlington, VA 22202-2845


Kyle Shutt                              Kyle Warren Shutt                        Lauren Egan
1204 S WASHINGTON ST                    1204 S Washington St, Apt 315            19310 Diamond Lake Drive
Apt. 315                                Alexandria, VA 22314-4449                Leesburg, VA 20176-6510
Alexandria, VA 22314-4449
```

| | | |
|---|---|---|
| Leonor Alfonso<br>16014 Indus Drive<br>Woodbridge, VA 22191-4336 | Mark DeVito<br>4850 Connecticut Ave NW 808<br>Washington, DC 20008-5907 | Mass Dept of Revenue<br>Attn: Bankruptcy Unit<br>P.O. Box 7090<br>Boston, MA 02204-7090 |
| Matthew Gross<br>1507 W Bryn Mawr Ave Apt 2R<br>Chicago, IL 60660-5405 | Matthew Gross<br>1738 N Albany Ave<br>Apartment 2<br>Lake Zurich, IL 60047 | Max Hall<br>8 Lasalle Road<br>Montclair, NJ 07043-2624 |
| McNamee Hosea PA, attn: Justin Fusano<br>6411 Ivy Lane Suitee 200<br>Greenbelt, MD 20770-1405 | Michael Diaz<br>4400 East West Highway, Apt 727<br>Bethesda, MD 20814-4551 | Mitchell Romano<br>480 Rea St<br>North Andover, MA 01845-4828 |
| Molly Hernandez<br>5958 Gunbarrel Ave<br>Apt. C<br>Boulder, CO 80301-5336 | My Guys Moving & Storage, Inc.<br>Commercial Division<br>45180 Global Plaze<br>#125<br>Sterling, VA 20166 | Nalex Technology Solutions<br>9406 Piaffe Circle<br>Upper Marlboro, MD 20772-4679 |
| Namely, Inc.<br>195 Broadway<br>15th Floor<br>New York, NY 10007-3136 | National Technology Integrators<br>Unit H<br>14803 Southlawn Lane<br>Rockville, MD 20850-1399 | Navitas Business Consulting, Inc.<br>13454 Sunrise Valley Drive<br>Suite 240<br>Herndon, VA 20171-3278 |
| Nazanin Sobat<br>1591 Ellis St, Apt 212<br>Concord, CA 94520-2753 | Nolan E. Shanahan, Esq.<br>Cole Schotz P.C.<br>1325 Avenue of the Americas, 19th Fl.<br>New York, New York 10019-6066 | Office of Bruce C. Bereano<br>191 Duke of Gloucester Street<br>Annapolis, MD 21401-2519 |
| Oliver Mendelin<br>1510 Clarendon Blvd<br>Apt 1217<br>Arlington, VA 22209-4301 | Oliver Mendelin<br>5110 Bern Place<br>Dulles, VA 20189-5109 | Oluwasinmi Oyetunde<br>110 Tapawingo Rd. SW<br>Vienna, VA 22180-5901 |
| Oluwasinmi Oyetunde<br>125 16th St NE<br>Washington, DC 20002-6511 | Omer Tarik Yaylagul<br>2014 Madrillon Springs Ct<br>Vienna, VA 22182-3763 | Omer Yaylagul<br>2014 Madrillon Springs Ct<br>Vienna, VA 22182-3763 |
| Phillip Headen<br>23 Elmcroft Ct, Apt E405<br>Rockville, MD 20850-5894 | Polka Dot Sky Software<br>8442 Bells Ridge Terrace<br>Rockville, MD 20854-2792 | Polka Dot Sky Software, Inc.<br>c/o Ashish Tonse<br>8442 Bells Ridge Terrace<br>Rockville, MD 20854-2792 |
| Potomac Integration & Consulting, LLC<br>10833 Bird Song Pass<br>Columbia, MD 21044-3694 | Potomac Integration and Consulting, LLC<br>c/o The Corporation Trust Incorporated<br>2405 York Road Suite 201<br>Lutherville Timonium, MD 21093-2252 | Productboard Inc.<br>612 Howard Street<br>4th Floor<br>San Francisco, CA 94105-3905 |

| | | |
|---|---|---|
| River Albo<br>434 E 11th St<br>#3RB<br>New York, NY 10009-4522 | Robbie Auchter<br>14422 North Sloope Street<br>Centreville, va 20120-4149 | Robert Auchter<br>14422 N Slope St<br>Centreville, VA 20120-4149 |
| Saovaluck Lim<br>2124 Sahalea Ter<br>Silver Spring, MD 20905-3900 | Simon Akula<br>11802 Caplinger Road<br>Silver Spring, MD 20904-2757 | Skyler Evans<br>2 Bluegrass Lane<br>Savannah, GA 31405-8137 |
| Smislova, Kehnemui & Associates, PA<br>12435 Park Potomac Avenue<br>Suite 300<br>Potomac, MD 20854-6975 | Somireddy Law Group PLLC<br>20745 Williamsport PL One #390<br>Ashburn, VA 20147-6521 | State of Delaware<br>Attn: Lisa Bond<br>Main Administration Building, 3rd FL<br>1901 N. Du Pont Highway, Main Bldg.<br>New Castle, DE 19720-1100 |
