The order below is hereby signed.

Signed: July 15 2025

*Elizabeth L. Gunn*
*U.S. Bankruptcy Judge*



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 22-55-ELG |
| | ) | (Chapter 11) |
| ENOVATIONAL CORP. | ) | |
| | ) | |
| Debtor. | ) | |

### ORDER APPROVING SIXTH INTERIM APPLICATION OF THE BELMONT FIRM FOR THE ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Sixth Interim Application of The Belmont Firm for the Allowance of Compensation and Reimbursement of Expenses (the "Application," as found at DE #357), the lack of objection thereto, arguments proffered at a hearing thereupon, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, the Application be, and hereby is, GRANTED; and it is further

ORDERED, that Maurice B. VerStandig and The Belmont Firm's interim application for fees in the sum of $8,440.00 is APPROVED; and it is further

ORDERED, that The Belmont Firm shall have an allowed administrative expense claim in this case in the amount of $8,440.00 (in addition to its prior allowed administrative claim for fees and expenses previously sought and approved); and it is further

1

ORDERED, that the Subchapter V Trustee shall pay the foregoing allowed administrative expense claim without further order of court.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*