Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for Enovational Corp.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 22-55-ELG |
| | ) | (Chapter 11) |
| ENOVATIONAL CORP. | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF DEADLINE TO FILE AND SERVE OPPOSITION
TO MOTION TO AMEND CONFIRMED PLAN OF REORGANIZATION**

NOTICE IS HEREBY GIVEN that Enovational Corp. has filed a motion to amend the confirmed plan of reorganization in this case, seeking to extend from December 30, 2025, to December 30, 2026, the date by which (i) accounts receivable will vest in the reorganized debtor; (ii) litigation rights against the State of Maryland will vest in the reorganized debtor; and (iii) the services of the Subchapter V trustee will be terminated.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Motion or if you would like the Court to consider your views, then ON OR BEFORE DECEMBER 12, 2025, you must file and serve a written objection to the application. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

1

NOTICE OF HEARING. A hearing on the application has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for December 17, 2025 at 10:00 AM. The hearing will be held in a hybrid format, both in Courtroom 1 at the foregoing address and via Zoom video conferencing. For meeting code, contact Gunn_Hearings@dcb.uscourts.gov.

                          Respectfully submitted,

Dated: December 1, 2025      By:    /s/ Maurice B. VerStandig
                                      Maurice B. VerStandig, Esq.
                                      Bar No. MD18071
                                      The Belmont Firm
                                      1050 Connecticut Avenue, NW, Suite 500
                                      Washington, DC 20036
                                      Phone: (202) 991-1101
                                      mac@dcbankruptcy.com
                                      *Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of December, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

.

                                        /s/ Maurice B. VerStandig
                                        Maurice B. VerStandig