**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** ) | **Case No. 22-00055-ELG** |
| ) | |
| **ENOVATIONAL CORP.,** ) | **Chapter 11** |
| ) | **Subchapter V** |
| **Debtor.** ) | |
| ) | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Jon M. Talotta of Hogan Lovells US LLP hereby appears in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), as counsel for TMG 1400 L Street, L.L.C., and requests, pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rules 2002, 9007 and 9010, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following:

        Jon. M. Talotta (D.C. Bar No. 473626)
        HOGAN LOVELLS US LLP
        8350 Broad Street, 17th Floor
        Tysons, VA 22102
        Tel: (703) 610-6100
        Fax: (703) 610-6200
        jon.talotta@hoganlovells.com

        and

        Sherry Millman (admitted *pro hac vice* on 4/28/2022)
        HOGAN LOVELLS US LLP
        390 Madison Ave.
        New York, NY 10017
        Tel: (212) 918-3000
        Fax: (212) 918-3100
        sherry.millman@hoganlovells.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the parties in interest (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4, or to any other rights, claims, actions, or defenses, in law, in equity, or otherwise, all of which rights, claims, actions, and defenses, are expressly reserved.

| | |
|---|---|
| Dated: December 15, 2025 | Respectfully submitted,<br><br>*/s/ Jon M. Talotta*<br>Jon. M. Talotta (D.C. Bar No. 473626)<br>HOGAN LOVELLS US LLP<br>8350 Broad Street, 17th Floor<br>Tysons, VA 22102<br>Tel: (703) 610-6100<br>Fax: (703) 610-6200<br>jon.talotta@hoganlovells.com<br><br>Sherry Millman (admitted *pro hac vice* on 4/28/2022)<br>HOGAN LOVELLS US LLP<br>390 Madison Ave.<br>New York, NY 10017<br>Tel: (212) 918-3000 |

Fax: (212) 918-3100
sherry.millman@hoganlovells.com

*Counsel for TMG 1400 L Street, L.L.C.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 15, 2025, the foregoing was filed via the Court's *CM/ECF* system which sends notification of filing to all counsel of record.

*/s/ Jon M. Talotta*
Jon. M. Talotta