IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 22-55-ELG |
| ENOVATIONAL CORP. | (Chapter 11) |
| Debtor. | |
| ENOVATIONAL CORP. | Adversary Proceeding No. 22-10014-ELG |
| Plaintiff, | |
| v. | |
| THE STATE OF MARYLAND | |
| Defendant. | |

### AFFIDAVIT OF VLAD ENACHE

1. My name if Vlad Enache, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2. I am the chief executive officer of Enovational Corp. and have been at all times relevant.

3. Enovational formerly operated a technology-centric government solutions provider, providing form-based interfaces for citizen-facing government actors.

4. Attached to this affidavit, as exhibits A and B, are invoices from Google LLC ("Google"), for the months of November 2025 and December 2025, demonstrating the ongoing expenses of Enovational's data storage.

5. The December invoice has not been paid and it is believed the subject accounts will be suspended on February 5, 2026 if payment is not first made.

6. I have undertaken to download over 1.5 terabytes of data from the Google accounts, but such (i) requires the use of special tools and a special account; (ii) is not guaranteed to preserve all data housed in the accounts; (iii) and is likely to occasion a loss of "unowned" data, search indexes, and certain real-time data.

7. It merits notation that there does not exist one singular Google account with one single user but, rather, an account that houses data from the myriad users who were formerly employed by Enovational. A significant (albeit not absolute) monetary saving can be achieved through dropping the accounts of all users other than myself, but there is a concern such may lead to a loss of data associated with other users' historic activities.

8. Enovational does have other accounts that house data, albeit not nearly on the same level, and most of those accounts have *de minimis* maintenance fees that continue to be met. A Slack account is currently being paid for using credits.

9. Further affiant sayeth naught.

    I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1/27/2026
Executed On

_/s/ Vlad Enache_
Vlad Enache