

**Google LLC**
1600 Amphitheatre Pkwy
Mountain View, CA 94043
United States
Federal Tax ID: 77-0493581

# Invoice

Invoice number: 5451236984

**Bill to**

Vlad Enache

Enovational Corp

1427 Rhode Island Ave NW PH2

Washington, DC 20005

United States

**Details**

Invoice number .........................5451236984
Invoice date ............................Dec 31, 2025
Billing ID ................................1171-1606-3306
Domain name ..........................venache.com

**Google Workspace**

Total in USD $8,672.50

**Summary for Dec 1, 2025 - Dec 31, 2025**

| | |
|---|---:|
| Subtotal in USD | $8,181.60 |
| State sales tax (6%) | $490.90 |
| Total in USD | $8,672.50 |

You will be automatically charged for any amount due.

# Google Invoice

Invoice number: 5451236984

| Subscription | Description | Interval | Quantity | Amount($) |
|---|---|---|---|---|
| Google Workspace Enterprise Plus | Usage | Dec 1 - Dec 31 | 185 | 7,770.00 |
| Google Workspace Enterprise Plus - Archived User | Usage | Dec 1 - Dec 31 | 49 | 411.60 |
| | Subtotal in USD | | | $8,181.60 |
| | State sales tax (6%) | | | $490.90 |
| | **Total in USD** | | | **$8,672.50** |

**Need help understanding the charges on your invoice?** Click here for detailed explanations
https://support.google.com/a?p=gsuite-bills-and-charges