The order below is hereby signed.

Signed: March 12 2026



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 22-55-ELG |
| ENOVATIONAL CORP. | (Chapter 11) |
| Debtor. | |
| _____/ | |
| | Adversary Proceeding No. 22-10014-ELG |
| ENOVATIONAL CORP. | |
| Plaintiff, | |
| v. | |
| THE STATE OF MARYLAND | |
| Defendant. | |

**ORDER GRANTING MOTION TO ABANDON
OR DESTROY BOOKS AND RECORDS**

Upon consideration of the Motion to Abandon or Destroy Books and Records (the "Motion"), DE #90 in the adversary proceeding and DE #366 in the main case, the opposition of the State of Maryland thereto, arguments adduced at a hearing thereupon, the record in this case, and governing law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

1

ORDERED, that Enovational Corp. ("Enovational") may cease paying for third party storage fees and expenses, and thereby occasion a loss or destruction of data, on or after March 15, 2026; and it is further

ORDERED, that the Subchapter V trustee shall reasonably work with Enovational to ensure the payment of third-party storage fees and expenses incurred to and through March 15, 2026, using funds held by the Subchapter V trustee in connection with the post-confirmation administration of the estate of Enovational.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for Enovational Corp.*

Seen:

/s/ Angela L. Shortall
Angela L. Shortall
348 Thompson Creek Mall
Suite 339
Stevensville, MD 21666
Phone: 410-200-3465
Email: ashortall@3cubed-as.com
*Subchapter V Trustee*