The order below is hereby signed.

Signed: March 12 2026

_Elizabeth L. Gunn_
_U.S. Bankruptcy Judge_

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 22-55-ELG |
| ENOVATIONAL CORP. | (Chapter 11) |
| Debtor. | |
| _____/ | |
| ENOVATIONAL CORP. | Adversary Proceeding No. 22-10014-ELG |
| Plaintiff, | |
| v. | |
| THE STATE OF MARYLAND | |
| Defendant. | |

**ORDER GRANTING MOTION TO ABANDON**
**OR DESTROY BOOKS AND RECORDS**

Upon consideration of the Motion to Abandon or Destroy Books and Records (the "Motion"), DE #90 in the adversary proceeding and DE #366 in the main case, the opposition of the State of Maryland thereto, arguments adduced at a hearing thereupon, the record in this case, and governing law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

1

ORDERED, that Enovational Corp. ("Enovational") may cease paying for third party storage fees and expenses, and thereby occasion a loss or destruction of data, on or after March 15, 2026; and it is further

ORDERED, that the Subchapter V trustee shall reasonably work with Enovational to ensure the payment of third-party storage fees and expenses incurred to and through March 15, 2026, using funds held by the Subchapter V trustee in connection with the post-confirmation administration of the estate of Enovational.


I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for Enovational Corp.*


Seen:

/s/ Angela L. Shortall
Angela L. Shortall
348 Thompson Creek Mall
Suite 339
Stevensville, MD 21666
Phone: 410-200-3465
Email: ashortall@3cubed-as.com
*Subchapter V Trustee*

United States Bankruptcy Court

District of Columbia

In re:                                                                              Case No. 22-00055-ELG

Enovational Corp.                                                                   Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                        User: admin                              Page 1 of 2

Date Rcvd: Mar 12, 2026                     Form ID: pdf001                           Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2026:**

**Recip ID                    Recipient Name and Address**
  +  Angela L. Shortall, 348 Thompson Creek Mall Suite 339, Stensville, MD 21666-2500

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2026                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Angela Shortall | ashortall@3cubed-as.com  md70@ecfcbis.com |
| Arthur P. Lander | on behalf of Accountant Arthur Lander CPA PC law@businesslegalservicesinc.com |
| David Simson Musgrave | on behalf of Defendant State of Maryland dmusgrave@gfrlaw.com  jojones@gfrlaw.com |
| David Simson Musgrave | on behalf of Interested Party State of Maryland dmusgrave@gfrlaw.com  jojones@gfrlaw.com |
| Douglas Michael Foley | on behalf of Creditor Wells Fargo Bank  N.A. douglas.foley@kaufcan.com |
| Jill Diane Caravaggio | on behalf of Creditor United Electric Supply Co.  Inc. jill@jill-lawoffice.net, paralegal@jill-lawoffice.net |

District/off: 0090-1                     User: admin                                 Page 2 of 2
Date Rcvd: Mar 12, 2026                  Form ID: pdf001                              Total Noticed: 1

John David Folds
                    on behalf of Creditor Dynamic Hive dfolds@bakerdonelson.com  lcarpenter@bakerdonelson.com

Jon Myer Talotta
                    on behalf of Creditor TMG 1400 L Street  L.L.C. jon.talotta@hoganlovells.com

Justin Philip Fasano
                    on behalf of Creditor Vlad Enache jfasano@mhlawyers.com
                    jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Kristen S. Eustis
                    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig
                    on behalf of Plaintiff Enovational Corp. mac@mbvesq.com
                    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
                    on behalf of Debtor In Possession Enovational Corp. mac@mbvesq.com
                    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael J Klima, Jr
                    on behalf of Creditor BMW Financial Services  NA, LLC jklima@kpdlawgroup.com

Michael T. Freeman
                    on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov

Paul Michael Schrader
                    on behalf of Creditor ADI Construction of Virginia  LLC pms@cwattorney.com

Rizwan Ahmad Qureshi
                    on behalf of Interested Party Ernst & Young U.S.  LLP rqureshi@reedsmith.com, APille@ReedSmith.com

Seamus Curley
                    on behalf of Creditor TMG 1400 L Street  L.L.C. scurley@stroock.com,
                    holsen@stroock.com;smillman@stroock.com;wlancaster@stroock.com;lrarrick@stroock.com

Seth Adam Robbins
                    on behalf of Creditor C.M.P. Metals  Inc. d/b/a Phoenix Metals srobbins@rlg.law

Sherry J. Millman
                    on behalf of Creditor TMG 1400 L Street  L.L.C. sherry.millman@hoganlovells.com, sherry-millman-9484@ecf.pacerpro.com

Stephanie J. Bentley
                    on behalf of Creditor Wells Fargo Bank  N.A. sbentley@mcguirewoods.com

U. S. Trustee for Region Four
                    USTPRegion04.DC.ECF@USDOJ.GOV


TOTAL: 21