| State of Maryland<br>Department of Health<br>201 W. Preston Street<br>Attn: Feyella Toney, Contract Manager<br>Baltimore, MD 21201-2301 | State of Maryland<br>Department of Information Technology<br>100 Community Place<br>Crownsville, MD 21032-2037 | State of Maryland<br>Medical Cannabis Commission<br>849 International Drive<br>4th Floor<br>Linthicum Heights, MD 21090-2229 |
| State of Maryland<br>c/o David S. Musgrave, Esquire<br>Gordon Feinblatt LLC<br>1001 Fleet Street, Suite 700<br>Baltimore, Maryland 21202-4363 | Svitlana Kushnir<br>61 Pierce Street, NE<br>Apartment 1343<br>Washington, DC 20002-3064 | TETYANA STONE<br>3813 STONE BARN DR<br>FREDERICK, MD 21704-1722 |
| TMG 1400 L Street, L.L.C.<br>3 Bethesda Metro Center<br>Suite 1400<br>Bethesda, MD 20814-6306 | TMG 1400 L Street, L.L.C.<br>c/o Corporation Service Company<br>1090 Vermont Avenue, NW<br>Washington, DC 20005-4905 | The Meridian Group<br>3 Bethesda Metro Center<br>Suite 1400<br>Attn: Wil Machen<br>Bethesda, MD 20814-6306 |
| The Meridian Group Attn: Tilghman Morton<br>3 Bethesda Metro Center, Suite 1400<br>Bethesda, MD 20814-6306 | The Office of Burce C. Bereano<br>191 Duke of Gloucester Street<br>Annapolis, MD 21401-2519 | Thida A. Hassan<br>6703 Hallwood Avenue<br>Falls Church, VA 22046-2337 |
| Timothy Penamon<br>460 L Street NW Apt 435<br>Washington, D.C. 20001-2553 | Vanta<br>369 Hayes St.<br>San Francisco, CA 94102-4420 | Vire Consulting<br>1612 K Street, NW<br>Suite 802<br>Washington, DC 20006-2820 |
| Virginia Unemployment Commission<br>P.O Box 26441<br>Richmond, VA 23261-6441 | Vlad Enache<br>1427 Rhode Island Avenue, NW<br>PH 2<br>Washington, DC 20005-5532 | Wells Fargo Bank, N.A.<br>401 N. Research Pkwy, 1st Floor<br>MAC D4004-017<br>Winston Salem, NC 27101-4157 |
| Wells Fargo Bank, N.A.<br>794 Davis Street, 2nd Floor<br>MAC A0283-023<br>San Leandro, CA 94577-6922 | West Virginia Higher Education Policy Co<br>1018 Kanawha Boulevard, E<br>Charleston, WV 25301-2800 | White and Whitney Consulting, LLC<br>45645 Willowpond Plz<br>Ste 202<br>Sterling, VA 20164-7152 |

| | | |
|---|---|---|
| Wingate Hughes Architects, PLLC<br>1424 K Street NW<br>Suite 300<br>Washington, DC 20005-2412 | Yasmine J. Kuttab<br>1000 6th St SW, Apt 516<br>Washington, DC 20024-2620 | Yulishana<br>316 Bromley Cross Drive<br>San Jose, CA 95119-1817 |
| garten Wellbeing, PBC<br>548 Market St. PMB 60158<br>San Francisco, CA 94104-5401 | Angela Shortall<br>348 Thompson Creek Mall<br>Suite 339<br>Stevensville, MD 21666-2500 | Arthur Lander CPA PC<br>300 N. Washington St. #104<br>Alexandria, VA 22314-2530 |
| Evgueni Gavrilov<br>35 Quincy Place, NW<br>#2<br>Washington, DC 20001-1192 | Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114-160<br>Potomac, MD 20854-3976 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
31 Hopkins Plaza, Rm 1150
Baltimore, MD 21201

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Cadwalader, Wickersham & Taft | (u)Dynamic Hive | (u)TMG 1400 L Street, L.L.C. |
| (d)ADI Construction of Virginia LLC<br>5407-A Port Royal Road<br>Springfield, VA 22151-2313 | (u)Artwoom<br>Selisce 13, 10000 Zagreb,<br>Hrvatska | (d)BMW Financial Services<br>1400 City View Drive<br>Columbus, OH 43215-1495 |
| (d)C.M.P. Metals, Inc. d/b/a Phoenix Metals<br>1920 Portal Street<br>Baltimore, MD 21224-6513 | (u)Go 360 Cloud<br>H NO-10-6-46/1/1 Brundavan Colony<br>Hyderabad, Telengana 500079 | (u)Go360 Cloud Private Limited<br>SY11 Krishe Emerald Kondapur<br>Hyderbad, Telangana 500081 |
| (u)Anthony Watkis | (d)George Reyes<br>13149 Penndale Ln<br>Fairfax, VA 22033-3027 | (u)Vlad Enache |

(u)Yasmine Kuttab

End of Label Matrix
Mailable recipients   157
Bypassed recipients    13
Total                 170